BURCH & CRACCHIOLO, P.A.
702 East Osborn, Suite 200
P.O. Box 16882
Phoenix, Arizona 85011-6882
(602) 274-7611

Bryan Murphy (006414)
bmurphy@bcattorneys.com
Melissa G. Iyer (024844)
miyer@bcattorneys.com

Attorneys for Defendant John Huppenthal, Superintendent
of Public Instruction of the State of Arizona

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CURTIS ACOSTA, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HUPPENTHAL, Superintendent of Public Instruction and Executive Director of the Arizona State Board of Education, et. al.,<br><br>Defendants. | Case No. CIV 10-000623-AWT<br><br>**DEFENDANT SUPERINTENDENT'S ANSWER TO SECOND AMENDED COMPLAINT** |

Defendant, JOHN HUPPENTHAL, Superintendent of Public Instruction and Executive Director of the Arizona State Board of Education, by and through counsel undersigned, as and for his answer to plaintiffs' Second Amended Complaint, hereby admits, denies, alleges as follows:

**JURISDICTION**

1. Although plaintiffs' Second Amended Complaint raises federal questions, defendant affirmatively asserts that plaintiffs lack standing to pursue any

claims in this case.  Therefore, this Court lacks subject matter jurisdiction over this action.

**VENUE**

2. Defendant admits that venue in this Court is proper.

3. Answering paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15, defendant is without sufficient information and knowledge as to form a belief regarding the truth of all the allegations contained in these paragraphs and, therefore, denies same.

4. Answering paragraphs 16 and 17, these paragraphs make no allegations against this answering defendant and are therefore denied.  Defendant Huppenthal further affirmatively asserts that any and all actions taken by former Superintendent Horne are rendered moot, null, and are superseded by Superintendent Huppenthal's recent amended notice of violation.  Accordingly, the allegations contained in these paragraphs and the attached notice of violation (as Exhibit B to the Second Amended Complaint) issued by the former Superintendent should be stricken as irrelevant to these proceedings or the adjudication of plaintiffs' claims.

5. Defendant Huppenthal admits paragraph 18 of plaintiffs' Second Amended Complaint.

6. Paragraphs 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28 make no allegations against this answering defendant and, therefore, Superintendent John Huppenthal denies same.

7. Answering paragraphs 29 and 30, defendant admits that plaintiff s are seeking equitable relief pursuant to the Civil Rights Act, 42 U.S.C. § 1983, and 28 U.S.C. § 2201, but denies the remainder of the allegations contained in paragraphs 29 and 30 including the allegation that plaintiffs are legally entitled to any such relief.

8. Answering paragraphs 31 through 66 of plaintiffs' Second Amended Complaint, defendant is without sufficient information and knowledge to form a belief as to the truth of the allegations contained in those paragraphs and therefore denies same.

9. Answering paragraphs 67, 68, and 69, defendant is without sufficient information and knowledge to form a belief as to the truth of the allegations contained in those paragraphs and therefore denies same.

10. Defendant denies paragraphs 70, and 71 of the Second Amended Complaint.

11. Answering paragraph 72, defendant admits that Hispanics comprise the largest portion of the students enrolled in the Mexican American Studies Department at Tucson Unified School District, but denies the remainder of the allegations contained in paragraph 72.

12. Defendant denies paragraphs 73 and 74 of plaintiffs' Second Amended Complaint.

13. Answering paragraph 75, defendant admits that the book "Occupied America" by Rodolfo F. Acuna is being used in the Mexican American Studies Department as a course text, but deny that this text is an appropriate or "standard" high school level textbook.

14. Answering paragraphs 76, 77, 78, 79, 80, and 81, defendant admits that Superintendant of Public Instruction of the State of Arizona, Tom Horne, did issue a finding of violation against Tucson Unified School District as attached to the Second Amended Complaint as Exhibit B and affirmatively asserts that the notice of violation speaks for itself. Nevertheless, it is irrelevant to these proceedings and has been superseded by Superintendent Huppenthal's amended notice as issued in June 2011. Defendant further denies the remainder of the allegations contained in paragraphs 76, 77, 78, 79, 80 and 81 of the Second Amended Complaint.

15. Defendant admits paragraphs 82, 83, 84 and 85.

16. Answering paragraph 86, these allegations constitute unsupportable speculation and defendant denies same.

17. Defendant admits paragraph 87 of plaintiffs' Second Amended Complaint.

18. Answering paragraph 88, defendant admits that Superintendant of Public Instruction of the State of Arizona, Tom Horne, did issue a finding of violation against Tucson Unified School District as attached to the Second Amended

Complaint as Exhibit B and affirmatively asserts that the notice of violation speaks for itself.  Nevertheless, it is irrelevant to these proceedings and has been superseded by Superintendent Huppenthal's amended notice as issued in June 2011.  Defendant denies the remainder of the allegations contained in paragraph 88.

19.   Answering paragraphs 89, 90, 91 and 92, defendant affirmatively asserts that the finding of violation attached as Exhibit B to the Second Amended Complaint speaks for itself in detailing former Superintendant Tom Horne's finding pursuant to A.R.S. §15-112(A). Nevertheless, it is irrelevant to these proceedings and has been superseded by Superintendent Huppenthal's amended notice as issued in June 2011. Defendant denies the remainder of the allegations contained in those paragraphs.

20.   Answering paragraph 93, defendant Huppenthal has insufficient knowledge and information to form a belief as to the truth of the allegations contained in paragraph 93.  Moreover, this paragraph makes no allegation against defendant Huppenthal.  Defendant Huppenthal, therefore, denies same.

21.   Defendant denies the allegations contained in paragraphs 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114 and 115.

**AFFIRMATIVE DEFENSES**

22.   As and for his affirmative defenses, defendant Superintendant John Huppenthal affirmatively asserts that:

      a. Plaintiffs lack standing to bring this action;

      b. Plaintiffs' claims are not ripe and some are moot;

      c. Plaintiffs have not engaged in protected speech and protected speech is not otherwise implicated by the allegations of the Second Amended Complaint;

      d. Plaintiffs have no right of free association in a public school classroom;

      e. Plaintiffs cannot establish discriminatory intent sufficient to state a claim under the Equal Protection Clause of the 14th Amendment;

4

  f. Plaintiffs' Second Amended Complaint fails to state a claim upon which relief can be granted; and

  g. Any other affirmative defenses contemplated by Rule 8 and Rule 12 of the Federal Rules of Civil Procedure, the facts of which are currently unknown to defendant, and, therefore, defendant reserves the right to assert such defenses as those facts become available.

## PRAYER FOR RELIEF

WHEREFORE, having answered each and every allegation contained in the Second Amended Complaint, defendant requests that this Court enter judgment in favor of defendant and against plaintiffs on the following items:

 (1) Dismissing all claims the plaintiffs allege in the Second Amended Complaint with prejudice, or, in the alternative, denying plaintiffs' claims and requests for relief;

 (2) Awarding defendant his reasonable attorneys' fees and costs to the extent allowed by law;

 (3) Awarding defendant all such other relief or remedies at law or in equity that the Court deems just and proper.

DATED this 21st day of June, 2011.

         BURCH & CRACCHIOLO, P.A.


         By: /s/Melissa G. Iyer
           Bryan Murphy
           Melissa G. Iyer
           Burch & Cracchiolo, P.A.
           702 East Osborn, Suite 200
           Phoenix, Arizona 85014
           Attorneys for Defendant
           John Huppenthal, Superintendent
           of Public Instruction and
           Executive Director of the
           Arizona State Board of Education

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard M. Martinez, Esq.          Richard@richardmartinezlaw.com
*Attorney for Plaintiffs*

Kevin D. Ray, Esq.                 Kevin.Ray@azag.gov
Assistant Attorney General
Office of the Attorney General
State of Arizona
*Attorney for Defendants Arizona State Board of Education, including members named in their Official Capacity*

With a copy mailed this same date to:

Jinju Park Hurtado, Esq.
Assistant Attorney General
Office of the Attorney General
State of Arizona
1275 West Washington Street
Phoenix, AZ 85007
*Attorney for Defendants Arizona State Board of Education, including members named in their Official Capacity*

                                   s/Leslie Chatburn