1

**RICHARD M. MARTINEZ, SBA No. 7763**
307 South Convent Avenue

2

Tucson, Arizona 85701
(520) 327-4797 phone

3

(520) 320-9090 fax
richard@richardmartinezlaw.com

4

**Counsel for Plaintiffs**

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE STATE OF ARIZONA

7

CURTIS ACOSTA, SEAN          )
ARCE, MAYA ARCE, MARIA       )

8

FEDERICO BRUMMER,            )          No. CV 10 - 623 TUC AWT
DOLORES  CARRION,            )

9

ALEXANDRO ESCAMILLA,         )
JOSE GONZALEZ,  NORMA        )          **RESPONSE IN OPPOSITION**

10

GONZALEZ, LORENZO            )          **TO MOTION TO STRIKE, CD No. 58**
LOPEZ, JR., KORINA ELIZA     )

11

LOPEZ, RENE F. MARTINEZ,     )
SARA "SALLY" RUSK,           )

12

and YOLANDA SOTELO,          )
                             )

13

            Plaintiffs,      )
                             )

14

v.                           )
                             )

15

JOHN HUPPENTHAL,             )
Superintendent of Public     )

16

Instruction, in his Official )
Capacity, et. al.,           )

17

                             )
            Defendants.      )

18

_____)

19

        Plaintiffs, by and through their counsel undersigned, hereby respond

20

in opposition to the motion to strike (CD No. 58) filed by defendant as a part of the

21

response submitted to plaintiffs motion for summary judgment. Therein, the propriety

22

of plaintiffs record is challenged, that plaintiffs complaint is not verified.

23

        Plaintiffs have filed a separate motion to amend requesting leave to file a third

24

amended complaint, one that is verified and current as to the events concerning the

25

enforcement of HB 2281 against the Mexican American Studies program in the

26

Tucson Unified School District.  See CD No. 67.

27

        As noted in the motion to amend, since the initial filing of plaintiffs complaint on

28

October 18, 2010, two Superintendents of Public Instruction have issued Findings

asserting a violation of HB 2281(A.R.S. § 15-112), the statute that plaintiffs challenge as unconstitutional. The first Finding was issued by Tom Horne on December 30, 2010, one day before HB 2281 became effective. The second Finding was issued by John Huppenthal over a month after he had received the  Cambium Audit Report, a study he had commissioned at taxpayer expense to examen the Mexican American Studies Program in the Tucson Unified School District to determine if the classes offered violated HB 2281. After an extensive on-site study, the auditors found that there was <u>no</u> evidence of any violation of the challenged statute. Ignoring the Cambium Audit Report, Superintendent Huppenthal held the report from the public for six weeks then issued his Finding on June 15, 2011.

The Huppenthal Finding is part of defendants response to the pending motion for summary judgment. The Cambium report is also a part of the record that has been submitted for the Court's consideration.

The pending motion for summary judgment has been fully briefed by the parties. The briefing makes clear that the issues presented therein are essentially focused on a legal interpretation of whether HB 2281 is impermissibly vague and infringes on First Amendment freedoms. There is no reason to forego ruling on the merits of the pending request for a summary disposition of HB 2281. Judicial economy and efficiency strongly support denying defendants motion and proceeding on the merits of the constitutional challenge made in this declaratory judgment cause of action.

 For the reasons noted above, it is respectfully requested that defendants motion to strike be denied.

Respectfully Submitted this 15th day of July 2011.

s/ *Richard M. Martinez*
RICHARD M. MARTINEZ, ESQ
Counsel for the Plaintiff

//

//

-2-

COPY sent via ECF
this 15th day of July
2011 to all ECF registrants
in the instant matter.

 s/*Richard M. Martinez*, Esq.