1  **RICHARD M. MARTINEZ, SBA No. 7763**
   307 South Convent Avenue
2  Tucson, Arizona 85701
   (520) 327-4797 phone
3  (520) 320-9090 fax
   richard@richardmartinezlaw.com
4  **Counsel for Plaintiffs**

5                  IN THE UNITED STATES DISTRICT COURT

6                  FOR THE DISTRICT OF ARIZONA

7   CURTIS ACOSTA, SEAN          )
    ARCE, MAYA ARCE, MARIA       )
8   FEDERICO BRUMMER,            )
    DOLORES  CARRION,            )     No. CV 10 - 623 TUC AWT
9   ALEXANDRO ESCAMILLA,         )
    JOSE GONZALEZ,  NORMA        )
10  GONZALEZ, LORENZO            )     **REPLY TO OPPOSITION TO**
    LOPEZ, JR., KORINA ELIZA     )     **EXCEED PAGE LIMITATION**
11  LOPEZ, RENE F. MARTINEZ,     )
    SARA "SALLY" RUSK,           )
12  and YOLANDA SOTELO,          )
                                 )
13             Plaintiffs,       )
                                 )
14  v.                           )
                                 )
15  JOHN HUPPENTHAL,             )
    Superintendent of Public     )
16  Instruction, et al.          )
                                 )
17             Defendants.       )
    _____)
18

19          Plaintiffs, through their undersigned counsel, hereby reply to the response

20  in  opposition  filed  by  Defendant  Huppenthal  to  Plaintiffs'  request  that  they  be

21  permitted to exceed the page limitation set forth in Rule 7.2 LRCiv. Ct. Doc. No. 81.

22          Defendant takes exception to the length of Plaintiffs' response in opposition to

23  his motion to dismiss the instant matter by stating that it repeats the legal and factual

24  analysis contained in the pending motion for summary judgment which should have

25  been  incorporated  by  reference.  This  assertion  is  not  accurate.  In  fact,  Plaintiffs'

26  briefing on their void for vagueness facial challenge to HB 2281was not repeated but

27  incorporated by reference.

28          Moreover, the Plaintiffs' constitutional claims based upon void for vagueness

as applied, equal protection and due process were briefed for the first time. Plaintiffs' Free Speech briefing does duplicate any prior submission but rather represents their first complete legal and factual analysis of this claim. The constitutional claims are all premised upon complex areas of the law, and in many ways before the court in a unique factual circumstance. Banning the teaching of Mexican American Studies by a State is fortunately a rare occurrence, expect of course in Arizona.

Additionally, Defendant's motion to dismiss asserts that the Plaintiffs' lack standing. Absent the briefing submitted, Plaintiffs' response would undoubtedly be attacked for failing to demonstrate how they have been harmed or have a cognizable claim. Certainly, in a case involving fundamental constitutional rights, the focus is properly on the facts and the applicable law, not the length of a responsive brief.

Defendant's motion also challenges the adequacy of the Plaintiffs' complaint and  separately argues for abstention. These issues require a response that is in context of what has occurred in Arizona, the enactment and enforcement of HB 2281.

The U.S. Census Bureau reports that in 2010, that Arizona's population was 6,392000. Of this, nearly 30% are Latino. That represents nearly 2 million Latinos. Of these, there are approximately 500,000 Latinos enrolled in school at the K-12 level. See Pew Hispanic Center, Demographic Profile of Hispanics In Arizona, 2009 at pewhispanic.org/states/AZ. Plaintiffs' do not contend that they have not lodged a substantial responsive brief but respectfully submit that the applicable law, facts and the interests of the residents of Arizona warrant their submission. The issues involved are too important to all involved to be treated as routine or a matter that fits into a 17 or 20 page brief as proposed by defendant.[1]

//

//

---

[1] To the extent that Defendant seeks additional time or pages to reply, the Plaintiffs' have no objection.

- 2 -

1

Respectfully submitted this 10th day of August 2011.

2

 s/ *Richard M. Martinez*, Esq.
RICHARD M. MARTINEZ, ESQ.

3

Counsel for Plaintiffs

4

5

6

**Certificate of Service**

7

8

I hereby certify that on August 10th, 2011, I electronically transmitted the

9

foregoing document to the Clerk's Office using the CM/ECF System for filing and

10

transmittal of the instant motion via the Notice of Electronic Filing to the CM/ECF

11

registrants of record.

12

13

s/*Richard M. Martinez*, Esq
Counsel for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28