1  **RICHARD M. MARTINEZ, SBA No. 7763**
2  307 South Convent Avenue
   Tucson, Arizona 85701
3  (520) 327-4797 phone
   (520) 320-9090 fax
4  richard@richardmartinezlaw.com
   **Counsel for Plaintiffs**

5              IN THE UNITED STATES DISTRICT COURT

6                  FOR THE STATE OF ARIZONA

7  CURTIS ACOSTA, SEAN                )
   ARCE, MAYA ARCE, MARIA             )
8  FEDERICO BRUMMER,                  )    No. CV 10 - 623 TUC AWT
   DOLORES  CARRION,                  )
9  ALEXANDRO ESCAMILLA,               )
   JOSE GONZALEZ,  NORMA              )    **THIRD AMENDED COMPLAINT**
10 GONZALEZ, LORENZO                  )
   LOPEZ, JR., KORINA ELIZA           )         (VERIFIED)
11 LOPEZ, RENE F. MARTINEZ,           )
   SARA "SALLY" RUSK,                 )
12 and YOLANDA SOTELO,                )
                                      )    (Action for Declaratory and Injunctive Relief)
13         Plaintiffs,                )
                                      )
14 v.                                 )
                                      )
15 JOHN HUPPENTHAL,                   )
   Superintendent of Public          )
16 Instruction, in his Official      )
   Capacity, et. al.,                 )
17                                    )
           Defendants.               )
18 _____ )

19

20

21              Exhibit C, Part 2

22

23                    to

24

25         Third Amended Complaint

26

27         Cambium Audit Report

28

## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

literature, government and those kinds of things. When we moved to that's when we were shown – this is what the curriculum is, the standard is, and this is how we need that. So it's been....to me that we're aligned with the state standards. We wouldn't be able to – especially with the kind of scrutiny these courses have – I don't believe we'd be continuing to do it if we weren't aligned. And we really just rely on staff, just like we do for any other course that we have."

- "For us it would be tied to the teacher's evaluation because, based on state standards, all our teachers have excellent evaluations; therefore, they are teaching to state standards because they've been approved in their evaluations as doing so. I think that there is some correlation between the information teaching, while it may not be the exact information that may be in another class, it still comparable to what is being taught in other classes; therefore, it does meet the standards. That's what I would say; go back to the evaluations of the teachers and you can see where they have been marked as teaching to the standard on each item they are required to do, otherwise they wouldn't have good evaluations."

- "The evaluations is definitely one of the key areas to …at. As well as looking at the state standards of how broad they are, to be able to interpret them, to be able to teach the way we need to make sure we connect students – those state standards are there as our guide to get us to make sure we teach to those standards but also to teach to make sure the students understand those standards. And no matter … we teach it, with the MAS department they've found a way of teaching those standards in order to touch the students and make sure they have that connection with those students."

- "I would say I start also with the standards. I would say that my curriculum arose mostly from me rather than MAS. It's something that I have shared with MAS and am happy to share with other teachers. But I've been teaching Latino Lit at X since the late 90s. I've evolved this curriculum pretty much on my own."

## Summary
MASD programs are designed to improve student achievement based on the audit team's findings of valuable course descriptions aligned with state standards, commendable curricular unit and lesson plan design, engaging instructional practices, and collective inquiry strategies through approved Arizona State Standards. Therefore, such visual evidence presented within the classroom observation and instructional context demonstrated effective use of curriculum to support student achievement. However, the degree to how well the curriculum is organized and established remains to be determined, as there are many unsystematic procedures in place. There was no observable evidence provided to the auditors to indicate a well-defined curriculum detailing clear long and short-term goals within each course along with pacing guides, and use of formative and summative assessment. Recommendations are outlined within the recommendations section of this curriculum audit report.





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

**Finding 1.3 Existing observable curriculum units created by MASD specialists/teachers provide evidence of effective lesson planning structures.**

The auditors were able to obtain nine curriculum units created by MASD specialists/teachers and viewed two other units during classroom visitations. These curriculum units have been created over the years from 2005 until summer of 2010. It is not known how many other units exist, their publication date, whether there has been revisions and updates, or if these units are still in use and regularly disseminated. Different individuals created each unit; therefore, format and fidelity are of concern as well.

**Figure 13**
**Mexican American Studies Department Curriculum Units**
**Tucson Unified School District**

| Curriculum Unit Name | Intended Audience | Date Created |
|---|---|---|
| Amoxtli Yayauhqui Tezcatlipoca: El camino hacia nuestro ser interno | K-8 | unknown |
| Chicana/o Educational Crisis & the Persistent Use of Deficit Model | Grade 11 | 2005, 2006 |
| Foundations of Xicano Movement Mexican American | Grades 4-7 | 2005 |
| Integration of Spanish into the Vernacular * | Elementary | 2008 |
| ¡SI SE PUEDE! Justice for Janitors | Grades 3-5 | 2008 |
| Mesoamerican Teocallis & Cosmology with Teocalli PowerPoint | Grades 4-8 | 2005 |
| QUETZALKOATL: MI CUATE, MI OTRO YO – A Journey Towards Self Love and Towards Love for Others | Elementary | 2007 |
| Social Reproduction Theory: Contemporary Manifestation in Education and in Arizona State Laws/Bills | High School | unknown |
| The Struggle for Ethnic Studies in Tucson: Protection Under the 1st and 14th Amendments | High School | 2010 |

*This Unit is NOT aligned to current Arizona State Standards.

Unit lesson plan structures include common elements of: correlated and aligned Arizona State Standards, well defined student objectives, identification of key vocabulary, the delivery of an anticipatory set, engaging instructional activities, evidence of higher order and critical thinking instructional practices, focus questions, effective use of technology, accommodations for English Language Learners (ELL students), and strategies for instructional differentiation.

<u>Classroom Observation of Chicano Studies: Evidence of MASD Curriculum</u>
In *Chicano Studies* at Wakefield Middle School, the teacher and students were utilizing PowerPoint presentations, relevant articles, and song lyrics as instructional materials. On the back table of the room, the team reviewed student work folders, the current week's lesson plans, and an extensive unit that had been taught prior to this unit of study. The unit found was written by this particular classroom teacher and used by the MASD. It contained a comprehensive plan of study including detailed lesson plans, each directly documented and aligned to both social studies and language arts Arizona state standards. This unit plan included lessons that covered both traditional American


Cambium
LEARNING


NATIONAL
ACADEMIC

### CAMBIUM LEARNING, INC.
### NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

history, Mexican American history, and lessons that blended them together, thereby allowing students to see the relationship between the two. An exhaustive amount of resources, including activities, projects, and assessments, rounded out the unit plan.

Interviews with board members, district administrators, principals, teachers, and parents revealed the following information about curriculum within the school district.

- "I would say a focus on planning of instruction, delivery of instruction, and checking for understanding using state standards. It's the whole thing. It's just not one; it's all embedded and integrated."

- "Periodic walks through the building. I periodically check lesson plans to see that they include state standards for the appropriate content area. The evaluation process; going in and actually evaluating what's going on, making sure that teachers' instruction matches standards."

- "My friend who is a teacher for 30- plus years told me that this has been going on for about 30 to 40 years in our schools. It needs to come out and it needs to be banned and the problem also is… once they close the door we don't know what they are teaching. They are giving them things on the internet to look up and a things to memorize… it doesn't have to be things in the curriculum. Once that door is closed you don't know what that teacher is teaching."

- "…ideas presented to them in a way that it's up to the student to interpret what they want to believe and what they see. I believe that is a correlation of being open minded in teaching open mindedness. The second thing is that as an actual student that went through the system, and interacting with my friends, I believe they have been taught to be more open minded. I can think of friend, where in freshman year they were very introverted, very apathetic, did not want to go to school, and didn't really care about much going on. And after…they had a huge impact on how they interacted with people in terms of interpersonal skills. And secondly in terms of their open minded of their view where they,  at one point they probably didn't really care and now it was kind of an importance to them to see all sides…certain aspects depending on what was taught."

- "It's been amazing to me because, with all the criticism – and that's really just happened in the last few years – the reality to me is that the students got something out of it. We were engaging students' minds, we were making them feel that they could make a difference in this world."

- "I see a big difference because from the ethnic studies classes you're getting both perspectives of the history. In the regular studies like English or social studies, you're just getting the one perspective that's in the book. In the MAS you're getting what's in the book but you're also getting background information on how other places contributed to it."



33



**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

- The best thing that's happened this year, that I will take on for the rest of my life is …. Because it actually opened my eyes to what's going on in my community. Not only that, it kind of like pushed me into my community. Because the two people who,….., are two pretty good poets who actually pushed us to reach inside of ourselves and write about that type of thing. What's even better this….poetry assignment I did last week, and instead of writing something personal I wrote about what's going on in Tucson. With that poem I won the Slam.

- "I've been on the AP advanced track my whole life. It's always been very black and white; this is what happens, you take a test, do an essay, get the grade. The reason the ethnic studies classes are so special, I think has a lot to do with the hands on nature of the class. You're involved with your community; how is this issue relevant to me, my life, and where I live. What can I do to improve where I live – stuff like that."

**Summary**

Existing observable curriculum units created by MASD specialists/teachers provide evidence of effective lesson planning structures. Curriculum units listed above do not have a substantial systematic and explicit scope and sequence and when tied to course syllabi, one cannot determine the fit into what would be considered a curriculum or pacing guide for instruction.

**Finding 1.4 Evidence indicates MASD curriculum units contain questionable commentary and inappropriate student text.**

According to TUSD Governing Board Policy IJJ – Text/Supplementary Materials Selection and Adoption, "the Board will approve the course of study, the basic text materials including digital materials for each course, and all units recommended for credit under each general subject title prior to implementation of the course. The Board will also approve and adopt all new text and supplementary materials." Stated as such, the auditors raise speculation as to how certain teaching materials with questionable commentary and inappropriate use of student text exist.

Furthermore, TUSD's Governing Board Policy ADF – Intercultural Proficiency states, "the Governing Board shall promote the concept of active and positive multiculturalism within its schools." It would be the auditors' expectation that all District Departmental created units of study would follow the guidelines and procedures for approval as outlined in TUSD Governing Board Policies.

Evidence indicates three of the nine MASD curriculum units analyzed by the auditors contain an overabundance of controversial commentary inclusive of political tones of personal activism and bias evidenced in the "Introductory" section of a unit. Furthermore, if said course units underwent an approval process, words used to dehumanize or belittle any elected official or community leader would have been eliminated out of respect. It is important to note that it


Cambium
LEARNING

34


NATIONAL
ACADEMIC

**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

cannot be determined if these units are currently being taught or continue to be distributed as their use was not observed during the audit window.

**Figure 14**
**Mexican American Studies Department Curriculum Units – Questionable Material**
**Tucson Unified School District**

| Curriculum Unit Name | Questionable Curriculum Introduction Material |
|---|---|
| Chicana/o Educational Crisis & the Persistent Use of Deficit Model (2005, 2006) | "These structures need radical change to properly serve Chican@ students. If one truly believes that the Chican@ educational crisis exist due to the fault of Chicanos, one must realize that this is racist in nature and this ideology falls along the lines of the Eugenic movement and Social Darwinism with the idea of "the survival of the fittest." To make this argument it is to imply that Chicanos are genetically inferior."<br><br>"This curriculum unit is intended to provide students with an understanding of what deficit thinking looks like, and why it is wrong and inherently racist, yet very common. With this understanding students can truly be agents of change at their school sites and beyond. This unit will allow students to demonstrate to the faculty at their schools why the deficit-thinking model is inherently dehumanizing, racist, and ineffective, yet many if not most of their faculty operate from that level of understanding." (Introduction) |
| Social Reproduction Theory: Contemporary Manifestation in Education and in Arizona State Laws/Bills | "Our State Superintendent is often maligning the Mexican American Studies Department with many criticisms one of which is that we are creating "Revolutionaries" intent on the overthrown of our government by going out and protesting... Our Mexican American Studies students are indeed engaged in this political process of problem solving, public speaking, petitioning, and yes protesting in hope of creating a more just, humane world for all." (page 2) |
| The Struggle for Ethnic Studies in Tucson: Protection Under the 1st and 14th Amendments | "SB 1070 is an attack on our bodies – where to be brown and to speak a language other than English makes us "reasonably suspicious." It makes us unwelcome, actually. HB 2281, on the other hand, is an attack on our spirits and psyche... and on our right to think. More than that, it is an attempt at ethnic cleansing where we are welcome in this state/country as long as we permit the erasure of our Indigenous memory and accept the complete obliteration of our culture. – Dr. Roberto Cintil Rodriguez"<br><br>"Currently, an economic boycott in opposition to SB 1070 is a nationwide reaction to our state's xenophobic policies... another manifestation of xenophobia in our state: HB 2281."<br><br>"Tucson's Mexican American Studies department has been targeted due to its effectiveness with students in this district. Arizona's Superintendent of Public Instruction, Tom Horne, made the elimination of Ethnic Studies his personal/political goal since the spring of 2006. Politicians and the media have played a major role in the reinforcement of the anti-Mexican sentiment echoed throughout the nation at this time that fostered the dismantling of this legacy of the civil rights movement."<br><br>"This unit centers on the investigation of HB 2281, specifically on its implications for the first and fourteenth amendments constitutional rights of our students and teachers... The commitment to combat the aggressive dehumanization of our community culminates this unit... students will take action to promote and defend ethnic studies courses and curriculum."<br><br>"This unit is to be implemented using the Mexican American Studies' Model: critically Compassionate Intellectualism. (Curriculum Framework graphic from the |





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

| | |
|---|---|
| | MASD website.)" |
| | Activity Extension: Invite a civil rights attorney to speak on the first and fourteenth amendments as they pertain to HB 2281. Local attorneys to contact: Richard Martinez and Isabel Garcia. |

Moreover, these same units incorporate texts questionable for student/age appropriateness. The intended audience for many of these texts is educators and adult college students due to the complexity of the content and readability.

### Figure 15
### Mexican American Studies Department Curriculum Units
### Questionable Sources of Appropriate Texts
### Tucson Unified School District

| Curriculum Unit Name | Questionable Source of Appropriate Texts |
|---|---|
| Chicana/o Educational Crisis & the Persistent Use of Deficit Model (2005, 2006) | These books are intended for adult scholars in the field of education.<br>• Yosso, Tara J. (2006). Critical race counterstories along the Chicana/Chicano educational pipeline. New York: Routledge Taylor & Francis Group ISBN: 0-415-95196-8<br>• Freire, Paulo (1921). Pedagogy of the Oppressed. Translated by Myra Bergman Ramos. New York: The Continuum Publishing Company. ISBN 0-8264-0611-4 |
| Mesoamerican Teocallis and Cosmology | This book is intended for adult scholars.<br>• Farrer, Clair (1991). Living life's circle: Mescalero Apache cosmovision. University of New Mexico Press. |
| Foundations of the Xicano Movement | These books are of questionable content.<br>• Acuna, Rodolfo (2002). Occupied America: A History of Chicanos. San Francisco, CA: Pearson Longman.<br>• Jimenez, Carlos M. (1994). The Mexican American Heritage. Berkeley, CA: TQS Publications.<br>• Martinez, Elizabeth (1991). 500 Years of Chicano History in Pictures. Albuquerque, NM: Southwest Organizing Project.<br>• Rosales, Arturo. (1997). Chicano! Houston, TX: Arte Publico Press. |
| Integration of Spanish into the English Vernacular | These books are of questionable content for elementary age school children.<br>• Martin, Patricia Preciado, Con Mucho Corazon<br>• Rodriguez, Richard Hunger of the Memory |
| The Struggle for Ethnic Studies in Tucson: Protection Under the 1st and 14th Amendments | Outside of the *United States Government: Democracy in Action* textbook, all other "Required Resources" include many Internet documents, articles, and media.<br>• Anderson Cooper 360 Degrees Debate with Tom Home and Michael Eric Dyson, CNN Website Video. May 13, 2010 http://www.cnn.com/2010/POLITICS/15/12/arizona.ethnicstudies/index.html<br>• Dolores Carrion, Maria C. Federico Brummer, Kevin Kiser-Chuc, & sally Rusk. "Ethnic Studies Teachers Speak Out." July 1, 2010<br>• Roberto Cintil Rodriguez. Running for our lives: In Defense of Ethnic Studies. July 7, 2009 http://web.me.com/columnoftheamericas/Site/ColumnoftheAmericas/Entries/2009/7/7_Running_for_Our_Lives%3A_In_Defense_of_Ethnic_Studies.html<br>• Kurt Garbe. Ethnic-studies courses meant to be relevant to students. The Arizona Daily Star. May 19, 2010 http://azstarnet.com/news/opinion/article/69cca5f1-c752-5b65-a32a-26ba014186e0.html<br>• Doug MacEachern. Ethnic studies at Tucson schools make Latinos see selves as vistims. 6/15/10. The Arizona Republic. http://www.azcentral.com/php-bin/clicktrack/emial.php/9329054 |





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

|  | <ul><li>Doug MacEachern. Ethnic studies spews hatred for America. 6/20/10. The Arizona Republic. http://www.azcentral.com/php-bin/clicktrack/emial.php/9329049</li><li>National Public Radio (NPR). Arizona Ban On Ethnic Studies Divides Educators. Talk of the Nation May 24, 2010 http://www.npr.org/templates/story/story.php?storyId=127092809</li><li>Gary Tuchman Visiting an Ethnic Studies Class: CNN's Gary Tuchman gives us a look at a class that has been banned by Arizona lawmakers. May 20, 2010 http://www.cnn.com/video/data/2.0/video/us/2010/05/20/tuchman.az.bans.ethnic.studies.cnn.html</li></ul> |
|---|---|

Upon further examination of the MASD Reading Lists (see Appendix), the auditors found numerous books questionable for appropriate student use. After cross-examination of the MASD Master Reading List against the nine MASD Curriculum Units, many inconsistencies with regards to comprehensiveness were found. There is no direct connection of required reading texts or suggested reading texts in every curriculum unit. Therefore, the audit team cannot determine whether all books are currently in use. The auditors can only attest to what was observed in use and on the shelves within classroom settings.

**Figure 16**
**Mexican American Studies Department 2010-2011 High School Syllabi**
**Review of Questionable and Appropriate Student Text**
**Tucson Unified School District**

| Course Name | Questionable Source of Appropriate Student Text |
|---|---|
| American Government/ Social Justice | These course texts are of questionable content and age appropriateness. <ul><li>Delgado, R and Stefancic J. (2001). Critical Race Theory: An Introduction. New York: University Press. ISBN: 0-8147-1931-7</li><li>Freire, P. (1970). Pedagogy of the Oppressed. New York: continuum International Publishing Group Inc. ISBN: 0-8264-1276-9</li><li>Loewen, J. (1996). Lies My Teacher Told Me: Everything Your American History Teacher Got Wrong. New York: Touchstone. ISBN: 10-0684818868</li><li>Zinn, H. (1997). A People's History of the United States. New York: The New Press. ISBN: 1-5684-366-5</li><li>Zinn, H. (1991). Declarations of Independence: Cross-Examining American Ideology. New York: The New Press. ISBN: 1-5684-366-5</li></ul> |
| American History from Chicano Perspectives | These recommended course texts are of questionable content and age appropriateness. <ul><li>Acuna, R. (2004). Occupied America: A History of Chicanos. San Francisco, NY: Pearson Longman. ISBN: 0-321-10330-0</li><li>Jimenez, C. (1998). The Mexican American Heritage. Berkley, CA: TQS Books. ISBN: 0-89229-028-5</li><li>Martinez, E. (1991). 500 Years of Chicano History in Pictures. Albuquerque, NM: Southwest Organizing Project ISBN: 0-9631123-0-9</li></ul> |

Note: The only textbook seen used in these classrooms was a district-adopted American Government text in the American Government classes. Furthermore, no textbooks were seen in





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

use with either classroom of the American History/Mexican American Perspectives courses. Multiple other reference points including magazines and art reference books were evident.

A minimum of two team members attended each classroom visit and a brief review of textual materials was conducted at each site during the visits. Below, texts are identified by whether they were observed by the team in use, or simply sitting on the shelves. Based upon observations, the auditors saw no evidence of previous questionable MASD materials, nor any damaging language that could incite resentment in children.

### Figure 17
### Mexican American Studies Department Texts
### Books Observed in High School Classroom Settings
### Tucson Unified School District

| Course | Textbooks |
|---|---|
| Latino Literature | Seen in use: <br> • *The Language of Literature*, ISBN 0-395-93181-9 <br> • *Bless Me, Ultima*, ISBN 0-446-60025-3 <br> • *Devil's Highway* <br><br> Seen on shelves, uncertain of use: <br> • Mexican American Literature textbook <br> • Glencoe's *Writer's Choice* (grammar and composition) <br> • *Oedipus, the King Electra*, ISBN 0-19-283-588-2 <br> • *The Fabulous Sinkhole* by Jesus Salvador Trevino <br> • *The Handmaid's Tale* by Margaret Atwood <br> • *Zoot Suit and Other Plays* by Luis Valdez <br> • *Like Water for Chocolate* by Laura Esquivel <br> • *When I Was a Puerto Rican* by Esmeralda Santiago <br> • *The Circuit Stories from the Life of a Migrant Child* by Francisco Jimenez <br> • *House on Mango Street* by Sandra Cisneros |
| American History/Mexican American Perspectives | Seen in use: <br> • *The American Vision* (Glencoe) <br> • *US Government: Democracy in Action* (Glencoe) <br><br> In classroom, not sure of usage: <br> • *World History* (Glencoe) <br> • *500 Years of Chicano Studies History in Pictures* by E. Martinez <br> • *North of the Rio Grande: The Mexican American Experience in Short Fiction* <br> • *The Mexican American Heritage, 2nd edition* <br> • (The team only saw this book in one classroom and asked about it specifically. Teacher states that it isn't used anymore. It is 17 years old and out-dated.) |
| American Government/Social Justice | The only textbook seen used in these classrooms was a district-adopted American Government text |
| Chicano Art | No textbooks were seen in either classroom. Multiple other reference points including magazines and art reference books were evident. |

Lastly, the curriculum audit team reviewed specific questionable texts cited from multiple curriculum reading lists over the years. These excerpts outline the specific commentary for each book. Words in italics indicate the alleged controversial verbiage/topics.





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

### Figure 18
### Mexican American Studies Department
### Review of Controversial Passages from Curriculum Reading Lists
### Tucson Unified School District

| Review of Controversial Passages from MASD Curriculum Reading Lists |
|---|
| **Acuña, R. (2004)** *Occupied America: A History of Chicanos* New York: Longman<br>**Verification of Use: No**<br><br>*Occupied America: A History of Chicanos* is an unbiased, factual textbook designed to accommodate the growing number of Mexican-American or Chicano History courses. It is the most comprehensive text in this market according to Amazon. The Fifth Edition of Occupied America has been revised to make the text more user-friendly and student-oriented, while maintaining its passionate voice. This text provides a comprehensive, in-depth analysis of the major historical experiences of Chicanos that invokes critical thinking and intellectual discussion.<br><br>The curriculum auditing team refutes the following allegations made by other individuals and organizations. Quotes have been taken out of context. Therefore, the "controversial" aspects are indicated in italics to demonstrate the claims made by concerned constituents.<br><br>Page 167 – The Reaction: The Plan of San Diego<br>"The war on Mexico was also fought north of the Rio Bravo. The harshness of this repression of Mexicans on the U.S. side of the border produced a reaction. For example, in 1915, Texas authorities used the Plan of San Diego as an excuse to step up a reign of terror along the border. The plan called for a general uprising of Mexicans and other minorities on February 20. *The supporters would execute all white males over age 16 – blacks, Asians, and Native Americans would be spared.* The Southwest would become a Chicano nation, and blacks and Native Americans would also form independent countries.<br>While surely some Mexicans and other minorities would have applauded the plan, most Mexicans it adventurist and outright racist."<br><br>Page 322 –323 Gringos and Tejanos: Them and Us<br> Acuña is recounting an event that took place "on March 30, 1969, at the San Felipe Del Rio (about 160 miles west of San Antonio) some 2,000 Chicanos assembled. They were there at the request of three Val Verde county commissioners to protest Governor Preston Smith's cancellation of a VISTA program. Jose Angel Gutierrez, 22, a MAYO speaker at Del Rio, demanded reinstatement of the VISTA program and protested inequality, poverty, and police brutality throughout Texas. At the rally Gutierrez said, "We are fed up. We are going to move to do away with the injustices to the Chicano and *if the 'gringo' doesn't get out of our way, we will stampede over him."* Gutierrez attacked the gringo establishment angrily at a press conference and called upon Chicanos to "Kill the gringo," which meant to end white control over Mexicans. Gutierrez was attacked by Representative Henry B. Gonzalez from San Antonio, who called for a grand jury investigation of MAYO."<br><br>Lastly, the conclusion of the book on page 418, Acuña states, "The challenge of the future for Chicanos will be to sift the realities from the hype." |
| **Gonzales, Rodolfo "Corky" (2001)** *Message to Aztlan: Selected Writings* Houston, TX: Arte Publico Press<br>**Verification of Use: No**<br><br>Whereas the auditing team was not provided with a copy of the book, much research was spent on locating electronic copies for review. It is important to note that this book is intended (as mentioned in the Introduction, page xxi) to "present Corky's writings with minimal editing allowing for vulgar and offensive language."<br><br>It was decided by the book editors "to present his own words without cleaning them up for the easily offended." Furthermore, the intended "audiences of this book are Chicano scholars, college professors, college and high school students in Chicano Literature and Chicano Studies courses and the public interested in how his speeches and writings influenced the Chicano Movement of the 1960's and 1970's." (Introduction, page xxi) |




## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

The minimally uncensored polemic writing style is one where Corky speaks from an aggressive attacking nature to refute the opinions and principles of other nationalities. Corky encouraged Chicano youth to get involved by: encouraging them to lead marches, to organize demonstrations, to plan conferences, and to get involved with politics. (Introduction, page xx)

It is important to note that Corky's "nationalistic admonitions to Mexican American/Chicano people – and especially the youth – included to reject notions of American cultural assimilation" which remains controversial. He has "forceful community advocacy, fiercely militant views" which made him a prime target for U.S. law enforcement agencies and even the FBI. "To be sure, Gonzalez and his activist followers were viewed by many as a significant threat to established American traditions and values." (Editors Note, page xv).

This is purely one example of a book that should have gone through a District approval process.

---

**Jimenez, C. (1997)** *The Mexican American Heritage, 2ⁿᵈ edition* **Berkeley, CA: TQS Publications**
**Verification of Use: Yes, the teacher had one that he uses for his reference as stated previously in the audit.**

A classroom teacher, who could not find an acceptable text to use with his students, wrote *the Mexican American Heritage*. It was "designed as an introduction to some of the most interesting events in the heritage of Mexican Americans. It is not meant to be a comprehensive treatment of subject matter. The idea instead is to whet the appetite of students and get them to want to know more and to come away with a changed attitude. Certain periods of Mexican history are therefore skipped over a referred to only briefly."

<u>Page 107 – 108 from the section 16. The Future of Aztlan</u>
A discussion regarding the future of Aztlan progresses.
"whatever the case may be in the present, it is projected that by the year 2000 the Mexican, Mexican American, and the other Latino populations of Aztlan will become the majority population of this area. Apparently the U.S. is having as little success in keeping the Mexicans out of Aztlan as Mexico had when they tried to keep the North Americans out of Texas in 1830. It seems that Mexicans and Americans are fated to live together in this land whether both sides want to or not. That Aztlan is now, and will probably forever be, part of the United States none can deny. But it is likewise hard to deny that the Mexican raza (race) was here originally, is still here in great numbers, and will probably always be here. History is difficult to change. The real question is how well the Americans and Mexicans will learn to live together in Aztlan."

Page 108... "Although we may find ourselves now on different sides of this new border, culturally and ethically we are one people. In the larger picture, the increasingly multi-ethnic and multi-racial character of Aztlan truly makes it a unique place. Nowhere else in the world do so many different kinds of people live together."

---

**Martinez, E.S. (1990)** *500 Años Del Pueblo Chicano / 500 Years of Chicano History in Pictures* **Albuquerque, NM: SouthWest Organizing Project**
**Verification of Use: No**

500 Years of Chicano History in Pictures, tells a story of Chicano history—a story of resistance— starting with Indigenous resistance to the Spanish, and the creation of La Raza, continuing up to the early 1990s. The tone by the editor in the introduction is biased and some wording can be considered insolent. "The message of this book...Raza resistance has never died."

The book is arranged as a photomontage with headlines and captions, including poetry and quotations from the famous and not-so-famous figures of Chicano history. Many of the drawings are quite graphic in the beginning depicting indigenous people slain and dismembered. As time marches forward, there are also many photographs demonstrating violence and protesting

Because it is a political book, with an activist agenda, it does more than tell a story. It emphasizes the ability of people to fight against their oppression. While this may be one way of skewing the truth, it is also a way to mobilize and organize in a community.

This would be a book, I would recommend the District review deeper for appropriate use with curriculum and classrooms with suitable aged students.

---

**Martinez, E.S. (2008)** *500 of Chicana Women's History* **Piscataway, NJ: Rutgers University Press**



40



## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

---

**Verification of Use: No**

The auditing team was not provided with a copy of the book for review. However many internet reviews share the following information.

500 Years of Chicana Women's History offers a powerful antidote to this omission with a vivid, pictorial account of struggle and survival, resilience and achievement, discrimination and identity. The bilingual text, along with hundreds of photos and other images, ranges from female-centered stories of pre-Columbian Mexico to profiles of contemporary social justice activists, labor leaders, youth organizers, artists, and environmentalists, among others.

According to Rutgers University, "Like the editor's previous book, 500 Years of Chicano History (still in print after 30 years), this thoroughly enriching view of Chicana women's history promises to become a classic."

---

Stakeholders within various focus group interviews indicated the following to the audit team:

- "The accusations being made that some of the material, how it's presented by certain instructors – maybe not by all – has created a lot of noise. I think X probably voiced it better than I did in terms of how it's been played out. I did get phone calls from teachers within the district, calling me whispering into the phone deeply concerned about some of what was being taught in those classes. I have no way of validating what they said to me being accurate or inaccurate, but it's something that I went back to the superintendent at the time and discussed with them. I think the solution to this is to allow a good leader like John Pedicone to evaluate those classes and…if they're appropriate. None of the people that I've talked to find a problem with having ethnic studies courses; everybody sees the value in that, and I think even those who'd be critical of it would say… as long as it's appropriate. I have confidence that we have a guy leading this district who can ensure that that takes place."

- "…The Mirror and the Window, understanding Identity formation. …you're familiar with that metaphor – we can look in a mirror and we see ourselves, we can look through a window and see other people. But we need to understand how people's identities are formed. This has been a little bit at the crux of the controversy here in Arizona. Our job as teachers is to…information. Not to try to mold someone's identity in any particular direction, but to help people understand how identities are formed. Issues such as raise ethnicity, gender, bodily capabilities – all of those things have to do with the way we form our identities; they vary according to our characteristics as people. So, a large part of my class – and a lot of the literature we look at to understand the human experience. We have to understand why people think…the way they do. So, you know, we look at those things that go into identity formation; not just for one…these are universals. These are traits that people from their identities from, regardless of where they are. I think it's really…. I definitely think that just understanding how we arrive at who we are and how to define our…is a really important thing. Not just for understanding ourselves, but for understanding other people of other ethnicities, nationalities, genders, sexual orientations – all kinds of things that go into identity formation. It's something I think is really important."

- "I think I do quite well in government because, just do to the fact that I'm the type of person who likes to push boundaries. In that class we're learning about our civil rights. So what I do is get really into it to see how far I can go with like government or police officers out on the street. I don't really cause trouble; I just





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

like to see how far I can go with things. I think that helped a lot because a lot of the rights that we have reflect on that. For example, I think the 5th amendment – I like to mess with that one a lot. I like carry random things in my backpack because people get all suspicious. It's nothing bad, I just want to see if people will be like, "oh you're not supposed to carry this", or if they're like, ask "can I search you?" Then I'm like "no you can't search me, its part of my amendment." I like just getting real far into that."

- "Like she said, it's like government plus more. You learn how to take your government class and apply it in the world you live in. They really encourage us to be active members of our community. They are always constantly telling us how we can do that. We have presenters come to our class and tell us about their community organizations. With the research projects we are forced to go out and do things; it's part of our grades. We have to go and ask questions, go to events that have to do with our subject."

- "I would just like to say that I believe that this program should be expanded. They actually have been expanding and going further into the schools, having more class… and that kind of thing. So it's unfortunate that there's this issue that's hanging over these students because it certainly is disruptive to their education. And if that's what we're about, student achievement and student education, then we need to support them, foster this, and … . It is a very…passionate, and you're going to have that opportunity to see when you go…. Hope that we have open minds and that we're doing right by the students."

**Outcome Measure 1 Summary**

The audit team found MASD courses and their teachers promote student achievement through marginal curriculum management and district direction. Tucson Unified School District's Mexican American Studies Department programs are designed to improve student achievement as outlined by TUSD District Mission, Vision, Strategic Priorities, Values and Strategic Goals and the similar as outlined by MASD's Department Vision and Goals. More specifically, both agree that the academic focus of culturally relevant coursework, critical consciousness, and authentic caring is fundamental. The MASD vision and goals as cited within the MASD website are broad in nature and need to balance culturally specific goals with a direct alignment to Arizona State Standards as witnessed in classroom visitations. Furthermore, the teacher education needs to demonstrate a balance with other research based instructional practices and not solely centered within Critical Pedagogy, Latino Critical Race Pedagogy, and Authentic Caring.

MASD programs are designed to improve student achievement based on the audit team's findings of valuable course descriptions aligned with state standards, commendable curricular unit and lesson plan design, engaging instructional practices, and collective inquiry strategies through approved Arizona State Standards. Therefore, such visual evidence presented within the classroom observation and instructional context demonstrated effective use of curriculum to support student achievement.

However, curriculum guidelines are dispersed throughout district documents, inclusive of board policies and MASD curriculum documents. These documents provided nominal elements of a


Cambium
LEARNING


NATIONAL
ACADEMIC

comprehensive curriculum management and planning. The auditors did not find a well-defined, solitary document that provided the integrated, comprehensive guidance needed to direct, monitor, and assess effective curriculum implementation. The degree to how well the curriculum is organized and established remains to be determined, as there are many unsystematic procedures in place. There was no observable evidence provided to the auditors to indicate a well-defined curriculum detailing clear long and short-term goals within each course along with pacing guides, and use of formative and summative assessment.

Moreover, although the auditors saw no evidence of previous questionable MASD materials, nor any damaging language that could incite resentment in children during their classroom visits; nonetheless, the documents remain.

### Outcome Measure 2

**Determine if statistically valid measures indicated student achievement occurred.**

This section is an overview of the findings that follow in the area of *Outcome Measure 2*. Tucson Unified School District's Mexican American Studies Department (MASD) programs claim not to only improve student achievement, but to surpass and outperform similarly situated peers. The findings of the auditors agree student achievement has occurred and is closing the achievement gap based on the re-analysis and findings of TUSD's Department of Accountability and Research. Data charts below indicate AIMS outcomes for Reading, Writing, and Mathematics.





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

### Figure 19
### Department of Accountability and Research
### Re-Analysis of AIMS Outcomes for Mexican American Studies Students
### Tucson Unified School District

**Table 1. AIMS Passing Rates in the Junior Year for Sophmore Year Non-Passers**
Comparison of Students Taking/Not Taking a MAS Course During Their Junior Year

| Comparison Year | Group | Total Students in Group | Reading | | Writing | | Math | |
|---|---|---|---|---|---|---|---|---|
| | | | Number of Sophmore Non-Passers | Percent of Sophmore Non-Passers Passing Junior Year | Number of Sophmore Non-Passers | Percent of Sophmore Non-Passers Passing Junior Year | Number of Sophmore Non-Passers | Percent of Sophmore Non-Passers Passing Junior Year |
| 2005 | Mexican Am. Studies | 130 | 89 | 55% | 63 | 59% | 103 | 54% |
| | Comparison Group | 4395 | 1415 | 45% | 1169 | 43% | 2073 | 54% |
| 2006 | Mexican Am. Studies | 127 | 48 | 46% | 42 | 45% | 59 | 32% |
| | Comparison Group | 4400 | 985 | 33% | 919 | 32% | 1214 | 31% |
| 2007 | Mexican Am. Studies | 178 | 69 | 49% | 80 | 59% | 76 | 28% |
| | Comparison Group | 4097 | 994 | 33% | 1232 | 48% | 1146 | 28% |
| 2008 | Mexican Am. Studies | 199 | 71 | 35% | 70 | 43% | 88 | 44% |
| | Comparison Group | 4179 | 893 | 30% | 819 | 32% | 1139 | 31% |
| 2009 | Mexican Am. Studies | 255 | 100 | 45% | 94 | 45% | 110 | 39% |
| | Comparison Group | 4233 | 821 | 29% | 1000 | 39% | 1018 | 26% |
| 2010 | Mexican Am. Studies | 297 | 100 | 44% | 98 | 42% | 114 | 18% |
| | Comparison Group | 4035 | 807 | 34% | 791 | 33% | 945 | 19% |

**Mexican American Studies:** The group is defined as Juniors taking at least one full credit of Latin American Literature, American History – Hispanic Studies or American Government - Hispanic/Ethnic Studies

**Comparison Group:** The group is defined as Juniors taking zero or less than one credit of Latin American Literature, American History - Hispanic Studies or American Government - Hispanic/Ethnic Studies

The AIMS outcome data table above presents the number of students in each group who failed the AIMS in their sophomore year, and the percentage of those non-passers who achieved a passing score by the end of their junior year.





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

### Figure 20
### Department of Accountability and Research
### Re-Analysis of AIMS Reading Outcomes for Mexican American Studies Students
### Tucson Unified School District



In each of the last six years, students who failed the reading and writing AIMS subtests in their sophomore year and then took a MASD course during their junior year were indeed more likely than the comparison group to pass these two AIMS subjects by the end of their junior year. (Charts described both above and below.)

### Figure 21
### Department of Accountability and Research
### Re-Analysis of AIMS Writing Outcomes for Mexican American Studies Students
### Tucson Unified School District







**CAMBIUM LEARNING, INC.**
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

### Figure 22
### Department of Accountability and Research
### Re-Analysis of AIMS Mathematics Outcomes for Mexican American Studies Students
### Tucson Unified School District



The difference in improvement on the math portion of AIMS was negligible. Given that MASD courses emphasize language skills this observed differential improvement from reading/writing to math achievement is expected.

### Figure 23
### Department of Accountability and Research
### Re-Analysis of Graduation Outcomes for Mexican American Studies Students
### Tucson Unified School District

**Table 2. Number and Percent of Seniors Who Graduated**
**Comparison of Students Taking/Not Taking a MAS Course During Their Senior Year**

| Comparison Year | Group | Number of Seniors | Number of Graduates | Percent of Seniors Who Graduated |
|---|---|---|---|---|
| 2005 | Mexican Am. Studies | 34 | 31 | 91% |
| | Comparison Group | 3843 | 3303 | 86% |
| 2006 | Mexican Am. Studies | 45 | 42 | 93% |
| | Comparison Group | 4003 | 3480 | 87% |
| 2007 | Mexican Am. Studies | 77 | 74 | 86% |
| | Comparison Group | 3908 | 3362 | 86% |
| 2008 | Mexican Am. Studies | 74 | 68 | 92% |
| | Comparison Group | 3765 | 3228 | 85% |
| 2009 | Mexican Am. Studies | 105 | 96 | 91% |
| | Comparison Group | 3682 | 3130 | 85% |
| 2010 | Mexican Am. Studies | 173 | 162 | 94% |
| | Comparison Group | 3744 | 3095 | 83% |

Mexican American Studies: The group is defined as Seniors taking at least one full credit of Latin American Literature, American History – Hispanic Studies or American Government – Hispanic/Ethnic Studies

Comparison Group: The group is defined as Seniors taking zero or less than one credit of Latin American Literature, American History – Hispanic Studies or American Government – Hispanic/Ethnic Studies





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

### Figure 24
**Department of Accountability and Research**
**Comparison of Graduation Outcomes for Mexican American Studies Students**
**Tucson Unified School District**



It is apparent that students enrolled in MASD courses in high school graduate in the very least at a rate of 5% more than their counterparts in 2005, and at the most, a rate of 11% more in 2010. Students who complete a MASD course during their senior year of high school are more likely to graduate than compared to non-MASD counterparts.

Many focus group interviews shared the following information regarding student achievement data.

- "I've been itching to say this always when I saw this appointment on my calendar. I don't know that there's a correlation, but I see this program as all about student achievement; I draw little distinction between this program and physical education, sports, the arts, English literature, or an AP chemistry class. Whatever it is that this district can do to promote student achievement that will make students better student exit their high school curriculum better prepared to go to work, for me that's a win/win for everybody."

- "I think that it gives a sense of purpose and place, and gives the students a value added for a framework on which to hinge that education. It causes them to be graduates, which then prepares them for the world of work in a variety of ways."

- "I have, like the others, no hard facts/no evidence to gauge an answer. But I can tell you that in the community the perception is, (and this ties in with the other questions), that if students are staying in school and there's something that excites them about school and their coming and their doing well, and able to do bigger and better things with their lives – those are the anecdotal comments I hear in the community."





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

- "There are some data provided by the districts accountability office that suggest that, for some classes of students, taking MAS programs increases subsequent passing of the AIMS test for persons who failed it in the 10th grade. There is some suggestive data that it may increase graduation rates. Maybe that's weaker data. … by training we have fairly high standards of proof. I would characterize what I have seen as suggestive but not conclusive. I don't think …that's been done to date could be published in a peer reviewed journal. For example, we don't know whether the students who take these courses are similar ex-ante the students who haven't taken the courses; there's really no control for that in any of the…that's been generated to date. There are no tests of statistical significance. There's no control for various selection effects. So I think it's suggestive but not conclusive. The district over years has not seen material improvement in the achievement gap between any of the groups that tend to underperform, including the Mexican American students. One wouldn't necessarily expect this program to have a big effect on that because very few students enroll in this program. So, in any given year, maybe only 6% - it seems – of … take any of these courses; any of our high school students. So it would be difficult for them to have aggregate impact."

- "It is my understanding regarding the AIMS testing and ….testing that the students have already taken those tests prior to the 11th and 12th grade level. I believe that most of the students going into these classes are already on their way to graduation. I do believe that some of the classes are good. I do believe that they probably present another viewpoint. I don't believe that it's the magic pill that's making all these kids graduate."

- "Absolutely we have seen a return on investment for MAS, all our ethnic studies groups actually. What we see are children that had no interest really in attending school, high absenteeism, failure to thrive, low academic achievement who made the change within a short period of time of being introduced to these classes. They then became highly motivated. Students how never talked about going to college became interested in attending university. They became active in community…to become a very integral piece of the community leaders. That is documented; it is a fact. We have people who have gone through the ethnic studies programs who have come back to work with these children; who are giving back because of what they got out of it. We have students at the university who are now excelling and making names for themselves, student leaders, and that kind of thing."

- "I know that the data has been revised to make sure its as accurate as possible. I think the thing they have to understand about the AIMS test is that it's not like MAS teachers take their kids as separately and have them do the AIMS. The kids are spread out through the building when the AIMS test takes place.  So they have no control over the outcomes of how kids do on this test. What we do know is that we've taken that data to be the raw data that we use. As X has alluded to, how are you going to look at that data to draw your conclusions. It's pretty clear, if you're looking at just rates of passing that test, they are coming out ahead of kids that don't take the class. Not by a lot, but significant anyway; we're talking about margins of 7 to 10 percent, depending on the year and what class you're looking at, but they're coming out ahead. What I think is really significant though – the most impressive thing in the data – is not whether they're…in





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit — Mexican American Studies Department — Tucson Unified School District*

reading and writing, which it's saying they are, but that they're matching it in math because they don't have anything to do with teaching math, they just don't teach math. What's interesting about it is, if you look at that data, and you look at rates of passing on the AIMS, you'll find that non-MAS students come out about 3 points ahead — I think...87 to 90 percent or something like that. But what's significant is you have to look back at where they're starting at and the rates of success when they first take it. Of course the MAS students are at a lot lower level, so the rate of success doubles with the MAS students compared to the non-MAS students — I think the numbers jump from 64% to 87, where the other groups start at about 77 and gets to 90. That's impressive because that tells you what they're doing; they are creating academic identity in the kids that's carrying out into other classrooms. That's the real impressive thing. That...the measure of success. What the program was intended to do in the first place was to raise achievement of a population that historically has under achieved in the district. They are clearly doing it. They are clearly doing it to the extent that the kids are taking their other classes seriously."

* "We always want them to succeed; especially our Hispanic students, that's the reason we are now in the post unitary plan. We want to make sure we are still servicing these students and that these students get every possible opportunity to have the curriculum that they need and can connect with. To see this expand would be great. To be able to see it in more school, more offerings because we've seen the impact that it has already achieved and would really like to see it being achieved with more of our students in our schools."

* "I notice that a lot of the MAS teachers have been advocates for the students. So, if I'm having a meeting with all teachers....the MAS teacher might tell the students, "come to my class and I'll help you with that math class or that science class." They seem to...advocate students, and they have a strong relationship."

* "I do see that the teachers who are teaching the MAS program seem to be very invested in teaching, very invested in students progressing and going to college, progressing so that they have a successful way in life and I think that's very important."

**Outcome Measure 2 Summary**

There is a positive measurable difference between MASD and the non-MASD comparison group of students. Data indicates that the graduation rate of students in the MASD program is higher than those not in the program. High school juniors taking a MASD course are more likely to pass the reading and writing portion of the AIMS subject tests if they had previously failed those subtests in their sophomore year. Consequently, high school seniors enrolled in a MASD course are more likely to graduate than their peers.

In light of the data collected and reviewed, student achievement is due to the sense of pride that develops through their accomplishments with highly effective teachers. Many research-based practices that promote enhanced critical thinking and high-order comprehension of difficult topics is in place and used on a daily basis. Regardless of program, teacher effectiveness achieves results. Effective practices in combination with the motivation to learn for a purpose relevant to students create these results. Students learn to be proud, regardless of ethnicity, and





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

are motivated to exceed and excel. It would be remiss if the curriculum auditors did not point out the fact that many variables may enhance student achievement. For further statistical analysis regarding specific ethnicity groups and income status level as it is correlated to graduation and dropout rates please, see the Appendix.

### Outcome Measure 3

**Determine whether the Mexican American Studies Department's curriculum is in compliance with A.R.S 15-112(A).**

1. **Promote the overthrow of the United States Government.**
2. **Promote resentment towards a race or class of people.**
3. **Are designed primarily for pupils of a particular ethnic group.**
4. **Advocate ethnic solidarity instead of treating pupils as individuals**

This section of the curriculum audit provides evidence and findings in relation to Outcome Measure 3. During the curriculum audit period, no observable evidence was present to indicate that any classroom within Tucson Unified School District is in direct violation of the law, A.R.S 15-112(A). In most cases, quite the opposite is true. Consider, if classes promoted resentment or ethnic solidarity, then evidence of an ineffective learning community would exist within each school aligned with the Mexican American Studies Department. That was not the case. Every school and every classroom visited by the auditors affirmed that these learning communities support a climate conducive to student achievement.

Consider the chart below indicating the 2011 Cumulative Quality Survey Summary Indicators. Schools associated with MASD courses promote a culture of excellence and support a safe and orderly environment conducive to learning. Teachers collectively are building nurturing relationships with students and work to improve student achievement, attendance, and graduation as identified in numerous focus group interview sessions. A culture of respect exists and students receive additional assistance beyond the regular classroom instruction to support their academic learning.

**Figure 25**
**2011 School Cumulative Quality Survey Summary Indicators**
**Tucson Unified School District**

| School Quality Survey Indicators All TUSD Schools | Strongly Agreed Success Rate | Agreed Success Rate | Combined Success Rate |
|---|---|---|---|
| The school is a safe place for students. | 29.1% | 62.2% | 91.3% |
| I rarely hear that students say negative things about the racial or ethnic backgrounds of others. | 25.1% | 58.7% | 83.8% |
| Students of different racial and ethnic backgrounds get along at this school. | 29.5% | 64.6% | 94.1% |
| I reflect on and examine my own cultural background, biases and prejudices related to race, and culture that may influence my behavior. | 37.6% | 58.1% | 95.7% |





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

| | | | |
|---|---|---|---|
| I intervene, in an appropriate manner, when I observe others in the school community engaging in behaviors that appear culturally insensitive or reflect prejudice. | 44.6% | 53.9% | 98.5% |
| The general climate for diversity at my school is welcoming. | 39.0% | 56.2% | 95.2% |
| The n-size (number of staff participants) average is 4,124 respondents. | | | |

**Figure 26**
**Mexican American Studies Department**
**Arizona Revised Statue 15-112(A) #1**
**Tucson Unified School District**

| **1.  Promote the overthrow of the United States Government.** |
|---|
| *Elementary School Observation* |
| No observable evidence exists that instruction promotes overthrow of the US Government. The audit team witnessed no discussion of the US government during these observations. |
| • Evidence of both traditional American history and Mexican American history were seen in each room, including U.S. flags, the Pledge of Allegiance in both English and Spanish, and pictures of historic figures from multiple ethnicities. Both of these classrooms contained student-friendly curricular materials, with the presence of research-based instruction evident in the student's work displayed. |
| *Middle School Observation* |
| No observable evidence exists that instruction promotes overthrow of the US Government. The American government is being discussed through history as to how it was formed and shaped by our forefathers. |
| • In all three classrooms, there was evidence of both traditional American culture and Mexican American culture, including U. S. flags, pictures of historic figures of multiple ethnicities, Chicano Studies posters, and the Yaki (Native American) Pledge to the U. S. flag. In classrooms where dual-language courses are held, print material appeared in both English and Spanish. |
| *High School – Latino Literature Observation* |
| No observable evidence exists that instruction promotes overthrow of the US Government. The American government was not discussed in any of these courses. |
| • In each of those four rooms were symbols of traditional American culture, namely U. S. flags and presidential figures. |
| *High School – American History/Mexican American Perspectives Observation* |
| No observable evidence exists that instruction promotes overthrow of the US Government. The American government was taught only from a historical perspective in the classrooms observed by the audit team. |
| • All six classrooms contained material from both traditional American culture and Mexican American culture.  Some examples of environmental print materials representative of this include:  US flags (one enormous, hand-painted version), world maps, En La Kech ("You Are My Other Me") posters, "Defend Ethnic Studies" posters, the Declaration of Independence, United Farm Workers flag, fliers for family events for Chicano Studies, and most notably, pictures of various historical figures including Martin Luther King, Gandhi, Cesar Chavez, John F. Kennedy, Einstein, Malcolm X, Mohammed Ali, and Bob Marley. |
| *High School – American Government/Social Justice Observation* |
| No observable evidence exists that instruction promotes overthrow of the US Government. During the audit team's visits, the American government was taught as it exists in terms of the executive, legislative, and judicial branches. At no time was any conversation even remotely relevant to the overthrow of the US government. |
| • Environmental materials located in these four classrooms represent both traditional American |





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit — Mexican American Studies Department — Tucson Unified School District*

culture and Mexican American culture. Some examples include: US flags, the Declaration of Independence, world maps, "Defend Ethnic Studies" posters, immigration and Homeland Security fliers, the Four Tezcatlipokas, and most notably, pictures and quotes from historic figures including Eleanor Roosevelt, Malcolm X, Geronimo, Bob Marley, Cesar Chavez, Martin Luther King, and Mahatma Gandhi.

*High School – Chicano Art Observation*

No observable evidence exists that instruction promotes overthrow of the US Government. During the audit team's visit, there was no discussion of the US Government in any format.
- The artwork displayed did not suggest any evidence of the law being violated.

Focus group commentary included:
- "It is non-negotiable that the course work should help them become broader minded. The founding father, when they set up public school systems within our country, it was with the idea of inculcating democracy and having an educated citizenry. An educated citizenry keeps at bay a despotic government. With that said, it's important that we have classes that challenge students to think; where they can be critical thinkers and where they question the status quo. It also, at this time – if you look at the statistics of what's been happening in the last 15 years in terms of global education – it's putting America at the top of the game in terms of why we have so many students from other countries that want to study here. It's because it's so broad minded. Whenever you have a narrowing of the curriculum I think that's a very un-American concept."

- "I'm going to say a few things that are a concern of mine, specifically regarding this audit. I'm very concerned that the law, as I understood the law that was passed recently regarding the ethnic studies program – one that I think is a horrible law and has been very disruptive to the lives of the people who teach, to the kids, and I think you're very unlikely to see the best of this program …because of the horrible environment that has been created in light of all this; it's very unfortunate. The amount of scrutiny that these people have been under for three years now is more than most teachers could ever bear. It wears down on their teaching and it wears down the kids. You know the kids are going to feed off of really strong positive teachers. Some days that's not happening because those teacher has been so…down; it shouldn't have been that way and its disgraceful that we've gotten to this point."

- "Another thing is getting involved in my community is going to be a great impact in my life as well because not only are you helping your community you're helping yourself and you're helping others worldwide. Most people won't notice, but that little notice can turn into something big that will later…then recognize. Protests, I'm a big chant person. I like to go up and protest on things that I find very important, such as the senate bills because that affects my community, myself, my family, and others as well as my friends."

- "…on the social justice class I was in, I would like to share that. I really liked that class because it taught us about government, but it also taught you how to be an active member in government. How to interpret the constitution and not just read it; how to internalize it and be a productive American."

- "I think we need a diversity of focus. We're an urban district. We're very big. We've got high levels of poverty, especially in the schools where MAS is being



52



taught, and we need lots of tools. I know there's some controversy about MAS but my real hope is that, if there are people looking to reform, okay let's talk about that, but let's not throw out the baby with the bath water."

## Summary

During the curriculum audit period, no observable evidence was present to suggest that any classroom within Tucson Unified School District is in direct violation of the law A.R.S 15-112(A).

**Figure 27**
**Mexican American Studies Department**
**Arizona Revised Statue 15-112(A) #2**
**Tucson Unified School District**

| 2.  Promote resentment towards a race or class of people. |
|---|
| *Elementary School Observation* |
| No observable evidence exists that instruction promotes resentment towards a race or class of people. The auditors observed the opposite, as students are taught to be accepting of multiple ethnicities of people. |
| *Middle School Observation* |
| No observable evidence exists that instruction promotes resentment towards a race or class of people. As previously supported, students in middle school are taught the Tezcatlipoca as a student discipline plan, resolving issues through self-reflection. In addition, En Lak'ech is emphasized and all students learn, "You are my other me, learn this. If I do harm to you, I do harm to me. If I love and respect you, I love and respect myself." |
| *High School – Latino Literature Observation* |
| No observable evidence exists that instruction promotes resentment towards a race or class of people. Students all demonstrated respect for each other during classes. It was obvious that this is the prevailing expectation of all teachers visited. <br> • The most notable commonality among the five rooms was the dedication to quotations from famous Americans of many cultures and professions:  authors, poets, musicians, athletes, politicians, scientists, world leaders, etc.  Three of these four classrooms observed displayed Mexican American culture in addition to the traditional, for example, United Farm Workers flags, immigration and homeland security posters, and promotions for local Tucson festivals and events. |
| *High School – American History/Mexican American Perspectives Observation* |
| No observable evidence exists that instruction promotes resentment towards a race or class of people. The history courses observed were exactly that, history courses. People from multiple ethnicities were discussed in the context of their place in history. <br> • All six classrooms contained material from both traditional American culture and Mexican American culture.  Some examples of environmental print materials representative of this include: US flags (one enormous, hand-painted version), world maps, En La Kech ("You Are My Other Me") posters, "Defend Ethnic Studies" posters, the Declaration of Independence, United Farm Workers flag, fliers for family events for Chicano Studies, and most notably, pictures of various historical figures including Martin Luther King, Gandhi, Cesar Chavez, John F. Kennedy, Einstein, Malcolm X, Mohammed Ali, and Bob Marley. |
| *High School – American Government/Social Justice Observation* |
| No observable evidence exists that instruction promotes resentment towards a race or class of people. Race or class of people was not even a topic of discussion in these classes during our visit. The audit team |





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

found these classes to be less relevant to Mexican American culture than others presented in this report.
* Environmental materials located in these four classrooms represent both traditional American culture and Mexican American culture. Some examples include: US flags, the Declaration of Independence, world maps, "Defend Ethnic Studies" posters, immigration and homeland security fliers, the Four Tezcatlipokas, and most notably, pictures and quotes from historic figures including Eleanor Roosevelt, Malcolm X, Geronimo, Bob Marley, Cesar Chavez, Martin Luther King, and Mahatma Gandhi.

*High School – Chicano Art Observation*
No observable evidence exists that instruction promotes resentment towards a race or class of people. During the audit team's observations, there was no direct instruction of students. All interactions were based solely upon art expression.

According to TUSD Governing Board Policy, ADF-R Intercultural Proficiency, the physical environment at each classroom visited displayed pictures, posters, and other materials representative of the cultures and ethnic backgrounds of students served.

Insights from focus group interviews include the following:

* "I've found each of those kinds of programs important in an understanding of self within the broader community when one then enters that broader community. I don't have any primary knowledge about the program here, but I rather suspect it's very comparable to programs that are national or regional around. I always found that student who came from such programs, when they entered our institution, were well prepared to deal with a highly diverse community; it was important for them to have their own self-identity and feeling of self to be able to now engage in a much broader community."

* "That's where, in terms of student equity....as we stated in the very beginning, in terms of the issue of broad mindedness, open mindedness, and working well with others I believe it is the role of student equity to help the district move more strongly in that direction so that the district is more open minded and works well with all students. One of the things that we do better is recognize that all students are holders and creators of knowledge. In that regard, we find within ourselves the risks that we create for students. Rather than trying to identify at risk students, what risks does the system create that places these students at risk. I think that's a totally different orientation. I think it's important that we move in that direction because it's the system, from my perspective at least, that creates the biggest risk for groups of students rather than students walking in with deficits. I think if we flip orientation and start recognizing the assets students walk in with and build upon those assets, we run the risk of having those students reach their full potential."

* "I have not talked to the kids personally. I have heard that students say, "...I did not know I was being victimized until I took these classes" That's a bad sign right there."

* "I have no specific reference to MAS in TUSD; however, any group who understands its heritage and events that have taken place that are both negative and positive..., whether it be a minority group or whether it be the dominant group. It helps a person understand what took place, why it took place, how it has





changed, where future change….take place and be desirable, and gives a person a broader understanding and respect not only for their own people but for others. Because it can also be said that there will always be some in any group who may only see the negative aspect of what has happened in the pass and are unable to look forward to where things were. That is just human nature the way it is."

- "That is one of the wonderful things about our MAS and our Ethnic Studies program. It absolutely addresses all cultures. Because instead of taking one piece of our history it's taking several different pieces of it, which all are factual and exist. So it has improved their tolerance of other cultures, knowledge of other cultures, and their collaboration with other cultures. It's a beautiful thing, quite frankly. That was one of its purposes and it has been successful in that. In terms of speaking of open minded; that is what the crux of this is, is to open their minds to all cultures – not just Anglo, or the Hispanic, or the African American, or the Asian cultures. I think it has created a community of well-rounded individuals who understand that, while they have their own identity, there are others who have their identity as well, and we'll all …together and we'll work together. So, for that I would have to say it has done exactly what it's supposed to do."

- "I want to add into the…of one of the things that is stated daily in those classes, which is the enlakech, which is you are my other me. I'm going to treat you the way I would want to be treated. You can see that in the various different cultures how that is translated. No matter which ethnic groups you are going to be talking to, working with, they always see you as the enlakech because they always see you as you are my other me."

- "It's such a cliché but, I'm going to start crying, I think my kids are color blind. It's unbelievable what I have at my house every weekend. I have never seen anything like it. And there is no judgment; there is inclusiveness."

- "I'd like to add on to that. It's almost impossible for us to be racist in these classes because, enlakesh – like, you are my other me. It's like impossible – we are taught to be the opposite of racist."

## Summary

No observable evidence exists that instruction within Mexican American Studies Department promotes resentment towards a race or class of people. The auditors observed the opposite, as students are taught to be accepting of multiple ethnicities of people. MASD teachers are teaching Cesar Chavez alongside Martin Luther King, Jr. and Gandhi, all as peaceful protesters who sacrificed for people and ideas they believed in. Additionally, all ethnicities are welcomed into the program and these very students of multiple backgrounds are being inspired and taught in the same manner as Mexican American students. All evidence points to peace as the essence for program teachings. Resentment does not exist in the context of these courses.





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

**Figure 28**
**Mexican American Studies Department**
**Arizona Revised Statue 15-112(A) #3**
**Tucson Unified School District**

| 3. Are designed primarily for pupils of a particular ethnic group. |
| --- |
| *Elementary School Observation* <br> No observable evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. The classrooms participating in this program were selected based on teacher interest and student needs assessment; in other words, students who would benefit from enrichment activities from an outside instructor. Each of these classes contained various ethnicities of students. |
| *Middle School Observation* <br> No observable evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. Students from many ethnicities participate in the program by choice, as an elective. In addition, the Mexican American history instruction witnessed by the audit team was presented as an overlay to traditional American history, consisting of people from many cultures. |
| *High School – Latino Literature Observation* <br> No observable evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. Although much, but not all, of the literature read in these courses was written BY Mexican American people, not exclusively FOR specifically Mexican American people. The print materials found in these classrooms, whether observed in use or not, contained themes of identity, dealing with hardships, loss of a loved one, facing peer pressure, human relationships, and realistic fiction designed to capture a time in history. |
| *High School – American History/Mexican American Perspectives Observation* <br> No evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. The scope of history covered in these courses is designed for all students to gain a thorough understanding of the historical figures and events that occurred throughout time in our country. |
| *High School – American Government/Social Justice Observation* <br> No observable evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. During the audit team's observations no particular race of people mentioned in any of these classes. It was not of relevance to instruction in this course. |
| *High School – Chicano Art Observation* <br> No observable evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. All students in the classes observed were engaged in individual projects, regardless of their ethnicity. <br><br> • Most environmental print in the room was art-related: perspective, shading, color wheels, but most predominantly, student work samples. There were a few cultural artifacts in the rooms, including immigration information, an anti-homophobic flier, "We reject racism," and a copy of the AZ Sun article about the TUSD teachers filing a law suit. All text was entirely in English. |

Many persons interviewed indicated
  • "I have a large ELL population and I have to comply with the law. The law says that these students are segregated until they master English. They are in an ELD class improving their English skills in the English language. So, I have had many conversations now about what you do in a school like X, where the majority of the population are 2nd language learners. For X, I have to say no because we need to do a better job of providing more opportunities for all of the students. I have 10% that are African American, and the other 80% are Latino – Spanish





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

speaking students and they are separated. My kids never get to be with the African American kids for two separate classes. So, speaking for X, the answer is no."

- "I would say that we also struggle at Ochoa within the restraints of the law and the requirement to segregate children. I think that effects … somewhat to provide something beyond coursework but actually living open minded and integrated. I agree with K that the coursework that the teachers provide, they work really hard to make sure that there is open mindedness and getting a broad sense of identity, not only of their own but of others. I think it is more evident in the MAS classes because that is what they are trying to accomplish."

- "No, it is a very separatist. It is all based on downing Americans, anything that's American culture, and American History they put American down constantly."

- "That's what I've heard from them. That's what I've heard from a diverse group of kids. It's not just Mexican American kids that I've heard from. I've heard from Anglo students that were interested and got involved. They say it helps them with their regular literature classes. It helps them understand classic literature which they didn't relate to very much. History, it gives them a different and broader perspective of American history and its interaction with Mexico."

- "When I first came on the board I was really hoping we would move towards having all the ethnic studies departments move towards courses, because I think that – in U.S. K12 education – we don't really honor the contributions of any groups other than Anglo. So I really think that, for some of the claims about students only getting one side of the story – it's like, if you've been in our system from kindergarten through 10th grade, you know who George Washington is, who Abraham Lincoln is, you find that stuff out in kindergarten; where you don't know that about Caesar Chavez or anybody else."

- "Unity is built in every classroom; every classroom is a dynamic. MAS is an American history course through the eyes and perspective of the Mexican American community in the united states. So if there's anything that pertains to any particulars here, we're looking at American history through this perspective. If a student is seeking that knowledge – be it Mexican …because I have a mixture of students, I have African American and Anglo student in my class. I'm thinking of pride; to give somebody pride and the accomplishment – maybe this is why the student took my class."

- "So they've been given the opportunity to do the Pan-Asian ethnic studies. The problem with that, Pan Asian, it's only a support program. It doesn't have any core curriculum or anything near that. If they did I think my kids would love it; I'd want them in it because I'd want them to learn about their history – at least that half of history – they certainly get the European history side of things. … Frankly, if X High school offered Mexican American Studies (MAS) I would definitely have encouraged my son to take those courses because we live in that culture – in this town and in this region."

- "It was really hard growing up because you'd have a lot of anti-immigration hate. It was just like…. I think ethnic studies…a really big thing. It teaches you beyond what your parents teach you, because your parents can only do so much as teach you who you are as a person and who you are ethnically. It's just a



57



wonderful thing due to the fact you don't get segregated with all these other kids. You're learning about you basically. You know, enlakesh – you are my other me. You are learning about your other you, just on the roots of who your parents were and where your parents were from."

- "It's funny how Tom Horne says it's teaching us to be racist and how its teaching us to hate other ethnic groups, when that's not true. He says its teaching us out of resentment or hate against other people or ethnicities. And really, that's not true. It makes us want go out with those other people. The class makes us want to be more involved with other people and learn from other people's perspective."

- "Being an Anglo student in those classes, it doesn't even make a significant difference. I still relate to all the topics even though I'm not Mexican American; it's still my community where I live and I'm a part of that."

The only questionable evidence that exists is the Mexican American Studies Department Model flowchart. This model does not accurately depict nor align with MASD Vision and Goals presenting the true nature of their program – teaching the Mexican American culture and history to ALL students. Furthermore, there are other ethnic studies courses offered as electives geared to specific ethnicities as well within TUSD: African American Literature 5,6 and Native American Perspectives 1,2. Although these departments do not influence the core curriculum directly, the essence of their missions is the same.





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

**Figure 29**
**Mexican American Studies Department Model**
**Tucson Unified School District**



http://www.tusd.k12.az.us/contents/depart/mexicanam/model.asp

"The objective of the Mexican American Studies Department is to create a truly equitable educational ecology." Whereas the Model for Critically Compassionate Intellectualism is focused on "Latino Students", it is stated at the bottom of the web page, "The ideology and structure of the education experienced by Latinos and children of color must be reflective of the educational ecology of each of these students. This approach provides Latino students and students of color with the same quality of educational sovereignty afforded Anglo students."

**Summary**

A majority of evidence demonstrates that the Mexican American Studies Department's instruction is NOT designed primarily for pupils of a particular ethnic group. As previously indicated, every current course syllabus states; "At the core of this course is the idea that ALL people should not be required to give up their ethnic and cultural traditions in order to become part of mainstream American society. People have the moral and legal right to maintain the



59



## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

knowledge and identification of their own race, ethnicity, culture, traditions, history, and language. Culture is a major indicator in the ways in which individuals communicate, seek assistance, seek recognition, intellectually process and disseminate information and it significantly impacts the way individuals learn."

**Figure 30**
**Mexican American Studies Department**
**Arizona Revised Statue 15-112(A) #4**
**Tucson Unified School District**

| 4. Advocate ethnic solidarity instead of treating pupils as individuals |
|---|
| *Elementary School Observation* |
| No observable evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. The instruction witnessed by the audit team focused strongly on students as individuals, regardless of their ethnicity. |
| *Middle School Observation* |
| No observable evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. The instruction witnessed by the audit team emphasized various cultures only for their place in history. No one culture was instructed as being more important than another. <ul><li>She spent a portion of her planning time showing the auditors around her room and discussing projects displayed and the role of multi-cultural education in her classroom. Her classroom is a showcase of several ethnic studies, not limited to Mexican American, African American, Asian American, many tribes of Native American, and traditional American history.</li></ul> |
| *High School – Latino Literature Observation* |
| No observable evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. The team found no evidence of print materials being used in *Latino Literature* that emphasized unity or solidarity among a particular race of people. Instruction was designed to further the achievements of every student in the room, regardless of race or ethnicity. Each student was encouraged to voice his/her opinion, regardless of whether or not others agreed with it. Students were discussing various viewpoints throughout the lesson, and no instructor coaxed or encouraged any response outside of honest opinions from students. |
| *High School – American History/Mexican American Perspectives Observation* |
| No observable evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. Nothing in the materials or coursework of this course advocates ethnic solidarity. The Mexican American history taught in this course is blended into the traditional American history taught in other classrooms. |
| *High School – American Government/Social Justice Observation* |
| No observable evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. Ethnic solidarity was not a topic in any of these classes, as race or culture of any type of people was never even mentioned. Culture of any kind was not a topic discussed. |
| *High School – Chicano Art Observation* |
| No observable evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. During the audit team's visit, there was no mention of ethnic solidarity whatsoever. Teachers assisted students individually and solely for the purpose of assisting in their work. |

The Mexican American Studies Department's website does not tout a curriculum that focus on ethnic solidarity; rather it reports that it has developed from research within the Social Justice Education Project, the model of the Critically Compassionate Intellectualism. Whereas the Critically Compassionate Intellectualism model includes components of a counter-hegemonic



