1 | **RICHARD M. MARTINEZ, SBA No. 7763**
307 South Convent Avenue
2 | Tucson, Arizona 85701
(520) 327-4797 phone
3 | (520) 320-9090 fax
richard@richardmartinezlaw.com
4 | **Counsel for Plaintiffs**

5 | IN THE UNITED STATES DISTRICT COURT

6 | FOR THE STATE OF ARIZONA

7 | CURTIS ACOSTA, SEAN
ARCE, MAYA ARCE, MARIA
8 | FEDERICO BRUMMER,              No. CV 10 - 623 TUC AWT
DOLORES  CARRION,
9 | ALEXANDRO ESCAMILLA,
JOSE GONZALEZ,  NORMA          **THIRD AMENDED COMPLAINT**
10 | GONZALEZ, LORENZO
LOPEZ, JR., KORINA ELIZA            (VERIFIED)
11 | LOPEZ, RENE F. MARTINEZ,
SARA "SALLY" RUSK,
12 | and YOLANDA SOTELO,
                                (Action for Declaratory and Injunctive Relief)
13 |         Plaintiffs,

14 | v.

15 | JOHN HUPPENTHAL,
Superintendent of Public
16 | Instruction, in his Official
Capacity, et. al.,
17 |
        Defendants.
18 |

19 |

20 |

21 | Exhibit C, Part 3

22 |

23 | to

24 |

25 | Third Amended Complaint

26 |

27 | Cambium Audit Report

28 |

**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

curriculum, pedagogy based on the theories of Paolo Friere, and student-teacher interactions centered on authentic caring; no evidence of ethnic solidarity and its teachings were observed. As the MASD programs welcome all students regardless of ethnicity, the Critically Compassionate Intellectualism model allows for Latino students, "as a mirror" and for non-Latino students, "the model serves as a window into cultural, historical, and social understanding."

It is significant, however; to report that in accordance to TUSD Governing Board Policy, ADF-R Intercultural Proficiency, curriculum and learning resources are appropriately designed and implemented to combat oppression, racism, and prejudice.

Interviews with many stakeholders indicate the following comments.

- "Having the mentor specialist from African American Studies there, from Native American Studies there, I think that has helped for those kids to say look I've got some role models. We have a NSBI group comes in on Fridays; a group of engineers to work with my students, and it has given them a sense of place and belongings. So we need to do more of that. We're looking at partnering with UofA because there are different groups there than can come in. There's work to do, but we're beginning to."

- "We also are extremely fortunate. Two days a week I have a Native American person that comes and works with the Native American population. I also have an African American person who comes once or twice a week to work with the African American kids."

- "We do the same as I, celebrate different cultures. We foster events of family and pride at the school; we continually do that. We have received those small grants, so we work together as grade levels, across grade levels, and what not; so parents, students, and teachers work together in that."

- "It is what the school is doing to make sure, especially at middle school, that they need to belong to specific groups; that we need to promote as many ways in which they can belong not…only one, but several groups. For instance, at my school, through sport they have track, soccer…. We have band, mariachi, and dance. We also have electives. The Mexican American Studies. We have outdoor exploration. We have…. There's multiple ways we promote students to work positively with one another; therefore, it is highlighting the value of unit."

- "I think J hit it right on the head in terms of this issue of unity. I think if you walk into our schools and see our students interacting I know you will see students of different racial and ethnic groups interacting together. But at the same time, if you examine our school district, you will see that we have a very segregated school district; that's a reflection….. Because I think, again…the students I interact with quite often, these issues we are talking about in terms of adult issues, issues of discrimination or prejudice, I don't think they are as prevalent with young people as they are with adults. So I think we should, in many cases, look at our students and learn from them – take examples from them – and how they negotiate and mediate culture difference, racial difference, one side of town and the other side of town difference. Because I think in many ways they have the answer."





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

- "Well they have love for their Mexican brothers and sisters, which is all about them. If you look at la raza, the race, imagine that white people called themselves the race then that would be called racist and it is. Anybody that call them the race is a racist. It's funny eight-three percent of Mexico are mixed with European blood, Spaniards. The last I looked Spain was still in Europe, which means that eighty-three percent of Mexican have European blood in them. They keep saying that they are going to over throw out the Europeans."

- "With respect to this particular program, the extent to which the companies here are trying to hire a diverse population sells. Clearly if you are recruiting diversity in your community, the fact that your local district has programs that are aimed at ethnic diversity is a plus. There are a number of individual who might come here and want their children to be exposed to those types of programs, either because they've been exposed to them elsewhere or they think that it would be a good idea here."

- "We have a very diverse student population, including both exceptional education programs as well as a very significant and large refugee population of students from across the world. My observation of their interactions in classrooms and throughout the campus is one that appears to be very welcoming, very accommodating; the children intermix with everyone on campus and the student population seems to be very open minded and accepting of many different cultures. I don't have the evidence of the coursework."

- "What I've noticed about the students – I don't know if it's so much as a result of the curriculum, but because they feel so strongly about what they've been able to gain from these courses, they're willing to be very vocal and fight for them. They've done a very good job of focusing the attention on themselves as students and the fact that they are the ones who are going to hurt if something happens to these courses."

- "There have been some misperceptions that, well the teachers have taught them how to do this, or there's outlying groups pushing these kids to do this. I don't know if you know teenagers at all, but if they don't want to do something they're not going to do it. So I feel this is totally something that students have united around. They've also done other things. They've also united around supporting different community causes…So it's really involved them in the community, and they are more united with our Tucson community than they were in the pass. I think they are more involved with what's going on nationally and internationally as a result of just having the veil lifted."

- "So that's really one of the big basis that I've seen come out of these classes and these students; that they have respect for every culture and they have the open mindedness of every culture."

- "I do not believe for a minute that they are teaching intolerance, that they are teaching that any group is superior to another. I know kids in these classes. I've talked to kids in these classes. It's the exact opposite. I am very perplexed when I hear rhetoric from the other side saying that these kids are being taught to hate. I don't know where that's coming from. I keep referring back to my 10 year old son's first experience with a very…program and it was, "you are my other me.""





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

That's the basis and he was learning intolerance so I don't know where the other side is coming from."

* "I think when you ask does the coursework at X High help students become more broadminded and understanding of other cultures and how so – boy it better or I'm not doing my job."

**Summary**

No evidence as seen by the auditors exists to indicate that instruction within Mexican American Studies Department program classes advocates ethnic solidarity; rather it has been proven to treat student as individuals.

**Outcome Measure 3 Summary**

During the curriculum audit period, no observable evidence was present to suggest that any classroom within Tucson Unified School District is in direct violation of the law A.R.S 15-112(A). Schools associated with MASD courses promote a culture of excellence and support a safe and orderly environment conducive to learning. Teachers collectively are building nurturing relationships with students and work to improve student achievement and attendance as identified in numerous focus group interview sessions. A culture of respect exists and students receive additional assistance beyond the regular classroom instruction to support their academic learning. As a result, students from many ethnicities are physically sitting in Mexican American Studies Department classes and are learning that different perspectives are valuable, that Americans come from many backgrounds, and that being an American means that all people are accepted. If this program were revised with significant modification and made available to more students, it is likely there would be even more diversity of students within the courses.

It is imperative to note the curriculum audit period included a limited number of classroom observations in comparison to the number of sections offered. For example, within all six high schools visited only 39.5% of all high school MASD courses offered were observed which is 17 out of the 43 sections. Additionally, auditors were able to observe on average 29.6 minutes of a class period. Based on the transitory classroom visitation schedule, the limited audit period, and the lack of comprehensive information provided by MASD, the auditors could not state unequivocally that other evidence does or does not exist beyond a shadow of a doubt.

## IV.   RECOMMENDATIONS

According to the Breckenridge Group Architects/Planners + Burt Hill Architects, the goal of the Tucson Unified School District 2011-2012 Strategic Plan is to capitalize on quality instruction and excelling programs, as well as to improve equity and access. This curriculum audit with its findings, outcomes, and recommendations outline a parallel concerted effort to support student learning for all pupils and maximize quality instructional programs. Therefore, the curriculum audit team offers the following recommendations for open collaboration between the Arizona Department of Education, Tucson Unified School District, and the Mexican American Studies Department as they continually strive to improve curriculum and instructional effectiveness through a systematic process.





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

*Recommendation 1*

**Create board policies and procedures for effective curriculum management within the Mexican American Studies Department.**

It is the recommendation of the audit team that the Governing Board create policies and procedures for effective curriculum management and seek a third party for assistance and incorporate the indicators within the Arizona Department of Education's document of Standards and Rubrics for School Improvement. Educational policy development is a vital leadership function of the District and Governing Board. Comprehensive board policies provide not only focus and clarity to a school district's organization, but to also the implementation of educational programs inclusive of curricular and instructional implications. Therefore, it is the responsibility of the Governing Board to provide quality control of the curriculum.

Effective policies establish focus, criteria, and parameters for decision making by district staff. Creating specific policy outlining standards to establish the design and delivery of the written, taught, and tested curriculum is the primary process by which the board discharges its responsibility for quality control of the curriculum.

The curriculum audit team found many board policies did not meet audit criteria and are considered inadequate to provide a basis for sound local control of the curriculum. There are minimal TUSD Governing Board policies in place regarding curriculum. Governing Board Policy IJJ, addresses the instructional program in relation to courses of study and materials selection. Whereas the Board approves "the course of study, the basic text materials including digital materials for each course, and all units recommended for credit under each general subject title prior to implementation of the course. The Board will also approve and adopt all new text and supplementary materials." Consequently, all curriculum materials created, inclusive of those by the Mexican American Studies Department should have been held to said examination prior to release and distribution.

For example, the curriculum auditors found current MASD curriculum units embedded within the approved professional development course (Course #628), the 12th Annual Institute for Transformative Education Summer Conference, for 30 credits. Therefore, a question to consider: Does this course approval consequently approve the MASD curriculum units along with its questionable text and teaching resources?

Governing Board Policy IJJ continues on to outline text material selection procedures, guidelines for approval, and procedures to follow if the course includes a basic textbook and uses supplemental materials that have not been approved by the Governing Board. Consequently, this does not constitute sufficient curriculum management.

Proper and effective curriculum management provides control, direction, connectivity, feedback, ongoing monitoring, and provisions for productivity of the aligned written-taught-tested curriculum. Instituting such a curriculum management process provides assurances and accountability, not to be viewed as censorship, but rather appropriate curriculum materials that


**Cambium**
LEARNING


NATIONAL
ACADEMIC

### CAMBIUM LEARNING, INC.
### NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

are challenging yet not overwhelming for students. It is the responsibility of the district to provide administrative support and expectations for all instructional staff as they create and implement appropriate curriculum and instructional materials supported with systematic professional development opportunities.

Through the process of implementing a curriculum management system and protocol, clearly defined curriculum will be established through the creation and use of quality curriculum and pacing guides and a standard for a comprehensive policy on lesson plans and retaining graded student work. It is important to mention that the curriculum auditors could not locate evidence of a policy specifying a consistent practice for daily or cumulative lesson plan retention. It is common practice in the high school schools to write the plan on the board. Furthermore, as part of a curriculum audit, it is common practice to review student work samples; yet, student works are not retained, rather sent home instead. Consequently, the scope and sequence of lessons could not be determined nor could it be evidenced through student work samples. Current MASD curriculum units could easily be revised to serve as a foundation as they already contain effective elements for planning and instruction. Consider pulling together all units from 2005 and onward to create a bank of units to modify and plan yearlong units of study providing scope and sequence both within the academic year and vertical alignment.

Furthermore, effective curriculum management includes the proper use of resources both material and human. During revision of curriculum units and the creation of curriculum pacing guides, an opportunity for materials management is available. In accordance with Governing Board Policy IJL-R, a de-selection or weeding process is provided to ensure materials are, "relevant, accurate, and useful" over time for continual evaluation. Therefore, it is a recommendation of the auditors to undergo this process while revising and strengthening curriculum.

While collecting documents of the MASD program, individual schedules were obtained from each MASD curriculum/project specialist. It is a recommendation to conduct a time audit and review schedules for instructional integrity and a profitable return on investment, service, and student success. On average, four specialists spend at least four hours traveling to and from schools and planning locations. Moreover, the same four specialists spend on average 10 hours of planning per week. Combined travel and planning time for four individuals totals 57 hours per week. One individual spends a superfluous amount of time weekly with more than 15 hours of planning per week with an additional five and a half hours traveling. It is fair to mention this person does provide services to four different schools at varying grade levels.

In conclusion, it is the recommendation that MASD publish a comprehensive and cohesive curriculum with an observable scope and sequence per course offering. Elements detailing clear long and short-term goals within each course along with pacing guides, and use of formative and summative assessment allow for transparency and communication between MASD and its guarantors.





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS

*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

### Recommendation 2

**Communication opened between Tucson Unified School District, the Mexican American Studies Department, and the Arizona Department of Education.**

It is the recommendation of the audit team for the operation and curriculum management of the Mexican American Studies Department to become more transparent and collaborative with its guarantors. Ethnic studies are a vital piece of the community and provide students with research-based instructional practices from teachers that motivate them to become better citizens. From the auditors' assessment, there is nothing for the Mexican American Studies Department to conceal, and both Tucson Unified School District and the Arizona Department of Education should welcome all materials, alignments, and curriculum.

Whereas, there may have been evidence or perceived evidence to impropriety in the past, there is currently none now. Transparency and open communication will eliminate suspicion. For example, previous curriculum units may specify particular questionable texts that are controversial in nature, but are not evident in the classrooms. Therefore, it would behoove the Mexican American Studies Department to revise and eliminate extraneous and contentious resources. Additionally, many of the texts cited on the reading materials list should be specific to what students are required to read and suggested to read demonstrating a close relationship to the curriculum. Books simply added to a list and/or books for adult scholarly reading are not relevant on a recommended or suggested reading list.

Lastly, in an effort of becoming more transparent, the removal of previous critical and emotional inimical and unfavorable wording like "Raza Studies" should be removed from curriculum and website pages to establish the evolution of ethnic studies within the Mexican American Studies Department at Tucson Unified School District.

### Recommendation 3

**Maintain Mexican American Studies courses as part of core curriculum for high school courses: US History, American Government, and Literature.**

The auditors observed well-orchestrated lessons as evidenced by indicators within the Arizona Department of Education's document of Standards and Rubrics for School Improvement and the Closing the Achievement Gap (CTAG) protocol created by Cambium Learning.

Teachers and MASD curriculum specialists created lessons where learning experiences were aligned with the state standards and incorporated targeted performance objectives within multidisciplinary units for real life applications. The curriculum auditors observed teachers using researched-based instructional strategies that were developmentally appropriate and provided students with assignments that required the use of higher-order and critical thinking skills. Every classroom demonstrated all students actively engaged, and when asked to work together, they all


Cambium
L E A R N I N G


NATIONAL
ACADEMIC

**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

worked collaboratively with each other across various sociocultural backgrounds and academic abilities.

It is the auditors' recommendation that the high school Mexican American Studies Department program courses of Latino Literature, American History/Mexican American Perspectives, and American Government/Social Justice, once revised with significant modifications as outlined in Recommendation 1, remain as core courses with open lines of communication and collaboration with Tucson Unified School District and the Arizona Department of Education. Perhaps if this program were expanded and made available to more students, it is likely there would be even more diversity of students within the courses.

## V. SUMMARY

This document constitutes the final report for the Curriculum Audit of the Tucson Unified School District Mexican American Studies Department. The curriculum audit was commissioned by the Arizona Department of Education; the Governing Authority within the scope of its policy-making sanctions.

The Tucson Unified School District Mexican American Studies Department Curriculum Audit consisted of three phases and took place during the period of March 7, 2011 through May 2, 2011 and includes an Initial Data and Document Collection Phase, the Diagnostic Phase, and the final Analysis Phase. The Initial Data and Document Collection Phase incorporated collecting historical and documentation including but not limited to Arizona Department of Education State Standards and Tucson Unified School District Standards, curriculum materials, reports, resolutions, prior findings, summative student data, school data, and professional development artifacts. The Diagnostic Phase encompassed onsite school and classroom visitations, observations, and focus group interviews with an assortment of stakeholders allowing for a wide array of voices. The third and final stage, the Analysis Phase, was performed off site to examine, evaluate, and triangulate findings.

An audit is a methodical and formal review and examination of an organization. Within the educational program context, an audit is designed to analyze current performance against established standards, research-based educational practices and reveal the extent to which administrators and professional staff of a school district have developed and implemented a comprehensive, valid, and effective system of curriculum management and instruction. This curriculum and instructional system established within the framework of board policies enables a school district to make the greatest use of its resources in the education of its students for continuous improvement; thus, ensuring a quality education for ALL students.

### *Audit Purpose Revisited*

The purpose of the Tucson Unified School District Mexican American Studies Department Curriculum Audit was to determine: (1) how or if the Tucson Unified School District Mexican American Studies Department programs are designed to improve student achievement; (2) if



67



# CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

statistically valid measures indicated student achievement occurred; and (3) whether the Mexican American Studies Department's curriculum is in compliance with A.R.S 15-112(A).

Arizona Revised Statue 15-112(A) prohibits a school district or charter school from including in its program any courses or classes that includes any of the following:
1. Promote the overthrow of the United States Government.
2. Promote resentment towards a race or class of people.
3. Are designed primarily for pupils of a particular ethnic group.
4. Advocate ethnic solidarity instead of treating pupils as individuals.

To quote Governing Board Policy ADF – Ethnic Studies, "TUSD further recognizes that culture exerts a powerful influence on teaching and learning and will therefore promote cultural understanding in all aspects of a student's school experience by adopting curriculum, learning activities and teaching practices that lead to intercultural proficiency. All students have the opportunity to learn their cultural heritage and appreciate its uniqueness as well as that of others."

The curriculum audit team submits their findings and recommendations on behalf of ALL Tucson Unified School District students in the goal of being inclusive and respective for the diverse population it serves. The purpose of the curriculum audit is to provide a third-party set of findings and recommendations to assist in the amelioration of the Mexican American Studies Department.

## Abridged Findings of Outcome Measures

In response to Outcome Measure 1, Tucson Unified School District's Mexican American Studies Department programs are designed to improve student achievement based on the audit team's findings of valuable unit and lesson design, engaging instructional practices, and collective inquiry strategies through values of diversity and intercultural proficiency, although a more comprehensive curriculum framework is needed.

Outcome Measure 2 stated that the findings of the auditors agreed student achievement has occurred and is closing the achievement gap based on the re-analysis and findings of the Tucson Unified School District's Department of Accountability and Research.

Outcome Measure 3 demonstrated that during the curriculum audit period, no observable evidence was present to suggest that Arizona Revised Statues 15-112(A) is in violation of the law within any observed classroom in the Tucson Unified School District.

## Recommendations Abstract

The strategic goal outlined for 2011-2012 in Tucson Unified School District is to capitalize on quality instruction and excelling programs. Modifications to the Mexican American Studies Department will support and enhance this strategic goal.





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

Recommendation 1: Create board policies and procedures for effective curriculum management within the Mexican American Studies Department
- Create policies and procedures for effective curriculum management.
- Increase local control of the curriculum.
- Identify and implement a proper and effective curriculum management system.
- Create clearly defined curriculum, pacing guides, and much needed formative and summative assessments.
- Institute a board policy regarding standards for daily and cumulative lesson plans records.
- Institute a board policy on retaining comprehensive records of graded student work.
- Conduct a time audit of MASD specialists for proper use of human resources.
- Incorporate the indicators within the Arizona Department of Education's document of Standards and Rubrics for School Improvement.
- Publish a comprehensive and cohesive curriculum with an observable scope and sequence per course offering.
- Seek third-party assistance for curriculum management development.

Recommendation 2: Open Communications between Tucson Unified School District, the Mexican American Studies Department, and the Arizona Department of Education.
- Open communication for transparency and collaboration.
- Revise extraneous and contentious resources in curriculum and reading lists.
- Remove previous inimical wording of "Raza Studies" from all documentation to establish department renewal.

Recommendation 3: Maintain Mexican American Studies courses as part of core curriculum for high school courses: American History, American Government, and Literature.
- The high school Mexican American Studies Department program courses of Latino Literature, American History/Mexican American Perspectives, and American Government/Social Justice once modified as previously indicated remain as core courses with open lines of communication and collaboration.
- Consider expanding the program in the future under amended program guidelines.

It is with genuine anticipation that this curriculum audit report will provide the impetus for all stakeholders to reevaluate and unite in a workable consensus. The audit team is optimistic that given proper attention to the areas requiring improvements in the Mexican American Studies Department and Tucson Unified School District, as cited by this curriculum audit, the expectation for increased student achievement for *all* students of *all* ethnicities will increase over time. The curriculum audit will provide entry points on how to correct and improve the ethnic studies curriculum offered from the Mexican American Studies Department.





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

**APPENDIX**





**APPENDIX ITEM:**

*Summary of Classroom Observations – Mexican American Studies Department*

At various times during the audit, all four members of the team visited TUSD classrooms. The majority of the classroom visits were conducted by Luanne Nelson and Teri Casteel. A minimum of two audit team members were present at every classroom visitation in order to represent multiple viewpoints and present the classroom information as thoroughly and fairly as possible. The audit team visited every school in the district, to the best of their knowledge, where the MASD program was implemented, which includes a total of six high schools, two middle schools, and three elementary schools. Schools visited include: Catalina Magnet High School, Cholla High Magnet School, Palo Verde High Magnet School, Pueblo Magnet High School, Rincon High School, Tucson High Magnet School, Pistor Middle School, Wakefield Middle School, Hollinger Elementary School, Ochoa Magnet Elementary School, and Van Buskirk Elementary School.

All classroom visits were unannounced and scheduled solely by the audit team in order to maintain the integrity of the audit. No member of TUSD held the classroom visitation schedule at any point. The intent of unannounced visits was to ensure that classroom instruction was encountered authentically, as it would regardless of the audit team's presence.

Although visits were unannounced, the audit team had the full cooperation of TUSD through the Deputy Superintendent, Dr. Maria Menconi. We were provided full access to all schools within the district. It is worth mentioning that there was no resistance whatsoever to the audit team upon entering any classroom in TUSD. Considering the controversy surrounding this audit, and that some faculty members may not have welcomed our presence, no ill feelings were evident to any audit team members. In fact, several teachers approached and intentionally spoke to us, offered us seats, or welcomed us with introductions. Some even offered lesson plans, tours of classrooms, and information regarding current projects and activities. Please note that classroom observers did not engage in conversation with any teachers who were uncomfortable speaking with us. During classroom visits, the auditors took cues from the assigned teacher of record, simply out of respect and graciousness at being welcomed into their classrooms. Every effort was made to avoid disrupting the flow of instruction.

In addition, every attempt was made to speak with the principal of the school at each visitation. All principals involved were amicable, welcoming, and willing to answer questions and allow requests made by the audit team. There was a spirit of transparency with each administrative team that allowed our tasks to be completed thoroughly and without obstruction.





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

## ELEMENTARY SCHOOL SUMMARY

In the three elementary schools visited, the auditors observed a total of 77 fourth and fifth grade students engaged in instruction. The Mexican American Studies program in elementary schools is a push-in model, meaning that the Mexican American Studies teachers come in to a traditional classroom either to replace a teacher for a class period, or to co-teach with him/her. This occurs only with fourth and fifth grade students at this time, and only in three classrooms.

There are two teachers responsible for delivering MASD instruction in elementary classrooms. The instruction was irregular at the time of the audit, and not perceived to be the norm. Currently, one of the teachers is focused on obtaining her doctoral degree and has spent minimal time in the classroom over the past several weeks. She is responsible for delivering MASD instruction at Hollinger Elementary. The team was unable to meet her or to witness her instruction. The other MASD teacher instructs alongside teachers at both Ochoa Elementary and VanBuskirk Elementary. Due to AIMS testing at other schools, the team was unable to observe her instruction at the elementary level at these two specific schools; however, observations were made at the high school level. Despite this, the team spent a minimum of 20 minutes in each of these classrooms at the designated times of instruction in order to gather data from the classroom environment and from the instruction of the regular classroom teacher.

### Environment

The nature of an elementary school classroom is that of young students studying multiple subjects in the same classroom. Therefore, environmental material in an elementary school classroom varies from that of a middle or high school classroom. One of the three classes the audit team observed was in the school's computer lab, so minimal environmental information could be obtained. The principal stated that this was due to school renovations.

In the other two classrooms, multiple subject areas were represented in each classroom, including language arts, mathematics, science, and social studies. Each of these classrooms also served a dual-language program, a form of bilingual education in which students are taught literacy and content in two languages; therefore, the print material on the wall was in a combination of English and Spanish. Evidence of both traditional American history and Mexican American history were seen in each room, including U.S. flags, the Pledge of Allegiance in both English and Spanish, and pictures of historic figures from multiple ethnicities. Both classrooms contained student-friendly curricular materials, with the presence of research-based instruction evident in the students' work displayed.

Of the three classrooms visited, only one teacher was unwelcoming of the audit. He initially requested union representation, and then was accommodated by the principal's presence. He requested an explanation of our visit, which was provided. Only one of the three teachers had union representation during our visit. In this instance, the union representative observed, took notes, and interacted minimally only with students.





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

### Instruction

In one of three classrooms observed, the audit team witnessed the end of an MASD lesson, completed by the regular classroom teacher after the MASD teacher left early for AIMS testing. Students were learning the values associated with Tezcatlipoca. According to the Fall 2009 MASD newsletter, Tezcatlipoca is considered to be a philosophy that asserts it, "is a process that we encourage our students to engage in for the purpose of developing a strong cultural identity and sense of self, which according to the educational literature (also as evidenced through years of practical experiences in our Mexican American Studies classrooms), positions students on a trajectory toward academic achievement." According to the newsletter, Tezcatlipoca literally means "self-reflection" and is emphasized throughout the MASD curriculum, beginning in elementary school, as a way to build character and student individualism. The teacher witnessed by the audit team was instructing students to use this self-reflection tool to transform their own thinking and sense of self to become a better citizen. Students were being taught to look within rather than blame others. Student dialogue with the teacher focused on applying character traits to real-life situations.

In the other two classrooms, the team observed traditional fourth and fifth grade instruction from regular education teachers.

### Standards Alignment

In all three classrooms, Arizona State Standards, along with classroom objectives, were evident and properly aligned. Objectives were reported visually for students, as well as being evident in both instruction and displayed student work. For example, in one fourth grade classroom, the audit team noted various stages of students' summary and opinion writing of a Mexican folktale read in class. Multiple Arizona state standards were evident in both their work folders and in published works on display in the classroom, demonstrating all five strands of concept one of the Arizona State Standards for fourth grade writing. Most notable were graphic organizers (Concept 1, PO 4), peer review rubrics (Concept 3, PO 6), and well-written published works (Concept 5, PO 1 and 4). Please note that throughout this document, the abbreviation "PO" stands for "Performance Objective," or the student outcome of that standard.

It would be unreasonable to attempt to list additional standards witnessed in the elementary school classes by the audit team, as traditional elementary school instruction is not within the scope of this report. Moreover, instruction by the MASD Curriculum Specialist in elementary schools occurs alongside the classroom teacher in a co-teach model of instruction which serves to enhance the existing classroom curriculum. The MASD instruction does not attempt to add or replace state standards to the existing curriculum; it simply enhances instruction of the standards being taught.

### Textbooks

All textbooks seen in use and on shelves were district-adopted regular education textbooks.





### *Arizona Revised Statue 15-112(A)*

No evidence exists in any format that Arizona Revised Statue 15-112(A) is being violated in any of the three elementary schools participating in the MASD program.

1. No evidence exists that instruction promotes overthrow of the US Government. The audit team witnessed no discussion of the US government during these observations.
2. No evidence exists that instruction promotes resentment towards a race or class of people. The auditors observed the opposite, as students are taught to be accepting of multiple ethnicities of people.
3. No evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. The classrooms participating in this program were selected based on teacher interest and student needs assessment, in other words, students who would benefit from enrichment activities from an outside instructor. Each of these classes contained various ethnicities of students.
4. No evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. The instruction witnessed by the audit team focused strongly on students as individuals, regardless of their ethnicity.

### MIDDLE SCHOOL SUMMARY

The Mexican American Studies Department provides two analogous course offerings at the middle school level. One course is the *Bilingual G.A.T.E. – Chicano Studies* for eighth grade students already part of the Bilingual G.A.T.E. (Gifted and Talented Education) program at Pistor Middle School. The second program is the *Chicano Studies* for any students in grades 6 to 8 who wish to take it as an elective at Wakefield Middle School. Three sections of each course are offered. As of January 18, 2011, there are 70 students enrolled in the combined three sections of *Bilingual G.A.T.E. – Chicano Studies* at Pistor Middle School (6.5% of the school's 1,076 students) and 77 students enrolled in the combined three sections of *Chicano Studies* at Wakefield Middle School (14.9% of the school's 517 students), totaling 147 students engaged in MASD instruction in grades 6 to 8 throughout TUSD (1.2% of the district's total middle school population of 12,094). One additional course, Independent Studies, occurs at Wakefield Middle School as an extension of *Chicano Studies*. There is one section of this course only, and data enrollment was not provided.

In the two middle schools visited, the auditors saw a total of 41 sixth through eighth grade students engaged in instruction (27.9% of the total 147 students enrolled in the middle school program). At the middle school level, two formats of MASD instruction were evident. At Pistor Middle School, a push-in model is used, whereby a Curriculum Specialist from the MASD district office travels to Bilingual-G.A.T.E math and language arts classrooms to provide enrichment instruction in those subjects, as well as provide instruction in Mexican American culture. Unfortunately, this particular instructor has been on leave working to obtaining her doctoral degree, so the audit team was unable to witness her instruction. Each of the classrooms where she provides instruction was visited for a minimum of 20 minutes in order for the audit team to collect information relevant to that class. One classroom did not have students during the





class period of the visit, so the auditors spoke with the teacher and documented the classroom environment.

At Wakefield Middle School, the two dedicated classes to Mexican American Studies, three sections of *Chicano Studies* and one section of *Independent Studies*, are taught by the same instructor, a faculty member at Wakefield Middle School. Any student at Wakefield, regardless of ethnicity, may select each of these classes as an elective. *Chicano Studies* is an introductory course that focuses on the history of Mexican American culture within the United States through the scope of social studies and language arts. *Independent Studies* is a continuation of Chicano Studies. The *Chicano Studies* course is a pre-requisite for taking *Independent Studies* due to its more expansive nature. As elective courses, these classes are not required to instruct students in each of the social studies standards. Students attending this course already receive instruction in the complete standard set for social studies in the traditional social studies course that they take alongside this elective.

### Demographics

As of January 18, 2011, 70 students from three classes at Pistor Middle School were enrolled in *Bilingual G.A.T.E. – Chicano Studies*. Of those 70 students, 95.7% were Hispanic and 2.9% were White/Anglo.

As of January 18, 2011, 77 students from three classes at Wakefield Middle School were enrolled in *Chicano Studies*. Of those 77 students, 92.2% were Hispanic, 3.9% were Native American, 2.6% were White/Anglo and 1.3% was Multi-Racial.

### Environment

In all three classrooms, there was evidence of both traditional American culture and Mexican American culture, including U. S. flags, pictures of historic figures of multiple ethnicities, Chicano Studies posters, and the Yaki (Native American) Pledge to the U. S. flag. In classrooms where dual-language courses are held, print material appeared in both English and Spanish.

At each of these classrooms, the teacher was caught completely off-guard by our visit. There was no union representation. All three teachers willingly allowed us into their classrooms without hesitation and spoke with us regarding the MASD program and its relationship to their classroom instruction, as indicated below. In one instance, a teacher who typically has a travelling Curriculum Specialist from MASD co-teach with her one period each week was on her planning time with no students. She spent a portion of her planning time showing the auditors around her room and discussing projects displayed and the role of multi-cultural education in her classroom. Her classroom is a showcase of several ethnic studies, not limited to Mexican American, African American, Asian American, many tribes of Native American, and traditional American history. Both the teacher-made materials and the student work displayed throughout her room show clear evidence to the alignment of Arizona state standards, particularly in social studies and language arts. An example of this alignment existed in student-created timelines of American History events utilizing news articles and photographs. This particular assignment covers at minimum the following two Arizona State Standards: Social Studies for grades 6 to 8, Strand 1, Concept 1,





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

PO 3 (Construct timelines of the historical era being studied.) and Reading for grades 6 to 8, Strand 3, Concept 2, PO 3 (Interpret details from functional text for a specific purpose.).

### Instruction

In one classroom, the audit team observed a Bilingual-G.A.T.E. math class. This class has previously been co-taught by the MASD Curriculum Specialist currently working on her doctoral degree. The students were completing an assignment from the district-adopted regular education math textbook. The teacher worked closely with each student to ensure their understanding of information, and translated information into Spanish as needed for specific mathematical clarification. Students were permitted to discuss topics as they worked and gather ideas from each other. The teacher concurred that the MASD teacher has not been presnt in her classroom for a while. The teacher explained that when the MASD teacher does arrive, she provides enrichment activities using G.A.T.E. strategies for math, and incorporates Mexican American culture into her lesson.

At the *Chicano Studies* course at Wakefield Middle School, the team witnessed multi-media instruction that seamlessly incorporated social studies and language arts. The teacher handed us a copy of the days lesson to review during our visit. It documented standards, as listed and discussed in the following section, and clearly explained the implementation of the lesson he was conducting. Instructional techniques described in the plan were founded on research and were being carried out exactly as described. Every student in the room was completely engaged for the entire length of our stay. A PowerPoint lesson involving the Mexican American Revolution presented a strictly historical standpoint. Students made notes and voluntarily discussed how each event affected the next, drawing conclusions based upon cause and effect relationships. As new vocabulary arose, the teacher used direct instruction strategies to present meanings and effectively asked questions to confirm student understanding. The next activity required students to analyze music lyrics from a poetry standpoint, identifying stanzas and forms of poetic prose. This occurred while the students listened to the music including songs written during the Mexican American Revolution. The level of student engagement was high due to the strength of instructional practice and motivational tone of the teacher.

### Alignment to Standards

In each of the three classrooms, posted Arizona State Standards and/or classroom objectives for each class taught in that room that aligned with the instruction witnessed by the audit team, with one exception in the *Chicano Studies* course at Wakefield Middle School. Before this exception is described, it must be noted that *Chicano Studies* is an elective class, not taking the place of traditional social studies or language arts in middle school. Therefore, any incorporation of social studies and language arts standards into this elective course of study serves to enhance the achievements of students taking this course, as it is an augmentation to those areas of study.

In the *Chicano Studies* course at Wakefield Middles School, the audit team observed instruction precisely aligned to the Arizona State Standards referenced on the teacher's chalkboard and listed below. In addition, materials around the room, including many examples of student work, clearly displayed the use of those standards in every day instruction, as previously indicated.



76



## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

Eighth Grade Reading:
Strand 1, Concept 6, PO 1 (Predict text content using prior knowledge and text features), PO2 (Confirm predictions about text for accuracy) and PO3 (Generate clarifying questions in order to comprehend text)

Eighth Grade Writing:
Strand 2, Concept 1, PO1 (Use clear, focused ideas and details to support the topic), PO2 (Provide content and selected details that are well suited to audience and purpose), PO3 (Develop a specific explanation or exploration of the topic) and PO4 (Include ideas and details that show original perspective).

In this same classroom, however, there was a social studies standard displayed on the board that the audit team considered to be an empty/invalid use of a standard: Eighth Grade Social Studies, Strand 2, Concept 6 (The Age of Revolution: Intensified internal conflicts led to the radical overthrow of traditional governments and created new political and economic systems). This standard would be applicable to the instruction of the Mexican American Revolution occurring in this classroom; however, the state includes no performance objectives for this concept at the eighth grade level. This is an indication that this course of study is not emphasized at this particular grade level according to Arizona State Standards. This acknowledged, it must also be noted that there are multiple other Arizona State Standards for eighth grade social studies that were significantly more appropriate to this lesson, specifically: Strand 2, Concept 1, Research Skills for History: PO1 (Construct charts, graphs, and narratives using historical data), PO4 (Formulate questions that can be answered by historical study and research), PO7 (Analyze cause and effect relationships between and among individuals and/or historical events), and PO8 (Analyze two points of view on the same historical event), and also Strand 4, Concept 1, PO3 (Interpret maps, charts, and geographic databases using geographic information), and Concept 2, PO2 (Explain the factors that contribute to political and social change in various world regions), PO4 (Examine how the role of the media, images, and advertising influences the perception of a place). Any of these standards could have been documented in this classroom as representative of the instruction occurring at that time. Therefore, the exception to standards alignment mentioned above does not question **whether** standards were directly instructed, but rather **which** standards were directly instructed.

As previously stated, the strong incorporation of both social studies and language arts standards into an elective course of study serves to enhance the achievements of students. Additionally, the corresponding use of integral research-based instructional practices by this particular teacher as witnessed by the audit team, verifies that participation in this class by any student has the potential to result in further academic adeptness that may transfer into other academic settings.

### Textbooks

At Pistor Middle School, only district-adopted subject area textbooks in math and language arts were evident.





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

In *Chicano Studies* at Wakefield Middle School, the teacher and students were utilizing PowerPoint presentations, relevant articles, and song lyrics as instructional materials. On the back table of the room, the team reviewed student work folders, the current week's lesson plans, and an extensive unit that had been taught prior to this unit of study. The unit found, was written by this particular classroom teacher and used by the MASD. It contained a comprehensive plan of study including detailed lesson plans, each directly documented and aligned to both social studies and language arts Arizona state standards. The unit plan included lessons that covered both traditional American history, Mexican American history, and lessons that blended them together, thereby allowing students to see the relationship between the two. An exhaustive amount of resources, including activities, projects, and assessments, rounded out the unit plan.

### *Arizona Revised Statue 15-112(A)*

No evidence exists in any format that Arizona Revised Statue 15-112(A) is being violated at either of the two middle schools participating in the MASD program.

1. No evidence exists that instruction promotes overthrow of the US Government. The American government is being discussed through history as to how it was formed and shaped by our forefathers.

2. No evidence exists that instruction promotes resentment towards a race or class of people. Students in middle school are taught the Tezcatlipoca as a student discipline plan, resolving issues through self-reflection. In addition, En Lak'ech is emphasized. All students state and learn this, "You are my other me. If I do harm to you, I do harm to me. If I love and respect you, I love and respect myself."

3. No evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. Students from many ethnicities participate in the program by choice, as an elective. In addition, the Mexican American history instruction witnessed by the audit team was presented as an overlay to traditional American history, consisting of people from many cultures.

4. No evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. The instruction witnessed by the audit team emphasized various cultures only for their place in history. No one culture was instructed as being more important than another.

### HIGH SCHOOL SUMMARY

Six course offerings within the MASD program at the high school level accross six high schools varied in levels of implementation. As of January 18, 2011 when current data was obtained, there were a total of 43 separate sections of MASD courses offered at TUSD high schools, totaling 1,196 students (a figure which may include some students more than once if they are enrolled in multiple MASD courses).

The team visited all six high schools currently implementing the MASD courses, visiting 39.5% of all high school MASD courses offered (17 of the 43 sections), and staying an average of 29.6 minutes in each of the 17 classrooms visited. Some teachers were visited on more than one occasion, simply because they teach multiple courses, at multiple schools.





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

In most instances, the MASD teacher is a full-time faculty member at a particular high school. These teachers have their own classrooms and are on-staff at their particular schools. In a few instances, an MASD Curriculum Specialist comes into a high school for one or two class periods to offer an MASD course, travelling to multiple schools to offer the course selections of the MASD program. At the high school level, there are four traveling MASD Curriculum Specialists.

The audit team witnessed instruction and gathered data in 31.3% of the *Latino Literature* classes (five of the sixteen offered), 37.5% of the *American History from Mexican American Perspective* classes (six of the sixteen offered), 57.1% of the *American Government/Social Justice* classes (four of the seven offered), and 50% of the *Chicano Art* classes (two of the four offered) All of these classes were observed in classrooms throughout the six high schools where MASD coursework is offered. It is important to understand that all courses offered by the MASD program at the high school level are for eleventh and twelfth grade students only. Due to the variation in coursework at the high school level, the information provided below is organized by course title, rather than school location.

### Latino Literature

*Latino Literature* is offered using two titles, *Latino Literature 5, 6* for eleventh grade students and *Latino Literature 7, 8* for twelfth grade students.

The course description for *Latino Literature 5, 6* reads, "This is a college preparatory course that serves as an introduction to the tremendous scope and sequence and unique impact of Chicano/Latino Literature in the United States. This course is designed to encompass the diversity of Chicano/Latino literature including folklore, short stories, poetry, non-fiction, research, and novels. Students will develop the ability to analyze poetry, prose and the media while continuing to cultivate their own beliefs and voices through persuasive writing and research." Students who successfully complete this course currently receive 1.0 credit hours applied towards their TUSD graduation requirement in English.

As of January 18, 2011, there were twelve sections of *Latino Literature 5, 6* instructed to 325 eleventh grade students throughout the district (8.8% of all eleventh grade TUSD students); five sections at Cholla High Magnet School (93 students), one section at Palo Verde High Magnet School (28 students), two sections at Pueblo Magnet High School (49 students), one section at Rincon High School (24 students), and five sections at Tucson High Magnet School (131 students). Faculty members at these schools, with the exception of the one Latino Literature 5, instruct all of the sections 6 class offered at Rincon High School. At Rincon, an MASD Curriculum Specialist travels to the school to offer this course listing.

The course description for *Latino Literature 7, 8* reads, "This is a college preparatory course that serves as a continuation of the curriculum and pedagogy established in the Junior English / Latino Literature 5, 6 courses. This course will focus on themes of social justice, resistance, and transformation through world literature, although a greater emphasis will be placed upon Latino and indigenous literature from Central, South, and North America. Students will develop the





**CAMBIUM LEARNING, INC.**
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

ability to analyze poetry, prose and the media while continuing to cultivate their own beliefs and voices through persuasive writing and research." Students who successfully complete this course currently receive 1.0 credit hours applied towards their TUSD graduation requirement in English.

As of January 18, 2011, there were four sections of *Latino Literature 7, 8* instructed to 129 students at two high schools in the district; one section at Pueblo Magnet High School (27 students), and three sections at Tucson High Magnet School (102 students).**Error! Bookmark not defined.** Faculty members at these individual schools instruct each of the sections.

### Demographics

As of January 18, 2011, 325 students from five high schools were enrolled in *Latino Literature 5, 6*. Of those 325 students, 92% were Hispanic, 4.9% were White/Anglo, 2.5% were Native American, and 0.6% was Asian American.

As of January 18, 2011, 129 students from two high schools were enrolled in *Latino Literature 7, 8*. Of those 129 students, 85.3% were Hispanic, 7% were White/Anglo, 3.1% were Native American, 2.3% were African American, 1.6% was Asian American, and 0.8% was Multi-Racial.

### Environment

Of the six classes visited, a traveling MASD Curriculum Specialist who was instructing in another teacher's classroom taught only one class. In that classroom, there was very little material on the walls, other than objectives posted by the MASD Curriculum Specialist.

In the other four *Latino Literature* classrooms observed, teachers are full-time faculty members at their respective schools. In each of those four rooms were symbols of traditional American culture, namely U. S. flags and presidential figures. All classrooms contained information relevant to high school culture, such as prom information, college pennants, and motivational posters. The most notable commonality among the five rooms was the dedication to quotations from famous Americans of many cultures and professions: authors, poets, musicians, athletes, politicians, scientists, world leaders, etc. Three of these four classrooms observed displayed Mexican American culture in addition to the traditional, for example, United Farm Workers flags, immigration and homeland security posters, and promotions for local Tucson festivals and events. Three classrooms also displayed student works and photos.

The team encountered no issues whatsoever in entering any of these classrooms. Three of the five teachers introduced themselves and spent several minutes sharing information about their classrooms. There was no union representation in these classrooms.

### Instruction

As previously stated, five Latino Literature classes were visited. Four were Latino Literature 5, 6 taken by eleventh grade students, and one was Latino Literature 7, 8 taken by twelfth grade students. Regardless of current circumstance, the auditors stayed in each room for a minimum of 20 minutes, an average of 30 minutes, in order to collect information. Visits were unannounced,



80



## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

in order to witness authentic instruction. A drawback of unannounced visits, however, is that the auditors were destined to stumble into situations that vary from the norm. Because the teachers did not know we were coming, they could not plan for our arrival in any way. Such was the case in the first two of the *Latino Literature* classes described below.

In one section of *Latino Literature*, a guest speaker from a local college spoke of student choices after high school. She was passionate and grabbed the attention of several students as she spoke of funding opportunities for college, telling them not to abandon ambitions of college based on inadequate funding. The regular *Latino Literature* teacher introduced himself and explained his rationale for inviting this particular speaker. Because he has a few eleventh grade students in his class of who have ambitions of attending college, he provided this opportunity to them.

On another visit in another *Latino Literature* class, the day's objectives were posted on the board, along with assignments for each class period. Upon entering the classroom, the audit team was greeted by a substitute teacher who was only there for one day. The audit team continued the observation, remaining in the room for 30 minutes to witness the assignments, student activity, and environment of the classroom. Students watched school-wide news program via a closed-circuit television in the room. This broadcast lasted for 20 minutes and went well beyond the scope of school news. Student broadcasters reported local and state news, as well as national and international news. Because of its social justice theme, the audit team noticed one international news story in particular. The footage was from France, where Muslim women were protesting laws prohibiting them from wearing their traditional Islamic face-covering veils in public. The report went on to discuss that although the U. S. separates church and state, it allows free expression of religious and other beliefs. It was a positive message on the freedom that the United States affords its citizens, as contrasted by French laws, which prohibit religious expression in public. This news story was one of multiple other current events, typical of what anyone may watch on a morning network television program. Once the news was over, students began their assignment of reading a news article from the New York Times in 1943. Students then discussed actions arising from the zoot suit riots in Los Angeles at that time. The audit team was able to read the article, and found it to be historic in nature, stating only facts, and completely unbiased.

Two *Latino Literature* classrooms observed demonstrated a more authentic view of the course. The core approach of each of these classes was the same. Students were asked to, in the teachers' words, "interact" with the selected literature through the interplay of reading and writing, to promote critical thinking and strong articulation of ideas through intense discussion and publication activities, and to promote a more robust vocabulary for their students, as evidenced by the instructional practices utilized. The reading materials varied, but the instructional activity was intensely similar.

Students read both independently and to each other, and in one instance, were read to by their teacher. From this reading, intense conversation erupted at various times based on Socratic questioning techniques from teachers. Students used note-taking strategies that teachers indicated would be used towards various writing assignments based on the current reading assignments. Sophisticated thinking was predominant throughout, as the lessons focused on comparing, contrasting, and clarifying textual information alongside powerful dialogue. As a result, student


Cambium
LEARNING®

81


NATIONAL
ACADEMIC

engagement was paramount. All students sustained full attentiveness for the entire length of our stay in these rooms. Students were fully immersed in the text, in each other's conversations, and in their teacher's instruction. Additionally, strong uses of high-powered vocabulary words were encouraged, with solid clarification provided throughout.

The final Latino Literature course visited by the audit team focused exclusively on a writing project. An MASD teacher who travels from the district office as a Curriculum Specialist this course. Her lesson was a review of the six essential writing traits, which were at that time being used to create a self-assessment for the students' reports about to be written. The teacher indicated for the students to determine effectiveness of their own writings before the reports were turned into the teacher would use these self-assessments. Although we would prefer to witness the true nature of each teacher's instruction, the audit team felt that this teacher might have altered the course of her lesson. The assertion is based upon the auditors' presence in the room, since this type of lesson review would have typically been brief at this late point in the school year, rather than being the focus of the lesson. This feeling was exclusive to this one classroom. The audit team's preference would have been to examine instruction against a printed set of lesson plans. Nevertheless, since the district does not require use of hard copy lesson plans, this was not an option. The teacher regardless had excellent rapport with her students, there was complete engagement of all students throughout the lesson, and she utilized research-based instructional techniques within the course of the lesson, including cueing to activate prior knowledge, direct vocabulary instruction, and student note taking. The lesson was aligned to the Arizona State Standards for writing that were posted on the wall, as documented below.

### Alignment to Standards

Four of the five courses had state standards and/or class objectives clearly labeled in the room, and classroom instruction appropriately aligned.

A partial listing of Arizona State Standards both documented and instructed during the team's visit is listed below. All are eleventh and twelfth grade reading and writing standards. The alignment by the *Latino Literature* courses to these standards designed for core instruction, maintains its credibility as a core course of instruction in TUSD.

Eleventh Grade Reading:
Strand 1, Concept 4, PO 2 (Identify the meaning of metaphors based on literary allusions and conceits)
Strand 1, Concept 5, PO 1 (Read from a variety of genres with accuracy, automaticity, and prosody)
Strand 1, Concept 6 (Employ strategies to comprehend text.), PO 1-5
Strand 2, Concept 1, PO 1 (Evaluate the author's use of literary elements: theme, point of view, characterization, setting, plot) and PO 2 (Interpret figurative language, including, personification, hyperbole, symbolism, allusion, imagery, extended metaphor/conceit, and allegory with emphasis upon how the writer uses language to evoke readers' emotions.)
Strand 2, Concept 2 (Historical and Cultural Aspects of Literature: Recognize and apply knowledge of the historical and cultural aspects of American, British, and world literature.), PO 1-3.



82



**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit — Mexican American Studies Department — Tucson Unified School District*

Eleventh Grade Writing Standards:
Strand 2, Concept 1 (Ideas and Content: Writing is clear and focused, holding the reader's attention throughout. Main ideas stand out and are developed by strong support and rich details. Purpose is accomplished.), PO 1-5
Concept 2 (Organization: Organization addresses the structure of the writing and integrates the central meaning and patterns that hold the piece together.), PO 1-6
Concept 3 (Voice: Voice will vary according to the type of writing, but should be appropriately formal or casual, distant or personal, depending on the audience and purpose.), PO 1-5
Concept 4 (Word Choice: Word choice reflects the writer's use of specific words and phrases to convey the intended message and employs a variety of words that are functional and appropriate to the audience and purpose.), PO 1-5
Concept 5 (Sentence Fluency: Fluency addresses the rhythm and flow of language. Sentences are strong and varied in structure and length.), PO 1-3.

Twelfth Grade Reading:
Strand 1, Concept 4, PO 2 (Identify the meaning of metaphors based on literary allusions and conceits)
Strand 1, Concept 5, PO 1 (Read from a variety of genres with accuracy, automaticity (immediate recognition), and prosody (expression))
Strand 1, Concept 6, PO 1 (Predict text content using prior knowledge and text features (e.g., illustrations, titles, topic sentences, key words), PO 2 (Generate clarifying questions in order to comprehend text), PO 4 (Connect information and events in text to experience and to related text and sources), and PO 5 (Apply knowledge of organizational structures (e.g., chronological order, sequence-time order, cause and effect relationships, logical order, classification schemes, problem-solution) of text to aid comprehension)
Strand 2, Concept 1, PO 2 (Interpret figurative language, including, personification, hyperbole, symbolism, allusion, imagery, extended metaphor/conceit, and allegory with emphasis upon how the writer uses language to evoke readers' emotions)
Strand 2, Concept 2, PO 1 (Describe the historical and cultural aspects found in cross-cultural works of literature)

The only *Latino Literature* class observed by the team that did not display standards or content objectives was the class with a guest speaker.

*Textbooks*

As there was a minimum of two team members attending each classroom visit, a brief review of textual materials was conducted at each site during the visits. Below, are a list of texts identified by the team and whether they were observed them in use, or if they were simply sitting on the shelves.

Seen in use -
> *The Language of Literature*, ISBN 0-395-93181-9(predominate textbook seen by the team for this course)
> *Bless Me, Ultima*, ISBN 0-446-60025-3



83



**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

*Devil's Highway*

Seen on shelves, uncertain of use-
> Mexican American Literature textbook
> Glencoe's *Writer's Choice* (grammar and composition)
> *Oedipus, the King Electra*, ISBN 0-19-283-588-2
> *The Fabulous Sinkhole* by Jesus Salvador Trevino
> *The Handmaid's Tale* by Margaret Atwood
> *Zoot Suit and Other Plays* by Luis Valdez
> *Like Water for Chocolate* by Laura Esquivel
> *When I Was a Puerto Rican* by Esmeralda Santiago
> *The Circuit Stories from the Life of a Migrant Child* by Francisco Jimenez

### *Arizona Revised Statue 15-112(A)*

No evidence exists in any format that Arizona Revised Statue 15-112(A) is being violated in any of the five *Latino Literature* courses visited.

1. No evidence exists that instruction promotes overthrow of the US Government. The American government was not discussed in any of these courses.
2. No evidence exists that instruction promotes resentment towards a race or class of people. Students all demonstrated respect for each other during classes. It was obvious that this is the prevailing expectation of all teachers visited. In addition, no materials in the classrooms, whether seen used or not, promote any form of resentment towards a particular race of people.
3. No evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. Although much, but not all, of the literature read in these courses was written BY Mexican American people, they were not written exclusively FOR specifically Mexican American people. The print materials found in these classrooms, whether seen in use or not, contained themes of identity, dealing with hardships, loss of a loved one, facing peer pressure, human relationships, and realistic fiction designed to capture a time in history.
4. No evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. The team found no evidence of print materials being used in *Latino Literature* that emphasized unity or solidarity among a particular race of people. Instruction was designed to further the achievements of every student in the room, regardless of race or ethnicity. Each student was encouraged to voice his/her opinion, regardless of whether or not others agreed with it. Students were discussing various viewpoints throughout the lesson, and no instructor coaxed or encouraged any response outside of honest opinions from students.

### American History/Mexican American Perspectives

*American History/Mexican American Perspectives* is offered to eleventh grade students at each of the six MASD participating high schools.



84



## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

The course description for *American History/Mexican American Perspectives* reads, "This is a college preparatory course that presents an in-depth interdisciplinary study of the major developments in the unique history of Mexican American/Chicano experience within the context of American History. Traditionally, the contributions and experiences of Mexican Americans/Chicanos in American History courses have been noticeably absent. Students will engage in a course of study that encompasses the pre-Columbian period through contemporary times. Special emphasis will be given to the post-Treaty of Guadalupe Hidalgo (1848) experience through a critical-thinking, literature-based, and writing emphasis approach." Students who successfully complete this course currently receive 1.0 credit hours applied toward their TUSD graduation requirement in Social Studies.

As of January 18, 2011, there were 16 sections, or classes, of *American History/Mexican American Perspectives* instructed to 427 students throughout the district; one section at Catalina Magnet High School (22 students), five sections at Cholla High Magnet School (143 students), one section at Palo Verde High Magnet School (24 students), two sections at Pueblo Magnet High School (51 students), two sections at Rincon High School (42 students), and five sections at Tucson High Magnet School (145 students).   All sections are instructed by faculty members at these particular schools, with the exception of the one *American History/Mexican American Perspectives* class offered at Palo Verde High Magnet School. At Palo Verde, a traveling MASD Curriculum Specialist offers this course listing and instructs the class.

### Demographics

As of January 18, 2011, 427 students from six high schools were enrolled in *American History/Mexican American Perspectives*. Of those 427 students, 92.3% were Hispanic, 4% were White/Anglo, 2.3% were African American, 0.7% was Native American, and 0.7% was Multi-Racial.

### Environment

Of the six classes the team observed, two were taught by traveling Curriculum Specialists from the MASD. The other four are permanent faculty members at their respective schools.

All six classrooms contained material from both traditional American culture and Mexican American culture. Some examples of environmental print materials representative of this include: US flags (one enormous, hand-painted version), world maps, En La Kech ("You Are My Other Me") posters, "Defend Ethnic Studies" posters, the Declaration of Independence, United Farm Workers flag, fliers for family events for Chicano Studies, and most notably, pictures of various historical figures including Martin Luther King, Gandhi, Cesar Chavez, John F. Kennedy, Einstein, Malcolm X, Mohammed Ali, and Bob Marley.

The team encountered no resistance in entering any of these classrooms. Three of the six teachers greeted us and spoke with us regarding their current assignments and projects. It is worth





mentioning that at Catalina High School; the course was entitled *American History from a Multiple Culture Perspective.*

### Instruction

Although the team did not find violations of Arizona Revised Statue 15-112 (A) during classroom visitations and although instruction was found to be research-based, founded upon Arizona State Standards and highly effective, the team nonetheless has recommendations for improving the MASD program at TUSD. One of those recommendations includes unifying the curriculum so that it may be used in a broader scope throughout the district. This recommendation is evidenced here, as each of the six classes was focused on a different topic of American History. Each was a credible, reasonable topic of study, and founded upon Arizona State Standards. It was expected; however, that the classes would cover similar material at this juncture of the school year. It is important to realize, however, that there could be reasons beyond the team's awareness for this being the case. For example, it is feasible that materials are shared within the department, requiring teachers to utilize them at different times. Nevertheless, the team stands by the recommendation to unify the curriculum into a long-term planning timeline that will guide all teachers instructing this course. This unification of curriculum would allow the department to prove its competency at delivering core curriculum, as well as provide for future expansion of the program with a reassurance of fidelity.

Due to the variation of topics and instruction among these six classes covering the same course topic, they will be discussed individually below.

The course at Catalina High entitled *American History from a Multiple Culture Perspectives,* was beginning to write research papers. They had previously been studying how Mexican immigrants and Latinos were affected by great social changes that took place during the early to mid-1900s in the US. This came on the heels of their study of the Mexican Revolution. At this particular class period, the teacher conducted a review of previous information, and then began the selection of important figures from this period for each student to research based on this theme. Some of the historical figures selected were Roosevelt, W. Wilson, Pancho Villa, Truman, Clara Barton, General Pershing, and the Solidaras. He took his class (and the audit team) to the library to begin research. Students worked at computer stations and found print material to begin their research. This teacher showed us his lesson plans for the week, which were aligned to Arizona State Standards and followed exactly what was happening in his classroom. He also took the time to answer questions we had regarding the textbooks used in his class.

At a different high school, the audit team encountered a class studying effects of the Nazi regime on American history. On this particular day, students were writing an opinion paper, whereby when the teacher asked, "Why were the Germans so eager to buy into what Hitler was saying?" Students were very engaged in this project and were discussing and disputing controversies with each other. The teacher was very focused on the students' thinking profoundly about the subject. As a student argued that he would never have followed Hitler, the teacher urged him to think deeper and put himself in the position of a German citizen of that time. He told him about the specific propaganda used at that time and was very convincing of just how feasible it was that





people would agree to what Hitler was saying. The conversation was powerful. In another interaction, a student asked if what he had written was right. The teacher asked her, "Is it your opinion? Then yes, it is right." He provided clarification regarding the persuasive writing format, word usage, language expression, and specific vocabulary. He had an excellent rapport with his students, as all were engaged, there were no discipline issues, and every student felt free to question and freely express their ideas.

Another class was held in a science lab with a traveling MASD Curriculum Specialist. This class was watched the documentary on Cesar Chavez entitled *Common Man, Uncommon Vision*. It focuses on non-violent protesting and Chavez's sacrifice for the people he stood for, the farm workers. The main theme of the film is similar to the theme of Martin Luther King or Gandhi's messages: nonviolence even in the face of violence. The teacher stopped the film at critical moments to converse with students and question their comprehension of the material and the vocabulary used. The questioning generated student exchange saturated with critical thinking and well-thought-out responses from students. All students were fully engaged in both the film and the discussions.

Another traveling MASD teacher had students presenting their PowerPoint presentations of research conducted. Topics varied and included Jim Crow laws, the KKK, unions, and Marxism. During student presentations, some slides directed audience members to respond to comprehension questions in writing. During this point of the presentation, the flow of the lesson lagged. The deliberation that followed once students completed their answers was thought provoking, as students asked stimulating queries of their peers. The teacher did not become involved in the student deliberations, many questions were left unanswered, and concepts left misunderstood. The audit team felt that it might have been their presence in the room may have prevented this teacher from engaging with her class, as she said very little throughout the lesson.

In a classroom of only ten students, the team observed a young teacher finalizing one unit and beginning another. An assessment taken from the smart board marked the end of the "Big Business and Unions" unit. The teacher informed us that her students created their own assessments for this unit, and what we were witnessing the end of the process. She then commenced her unit on immigration with a PowerPoint lesson. Students took "drawing notes," meaning that during her lesson, they could draw images that came to mind, write down important names and dates, and jot down relevant vocabulary or questions. The topics she covered in this introductory lesson on immigration included Ellis Island and Asian Immigration on the west coast. The universal theme was the struggle of immigrants and why they were willing to make this sacrifice to come into the US.

In another classroom of only ten students at a different school, students studied World War II. The discussion included analysis of causes and events that led to the war, in addition to events that arose amid the war. The teacher made note of the Mexican Americans that served in WWII as a point of relevant history. Students and the teacher were sitting at desks in a circle in the center of the room, creating an intimate environment that lent itself to conversation. Students were fully engaged in the exchange and provided discerning feedback. The teacher also provided a worksheet as scaffolding for the chapter. The students read the worksheet "popcorn style," meaning that various students took turns reading at random times. This teacher had a gentle





**CAMBIUM LEARNING, INC.**
**NATIONAL ACADEMIC EDUCATIONAL PARTNERS**
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

demeanor with students. It was clear that she has a close relationship with them and maintains their trust.

### Alignment to Standards

Every *American History/Mexican American Perspectives* classroom the audit team visited had either Arizona State Standards, classroom objectives, or both posted. Each teacher's instruction closely mirrored objectives posted in their room.

A partial listing of Arizona State Standards both documented and instructed during the team's visit is listed below. All are high school social studies standards. As the Arizona State Standards, set combines all high school social studies courses into a single organizational format, each of these standards are taken from Strand 1: American History. The alignment by the *American History/Mexican American Perspectives* course to this strand of standards maintains its credibility as a core course of instruction in TUSD.

Strand 1, Concept 7, PO 2 b (Assess how the following social developments influenced American society in the late nineteenth and early twentieth centuries: b) changing patterns in Immigration, e.g., Ellis Island, Angel Island, Chinese Exclusion Act, Immigration Act of 1924)
Strand 1, Concept 7, PO 2.f (Assess how the following social developments influenced American society in the late nineteenth and early twentieth centuries: f) Roaring Twenties, e.g., Harlem Renaissance, leisure time, jazz, changed social mores)
Strand 1, Concept 8, PO 2 a-c and e (Describe the impact of American involvement in World War II: a) movement away from isolationism, b) economic recovery from the Great Depression, c) home front transformations in the roles of women and minorities, e) war mobilization, e.g., Native American Code-Talkers, minority participation in military units, media portrayal).

Additionally, it should be mentioned that although they are not listed here, the teachers of the American History/Mexican American Perspectives course also utilized additional Arizona State Standards for reading, writing, and language arts as the vehicle for social studies instruction.

### Textbooks

As there were a minimum of two team members attending each classroom visit, a brief review of textual materials was conducted at each site during the visits. Below, texts are identified by whether they were seen by the team in use, or simply sitting on the shelves.

 Seen in use:
  *The American Vision* (in every classroom as main text for this course)
  *US Government: Democracy in Action* (Glencoe)

 In classroom, not sure of usage:
  Glencoe *World History*
  Atlases and maps





## CAMBIUM LEARNING, INC.
## NATIONAL ACADEMIC EDUCATIONAL PARTNERS
*Curriculum Audit – Mexican American Studies Department – Tucson Unified School District*

> *500 Years of Chicano Studies*
> *North of the Rio Grande: The Mexican American Experience in Short Fiction*
>> (Various authors of various ethnicities)
> *The Mexican American Heritage, 2nd edition*
>> (The team only saw this book in one classroom and asked about it specifically. Teacher states that it isn't used anymore. It is 17 years old and out-dated.)

### *Arizona Revised Statue 15-112(A)*

No evidence exists in any format that Arizona Revised Statue 15-112(A) is being violated in any of the six *American History from Mexican American Perspective* courses visited.

1. No evidence exists that instruction promotes overthrow of the US Government. The American government was taught only from a historical perspective in the classrooms observed by the audit team.
2. No evidence exists that instruction promotes resentment towards a race or class of people. The history courses observed were exactly that, history courses. People from multiple ethnicities were discussed in the context of their place in history.
3. No evidence exists that the MASD instruction is designed primarily for pupils of a particular ethnic group. The scope of history covered in these courses is designed for all students to gain a thorough understanding of the historical figures and events that occurred throughout time in our country.
4. No evidence exists that instruction advocates ethnic solidarity instead of treating pupils as individuals. Nothing in the materials or coursework of this course advocates ethnic solidarity. The Mexican American history taught in this course is blended into the traditional American history taught in other classrooms.

### American Government/Social Justice

*American Government/Social Justice* is offered to twelfth grade students at four of the six MASD participating high schools.

The course description for *American Government/Social Justice* reads, "This is a college preparatory course that examines the structure, philosophy, accomplishments, and workings of the American government. Students will examine and analyze why the American political system operates as it does, how all people can and should contribute to the strength of the U.S. government, how all people can and should optimally benefit from this government system, and why this government system endures. Moreover, this course is a component of a research program that is centered within the notion of social justice, law, policy, and education. In collaboration with the University of Arizona's Mexican American Studies & Research Center, students will become social scientists and will focus upon issues and problems that they, as Latino and non-Latino students alike, face in their schools and communities regarding government and policy. The research findings from this project will be used to create solutions to the issues and problems identified by the students. Furthermore, the findings of the students' research will be presented as the *Social Justice Education Project* to relevant bodies of policy





makers." Students who successfully complete this course currently receive 1.0 credit hours applied toward their TUSD graduation requirement in Social Studies.

As of January 18, 2011, there were seven sections, or classes, of *American Government/Social Justice* instructed to 202 students at four high schools throughout the district; two sections at Cholla High Magnet School (52 students), one section at Pueblo Magnet High School (28 students), two sections at Rincon High School (53 students), and two sections at Tucson High Magnet School (69 students). Most of the sections are instructed by faculty members at these particular schools, with the exception of the two *American Government/Social Justice* classes offered at Rincon High School and the two *American Government/Social Justice* classes offered at Tucson High Magnet School. At Rincon and Tucson, two different MASD Curriculum Specialists travel to these schools to offer this course listing and instruct the classes.

### Demographics

As of January 18, 2011, 202 students from four high schools were enrolled in *American Government/Social Justice*. Of those 202 students, 86.1% were Hispanic, 8.4% were White/Anglo, 2.5% were African American, 2% were Native American, and 1% was Asian American.

### Environment

It is important to note that in a few instances, the classrooms where the *American Government/Social Justice* classes were taking place are the same classrooms in which some of the other courses were underway. In addition, three of these four teachers were mentioned as instructors of previous course listings. Therefore, much of the environmental data will be repeated for their classrooms.

Environmental materials located in these four classrooms represent both traditional American culture and Mexican American culture. Some examples include: US flags, the Declaration of Independence, world maps, "Defend Ethnic Studies" posters, immigration and Homeland Security fliers, the Four Tezcatlipokas, and most notably, pictures and quotes from historic figures including Eleanor Roosevelt, Malcolm X, Geronimo, Bob Marley, Cesar Chavez, Martin Luther King, and Mahatma Gandhi.

The team encountered no resistance whatsoever with entering any of these classrooms. Two of the four teachers chose to speak with us and offered seats in their rooms. In one classroom, a TEA union rep sat on the far side of the room. She was unobtrusive, stayed in one place, and took notes.

### Instruction

Each of the four classes observed were in varying states of project completion. The main component in each of these classes was a desire to know and understand current events relevant to students, and the research and discussion strategies necessary to report findings and accept varying opinions. To this end, each of the four classes exhibited high levels of analytical



