**RICHARD M. MARTINEZ, SBA No. 7763**
307 South Convent Avenue
Tucson, Arizona 85701
(520) 327-4797 phone
(520) 320-9090 fax
richard@richardmartinezlaw.com
**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CURTIS ACOSTA, SEAN ARCE, MAYA ARCE, MARIA FEDERICO BRUMMER, DOLORES  CARRION, ALEXANDRO ESCAMILLA, JOSE GONZALEZ,  NORMA GONZALEZ, LORENZO LOPEZ, JR., KORINA ELIZA LOPEZ, RENE F. MARTINEZ, SARA "SALLY" RUSK, and YOLANDA SOTELO, | No. CV 10 - 623 TUC AWT<br><br>**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO EXPEDITED MOTION FOR ACCELERATED BRIEFING SCHEDULE** |
| Plaintiffs, | |
| v. | |
| JOHN HUPPENTHAL, Superintendent of Public Instruction, et al. | |
| Defendants. | |

Plaintiffs, through their undersigned counsel, hereby reply to the response filed yesterday by defendant Huppenthal to plaintiffs' request for an accelerated briefing schedule for their motion for preliminary injunction. Plaintiffs proposed briefing schedule was opposed by defendant. Since the submission of defendant's opposition, plaintiffs have filed (lodged) their motion for a preliminary injunction. Ct. Doc. No. 110.

Plaintiffs were compelled to submit their request for a preliminary injunction to preserve the status quo, the teaching of Mexican American Studies classes in the Tucson Unified School District. As noted in plaintiffs motion, there are currently over 800 TUSD students enrolled in Mexican American Studies classes who are in danger of having their classes terminated this month. Additionally, the Mexican American

Studies educators face the loss of their classes and employment. This imminent threat exists solely because of defendant Huppenthal's continued prosecution of his Finding that the Mexican American Studies program in the Tucson Unified School District violates HB2281 (A.R.S. 15-112(A), an enforcement action he refuses to stay pending this court's rulings on pending motions or the merits of plaintiffs claims.

In defendant's request for an extension of time to respond to the plaintiffs motion for summary judgment, Ct. Doc. No. 104, it states, "**Even if this Court provides the Superintendent adequate time respond to the Motion, Plaintiffs are free to apply for a preliminary injunction. The submission of all briefing to the Motion will not affect any application for preliminary injunction.**" p. 3, ll. 8-11. After inviting the motion for a preliminary injunction, it is now argued that responding to that motion would "nullify" the Court's order of November 9, 2011. Ct. Doc. No. 106. This argument ignores that it is defendant Huppenthal who seeks to have it both ways, retain all power to enforce HB 2281 against the TUSD Mexican American Studies program at the time he chooses, but claim prejudice if required to respond to the very motion he invited.

While responding to plaintiffs motion for a preliminary injunction may be inconvenient, that pales in comparison to the constitutional hams that have been inflicted upon the plaintiffs. Irreparable harm has occurred that is increasing in severity. To the extent that defendant Huppenthal disagrees, then he needs to respond to the motion for preliminary injunction filed.

Plaintiffs respectfully request a briefing schedule that will allow for the status quo to be preserved pending this court's consideration of the propriety of a preliminary injunction.

Respectfully submitted this 15th day of November 2011.

  s/ *Richard M. Martinez*, Esq.
RICHARD M. MARTINEZ, ESQ.

1
2
**Certificate of Service**

3       I hereby certify that on November 15, 2011, I electronically transmitted the

4  foregoing document to the Clerk's Office using the CM/ECF System for filing and

5  transmittal of the instant motion via the Notice of Electronic Filing to the CM/ECF

6  registrants of record.

7                                  s/*Richard M. Martinez,* Esq
                                   Counsel for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28