```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ARIZONA
                        CIVIL MINUTES - GENERAL
```

Date:     12/21/2011

Civil Case No.   CV 10-00623-AWT

Title Acosta et al          ,vs.   Horne et al
============================================================================
Present:              HON. A. Wallace Tashima

Deputy                              Court
Clerk: Peggie Robb                  Reporter: Courtsmart Aaron LaDuke

ATTORNEY(s) FOR PLAINTIFF           ATTORNEY(s) FOR DEFENDANT

 Richard Moreno Martinez             Kevin D. Ray / Jinju Hurtado
==========================================================================w=
**PROCEEDINGS**:    X    Open Court        Chambers          Other

**ORAL ARGUMENT**

RE: Motion to Dismiss Case (Doc. #88) and Motion for Preliminary Injunction

(Doc. #113).

Court hears arguments from both sides and takes matter UNDER SUBMISSION.

Court will rule by formal Order of the Court.

CC: all counsel

                                              TIME: Mot Hrg : 1 hr 25 min