1   **RICHARD M. MARTINEZ, SBA No. 7763**
2   307 South Convent Avenue
    Tucson, Arizona 85701
3   (520) 327-4797 phone
    (520) 320-9090 fax
4   richard@richardmartinezlaw.com
    **Counsel for Plaintiffs-Interveners**

5   IN THE UNITED STATES DISTRICT COURT

6   FOR THE STATE OF ARIZONA

7   Curtis Acosta, et. al.,
                                        No. CV 10 - 623 TUC AWT
8            Plaintiffs,

9   v.

10  John Huppenthal,
    Superintendent of Public
11  Instruction, in his Official
    Capacity, et. al.,
12
             Defendants.
13

14  Margarita Elena Dominguez,
    and Nicholas A. Dominguez,        **COMPLAINT IN INTERVENTION**
15
             Plaintiffs-Interveners,    (VERIFIED)
16
17  v.
                                        (Action for Declaratory and Injunctive Relief)
18  John Huppenthal,
    Superintendent of Public
19  Instruction, in his Official
    Capacity,
20
             Defendant.
21

22           Plaintiffs-Interveners allege:

23                           **I.  JURISDICTION**

24  1.   Jurisdiction is conferred on this Court by 28 U.S.C. § 1331.

25                             **II.  VENUE**

26  2.   Venue is proper in the United States District Court for the District of Arizona

27       under 28 U.S.C. §1391(b).

28  //

### III.  PARTIES

3.  Plaintiff Margarita Elena Dominguez is a citizen of the United States, a resident of the State of Arizona residing in Pima County, a registered voter in Pima County, Arizona, next best friend of Nicholas Adrian Dominguez, a non-minor who attends Tucson Unified School District No. 1 as a full time High School student.

4.  Nicholas A. Dominguez is a citizen of the United States, a resident of the State of Arizona residing in Pima County, a registered voter in Pima County, Arizona and the natural son of Plaintiff Margarita Elena Dominguez, his next best friend and a non-minor who attends Tucson Unified School District No. 1 as a full time twelfth grade student at Tucson High Magnet School who will graduate in the class of 2012, and currently enrolled in three Mexican American Studies classes in English-Latino Literature, American History-Mexican American Perspectives and American Government - Social Justice Education Project.

5.  Defendant John Huppenthal is the current Superintendent of Public Instruction and as such is the highest ranking state officer for K-12 Public Instruction and whose powers include making a determination that the Tucson Unified School District No. 1 Mexican American Studies Department is in violation of ARS § 15-112(A), and 60 days thereafter directing the Arizona Department of Education to withhold 10% of the monthly apportionment of State funding that would otherwise be due to Tucson Unified School District No. 1, an amount that is estimated to exceed one million dollars a month. ARS § 15-112(B).

### IV. PLAINTIFF'S ACTION

6.  This is an action seeking equitable relief against House Bill 2281 (A.R.S. §§ 15-111 and 112), because its enforcement would violate Plaintiffs rights under the First and Fourteenth Amendments to the Constitution of the United States, is void for vagueness, denies Plaintiffs and all Hispanics/Latinos equal protection and due process.

-2-

7.    Plaintiffs assert this action pursuant to the Civil Rights Act of 1871, 42 U.S.C. §1983, and the Declaratory Judgment Act of 1934, 28 U.S.C. §2201.

## V.  GENERAL ALLEGATIONS

### Nicholas A. Dominguez

8.    Plaintiff Nicholas A. Dominguez is Hispanic.

9.    Plaintiff Nicholas A. Dominguez is currently enrolled in and attends course offerings in English-Latino Literature, American History-Mexican American Perspectives and American Government - Social Justice Education Project at Tucson High Magnet School; course offerings that are currently available to him by the Mexican American Studies Department and are according to the Superintendent Huppenthal are in violation of HB 2281 by the Findings he issued and affirmed on December 27, 2011 by the Administrative Law Judge in the appeal by the Tucson Unified School District No. 1, Cause No. 11F-002-ADE, and thus will not be available for Plaintiff Nicholas A. Dominguez to continue or complete his Mexican American Studies course; classes which commence on January 3, 2011.

10.   The Mexican American Studies course offerings currently made available at Tucson High School have been found to be in violation of HB 2281 (A.R.S § 15-112), thus will be eliminated, an action that would interrupt Plaintiff Nicholas A. Dominguez's education and not be available for him to complete his course work in the three courses identified.

11.   Plaintiff Nicholas A. Dominguez is scheduled to graduate from high school with his class on May 23, 2012.  Course credits that he will earn in the semester beginning on January 3, 2012 in English-Latino Literature and   American Government - Social Justice Education Project and in which Nicholas A. Dominguez is currently enrolled are core credits that are required for him to graduate.

12.   Because Nicholas A. Dominguez is scheduled to graduate on May 23, 2012,

1     the opportunity to take the Mexican American Studies courses beginning on

2     January 3, 2012, this is his only remaining opportunity to take Mexican

3     American Studies classes.

4  13.  Curtis Acosta is employed in a teaching position with the Tucson Unified School

5     District for the Mexican American Studies Department and is assigned to

6     Tucson High School teaching the Latino Literature course offered by the

7     Mexican-American Studies Department in which Plaintiff Nicholas Dominguez

8     is currently enrolled.

9  14.  Plaintiff Maria Federico Brummer is employed in a teaching position with the

10     Tucson Unified School District and is assigned to Tucson High School teaching

11     American Government - Social Justice Education Project, in which Plaintiff

12     Nicholas Dominguez is currently enrolled.

13  15.  Ismael Arce is employed in a teaching position with the Tucson Unified School

14     District and is assigned to Tucson High School teaching American History-

15     Mexican American Perspectives, in which Plaintiff Nicholas Dominguez is

16     currently enrolled.

17  16.  The Mexican American Studies courses have presented and continue to

18     present to Nicholas A. Dominguez, and to the 67% of students enrolled at

19     Tucson High Magnet School who are Latinos, a unique opportunity to learn

20     about Mexican American culture and its place in American literature, history and

21     government.  Enrollment in the Mexican American Studies courses is open to

22     all students and students of different racial and ethnic backgrounds are enrolled

23     in the courses and take advantage of the unique opportunity to learn about

24     Mexican American culture and its place in American literature, history and

25     government.

26  17.  The actions by Superintendent Huppenthal to eliminate the Mexican American

27     Studies program and to prevent Nicholas A. Dominguez from taking the courses

28     because the courses are designed to benefit him as a Latino student and

-4-

because Superintendents Huppenthal believes there are too many Latino students in the Mexican American Studies courses directly  discriminates against Nicholas Dominguez as a Latino student by treating him and similar situated Latino students in TUSD, different, less favorably, by limiting their classes to non-Mexican American Studies course offerings.

18.   Plaintiff Nicholas A. Dominguez has advocated in favor of the Mexican American Studies program by attending marches, rallies and Tucson Unified School District Governing Board  meetings, all intended to demonstrate to the Tucson Unified School District Governing Board, which is comprised of 5 local members, the community support for continuation and expansion of the Mexican American Studies program.

19.   The passage of HB 2281 removes the right and opportunity for Nicholas A. Dominguez to advocate before the Tucson Unified School District Governing Board for the Mexican American Studies program, as well as for any other such program, that inures to the benefit of the Mexican American/Latino community in Tucson, while allowing other groups the continued opportunity to address the Governing Board to advocate for programs that are in their interests.  HB 2281 now requires that Nicholas A. Dominguez, in order to advocate for a program that benefits him  and other Latino students, lobby the Arizona Legislature, one hundred and twenty miles from Tucson and which is comprised of 90 members from 30 legislative districts statewide, to repeal HB 2281, in addition to convincing the Tucson Unified School District Governing Board to approve and maintain the program. By requiring Nicholas Dominguez to lobby decision makers at a higher level than is required of supporters of programs that benefit other interest groups, discriminates against Nicholas Dominguez because he is Latino.

### Margarita Elena Dominguez

20.   Plaintiff Margarita Elena Dominguez is Hispanic.

21. Plaintiff Margarita Elena Dominguez has advocated in favor of the Mexican American Studies program by attending marches, rallies and Tucson Unified School District Governing Board meetings, all intended to demonstrate to the Tucson Unified School District Governing Board the community support for continuation and expansion of the Mexican American Studies program.

22. The passage of HB 2281 removes the right and opportunity for Margarita Elena Dominguez to advocate before the Tucson Unified School District Governing Board for the Mexican American Studies program, as well as for any other such program, that inures to the benefit of the Mexican American community in Tucson, while allowing other groups the continued opportunity to address the Governing Board to advocate for programs that are in their interests. HB 2281 now requires that Margarita Elena Dominguez, in order to advocate for a program that benefits her son and other Latino students, lobby the Arizona Legislature, one hundred and twenty miles from Tucson, to repeal HB 2281, in addition to convincing the Tucson Unified School District Governing Board to approve and maintain the program. By requiring Margarita Elena Dominguez to lobby decision makers at a higher level than is required of supporters of programs that benefit other interest groups, discriminates against Margarita Elena Dominguez because she is Latina.

<u>Mexican American Studies Department</u>

23. The Tucson Unified School District No. 1 Mexican American Studies Department was created in 1998 and has operated as a District approved, Governing Board sanctioned, entity for the past 13 consecutive school years.

24. The Mexican American Studies Department was created to develop and provide course offerings for students that focused on the history, culture, literature and art of Hispanics as a means of directly addressing and combating the consistent and persistent failure of Hispanic students in the Tucson Unified School District No.1, which included excessive drop out/push out rates, excessive grade failure

rates, excessive discipline, poor attendance, poor graduation rates and extremely poor matriculation to post high school educational institutions, especially four year colleges/universities.

25.   Since the inception of the Mexican American Studies Department all course offerings and assistance has been open to all students and their families with out consideration of race, national origin, gender, religion, language or economic status.

26.   Since the inception of the Mexican American Studies Department all course offerings have been provided in conformity with applicable State adopted standards and/or guidelines.

27.   Since the inception of the Mexican American Studies Department all course offerings have included a diverse student population reflective of the specific school site's population.

28.   Since the inception of the Mexican American Studies Department, Hispanics have comprised the largest and most significant portion of the student population enrolling and completing the Department's course offerings; enrollment that reflects the de facto segregation present throughout the Tucson Unified School District No.1, which has been exacerbated since the advent of Charter Schools.

29.   Since the inception of the Mexican American Studies Department all course offerings have been subjected to annual scrutiny and as appropriate modification to determine and improve the educational efficacy of the course offerings; these evaluations have consistently shown that students who take and complete Mexican American Studies course offerings pass the State required AIMS test at higher rates, graduate from High School at higher rates, have improved grades and matriculate to college at high rates while decreasing  in the areas of discipline, poor attendance or dropping out of High School. These results have occurred for all students, irrespective of

-7-

1    race or national origin.

2    30.   The Mexican American Studies Department, including all course offerings,

3          are part of the Tucson Unified School District's Federal Court adopted Post

4          Unitary School Desegregation Plan.

5                  Mexican American Studies Department: Topic & Materials Utilized

6    31.   The Tucson Unified School District No. 1 Mexican American Studies

7          Department utilizes text books and materials that are specific to the

8          curriculum; this includes Occupied America, A History of Chicanos by

9          Rodolfo F. Acuña. This text, published by Longman and Charlyce Jones

10         Owens is currently in its seventh edition and is a standard High School and

11         College level course book.

12   32.   Mexican American Studies offers courses that focus on Hispanic history,

13         culture, literature, art and persons who have contributed in some manner to

14         those subject matter areas; all topics are addressed through the utilization of

15         critical thinking.

16   33.   In October of 2009 the Tucson Unified School District No. 1 central

17         administration imposed a unilateral name change on the Mexican American

18         Studies Program, which had been since 1998 the "Mexican American/Raza

19         Studies"; a name change that was the result of Tom Horne's constant

20         criticism and disparaging comments about the word "Raza" a term in

21         Spanish that he did not understand, took offense to and insisted it be

22         eliminated.

23   34.   Tom Horne has also made known his objection to text books utilized in the

24         Mexican American Studies Program, such as "Occupied America", making

25         known his objection to the book, and insisting that it no longer be utilized,

26         relied upon or referenced in the Public Schools.

27   35.   John Huppenthal as the Superintendent of Public Instruction is the highest

28         ranking state officer for K-12 Public Instruction whose powers include

                                            -8-

making a determination that the Tucson Unified School District No. 1 Mexican American Studies Department is in violation of ARS § 15-112(A), and 60 days thereafter directing the withholding of 10% of the monthly apportionment of State funding that would otherwise be due to Tucson Unified School District No. 1, has engaged in a pattern of conduct, which includes issuing a Finding that the Mexican American Studies Program is in violation of A.R.S. § 15-112(A) after receiving an audit report from his own retained experts that found no violation of A.R.S. § 15-112(A), ran for his elected position stating that he would "stop La Raza", and issue a Finding that alleges violations of A.R.S. § 15-112(A)(2)-(4), the race specific, in this instance"Mexican" specific provisions of the statute, chills the use of text books, material, posters, content, and the name of the Mexican American Studies Department by all Plaintiffs, thus impermissibly infringing on their Free Speech which is permitted by the Tucson Unified School District No. 1, denies due process, and subjects them to imminent adverse sanctions and irreparable harm by Defendant.

36.   John Huppenthal as the Superintendent of Public Instruction issued Findings on June 15, 2011, that the Tucson Unified School District No. 1 Mexican American Studies Department was in violation of ARS § 15-112(A), thus exposing Tucson Unified School District No. 1 to a sanction commencing 60 days thereafter of the withholding of 10% of the monthly apportionment of State funding that would otherwise be due to; this sanction will result in the immediate termination of the Mexican American Studies Department, all course offerings and classes, and the employment of the adult Plaintiffs, and thus impermissibly infringing on the Free Speech of Plaintiffs which is permitted by the Tucson Unified School District No. 1, denies due process, and subjects them to an imminent adverse sanction and irreparable harm by Defendants.

37. Defendant John Huppenthal as the current Superintendent of Public Instruction retained the services of Cambium Learning Services, Inc. and National Academic Educational Services Partners in 2011 to conduct an audit of the Mexican American Studies Department of the Tucson Unified School District.

38. On May 2, 2011 the Cambium Learning Services, Inc. and National Academic Educational Services Partners in 2011, released their report of the audit of the Mexican American Studies Department of the Tucson Unified School District to Defendant John Huppenthal, which he did not release to the public until June 15, 2011.

39. The Cambium Learning Services, Inc. and National Academic Educational Services Partners May 2, 2011 audit report of the Mexican American Studies Department of the Tucson Unified School District included that there was "no observable evidence was present to indicate that any classroom within Tucson Unified School District is in direct violation of A.R.S. 15-112(A)".

40. The Cambium Learning Services, Inc. and National Academic Educational Services Partners 2011 audit report of the Mexican American Studies Department of the Tucson Unified School District identifies that as of April 11, 2011, there were 52,987 students enrolled in the Tucson Unified School District, of which 60% were Hispanic; those students enrolled in the Mexican American Studies Department at the time numbered 1,343 of which 90.32% were identified as Hispanic.

41. Defendant John Huppenthal as the Superintendent of Public Instruction issued Findings on June 15, 2011 that the Tucson Unified School District No. 1 Mexican American Studies Department was in violation of ARS § 15-112(A), thus subjecting the Tucson Unified School District to a sanction commencing 60 days thereafter by withholding 10% of the monthly apportionment of State funding that would otherwise be due to Tucson

-10-

1   Unified School District No. 1, an amount that is estimated to be or exceed

2   one to three million dollars a month. ARS § 15-112(B).

3   House Bill 2281

4   42.   Tom Horne as the Superintendent of Public Instruction was the principal

5   advocate for the passage of House Bill 2281, legislation that he sought for

6   the purpose of having a mechanism that would allow him to "shut down" the

7   Mexican American Studies Department in the Tucson Unified School District

8   No. 1, a program that he identified as impermissibly race specific to Mexican

9   Americans.

10  43.   On April 29, 2010 final passage of House Bill 2281 occurred and was then

11  transmitted to the Governor on April 30, 2010.

12  44.   Jan Brewer is the Governor of Arizona.

13  45.   Acting in her official capacity as the Governor of Arizona, on May 11, 2010,

14  Governor Brewer elected to sign into law House Bill 2281.

15  46.   House Bill 2281 became effective on December 31, 2010.

16  47.   After House Bill 2281 was signed into law, Tom Horne as the Superintendent

17  of Public Instruction stated repeatedly and publicly that he intended to find

18  the Tucson Unified School District No.1 Mexican American Studies

19  Department to be in violation of ARS § 15-112(A), a determination that 60

20  days thereafter would result in directing the Arizona Department of

21  Education to withhold 10% of the monthly apportionment of State funding

22  that would otherwise be due to Tucson Unified School District No. 1; he

23  signed and issued such a Finding on December 30, 2010.

24  48.   After House Bill 2281 was signed into law, John Huppenthal as the

25  Superintendent of Public Instruction, determined that the Tucson Unified

26  School District No.1 Mexican American Studies Department was in violation

27  of ARS § 15-112(A)(2),(3) and (4), a Finding that is race specific only to

28  Mexicans and intended to compel the elimination of Mexican American

-11-

1    Studies and all course offerings.

2    49.    Tucson Unified School District administratively appealed Superintendent
3           Huppenthal's Finding of violation of HB 2281.  Pursuant to the administrative
4           appeal process (A.R.S. §41-1092 et seq.), an administrative law judge has
5           upheld Superintendent Huppenthal's Finding that the Mexican American
6           Studies program is in violation of A.R.S. 15-112(A)(2), (3) and (4).
7           Specifically, the administrative law judge found that the Mexican American
8           Studies program violates A.R.S. §15-112(A)(3) because the program is
9           "designed for Latinos."  Ct. Doc. No. 132-1, p.34, ALJ Decision.

10   50.    John Huppenthal as the Superintendent of Public Instruction has no lawful
11          non-discriminatory facts to support or establish that the Tucson Unified
12          School District No.1 Mexican American Studies Department violated ARS §
13          15-112(A).

14   51.    John Huppenthal as the Superintendent of Public Instruction singled out the
15          Tucson Unified School District No.1 Mexican American Studies Department
16          to be in violation of ARS § 15-112(A) while allowing all other programs,
17          racial, ethnic, national origin and religious groups to offer courses which
18          teach the history, culture, literature and art of such groups; a distinction in
19          classification and treatment that is suspect and for which the State of
20          Arizona has no legal justification or any compelling state interest.

21   52.    House Bill 2281 was enacted by the Legislature of the State of Arizona and
22          signed into law by Governor Brewer as a result of racial bias and anti-
23          Hispanic beliefs and sentiments by the elected officials who were
24          responsible for sponsoring, promoting and passage of 2281.

25   53.    Plaintiffs believe that House Bill 2281 is the product of racial bias aimed
26          specifically at Hispanics, is unlawful, results in impermissible deprivations of
27          rights guaranteed by the United States Constitution, have voiced their
28          opinions of such publicly.

-12-

54.  John Huppenthal, the current Superintendent of Public Instruction, successor to Tom Horne, openly and publicly campaigned on "Stop La Raza" a racial message that reflected bias, prejudice and resentment towards Hispanics and the Mexican American Studies Department; and instituted an audit of the Tucson Unified School District No. 1 Mexican American Studies Department which he chose to ignore once the audit report found no violations of House Bill 2281, a result that contradicts the violation Findings issued by Tom Horne and subsequently by Defendant John Huppenthal.

## COUNT ONE

### FOURTEENTH AMENDMENT: Equal Protection

### (42 U.S.C. §1983)

55.  Plaintiffs hereby re-allege and incorporate all allegations contained in paragraphs 1 through 54 as if fully set forth herein.

56.  Defendants' actions against Plaintiffs constitutes a violation of equal protection and 42 U.S.C. §1983.

57.  As a direct and proximate result of the conduct of Defendants, Plaintiffs have suffered injury.

## COUNT TWO

### FIRST AMENDMENT: Free Speech

58.  Plaintiffs hereby re-allege and incorporate all allegations contained in paragraphs 1 through 57 as if fully set forth herein.

59.  Defendants' actions against Plaintiffs constitutes a violation of free speech and 42 U.S.C. §1983.

60.  As a direct and proximate result of the conduct of Defendants, Plaintiffs have suffered injury.

//

//

//

-13-

1

**COUNT THREE**

**FOURTEENTH AMENDMENT: DUE PROCESS**

**(42 U.S.C. §1983: Void for Vagueness - Facial)**

61.   Plaintiffs hereby re-allege and incorporate all allegations contained in paragraphs 1 through 60 as if fully set forth herein.

62.   Defendants' actions constitute violations of due process and 42 U.S.C. §1983.

63.   As a direct and proximate result of the conduct of Defendants, Plaintiffs have suffered injury.

**COUNT FOUR**

**FOURTEENTH AMENDMENT: DUE PROCESS**

**(42 U.S.C. §1983: Void for Vagueness - As Applied)**

64.   Plaintiffs hereby re-allege and incorporate all allegations contained in paragraphs 1 through 63 as if fully set forth herein.

65.   Defendants' actions constitute violations of due process and 42 U.S.C. §1983.

66.   As a direct and proximate result of the conduct of Defendants, Plaintiffs have suffered injury.

**COUNT FIVE**

**FOURTEENTH AMENDMENT: DUE PROCESS**

**(42 U.S.C. §1983: Substantive )**

67.   Plaintiffs hereby re-allege and incorporate all allegations contained in paragraphs 1 through 66 as if fully set forth herein.

68.   Defendants' actions constitute violations of due process and 42 U.S.C. §1983.

69.   As a direct and proximate result of the conduct of Defendants, Plaintiffs have suffered injury.

//

-14-

**DECLARATORY JUDGMENT**

**(28 U.S.C. §2201)**

70.    Plaintiffs hereby re-allege and incorporate all allegations contained in paragraphs 1 through 69 as if fully set forth herein.

71.    Plaintiffs seeks a declaratory judgment as provided in 28 U.S.C. § 2201 et. seq.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray:

1.    That this court declare the actions complained of herein to be in violation of 42 U.S.C. §1983, the First and Fourteenth Amendments to the United States Constitution;

2.    That Defendant be ordered to take appropriate injunctive and affirmative acts to insure that the actions complained of herein are not engaged in again by them or any of their agents;

3.    That Defendant, including their officers, directors, agents, employees and successors, be permanently enjoined from engaging in any action that harms the Tucson Unified School District No. 1 Mexican-American Studies Department, administrator, educators, staff or students;

4.    That Plaintiffs be awarded their attorneys' fees;

5.    That Plaintiffs be awarded their costs; and

6.    That Plaintiffs be awarded all other relief that this court deems just and proper under the circumstances.

DATED this 30th day of December 2011.

s/*Richard M. Martinez*, Esq.
Richard M. Martinez, Esq.
Counsel for Plaintiffs

//

//

//

-15-

Having read the foregoing Complaint in Intervention, I (we) hereby affirm based upon personal knowledge and belief the facts and claims stated therein.



NICHOLAS A. DOMINGUEZ

SUBSCRIBED AND SWORN TO before me this 30th day of December, 2011, by Nicholas A. Dominguez.

DEYANIRA NEVAREZ
Notary Public, State of Arizona
Pima County
My Commission Expires
July 17, 2015



Notary Public
My Commission Expires: 7/17/2015

MARGARITA ELENA DOMINGUEZ

SUBSCRIBED AND SWORN TO before me this 30th day of December, 2011, by Nicholas A. Dominguez.

DEYANIRA NEVAREZ
Notary Public, State of Arizona
Pima County
My Commission Expires
July 17, 2015



Notary Public
My Commission Expires: 7/17/2015

**Certificate of Service**

I hereby certify that on December 30, 2011, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of the instant motion via the Notice of Electronic Filing to the CM/ECF registrants of record.

s/*Richard M. Martinez*, Esq
Counsel for Plaintiffs

-16-