THOMAS C. HORNE
Attorney General
Firm Bar No. 14000

Kevin D. Ray, No. 007485
Jinju Park Hurtado, No. 026023
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona   85007-2926
Telephone: (602) 542-8328
Facsimile:  (602) 364-0700
Email: EducationHealth@azag.gov
*Attorneys for Defendants John Huppenthal,*
*Superintendent of Public Instruction, in his official capacity;*
*and the State Board of Education and its individual members,*
*named in their official capacity as nominal parties*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MAYA ARCE, et al., | Case No. CV-10-623-TUC-AWT |
| Plaintiffs, | |
| and | **REPLY IN SUPPORT OF EXPEDITED MOTION FOR RECONSIDERATION OF MOTION TO CONTINUE ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |
| NICHOLAS DOMINGUEZ, et al. | |
| Intervenors, | |
| vs. | |
| JOHN HUPPENTHAL, Superintendent of Public Instruction, in his Official Capacity, et al., | |
| Defendants. | Honorable A. Wallace Tashima |

The Defendant Superintendent John Huppenthal's ("Superintendent") request for a continuance is not untimely, given the procedural history of this case.

On November 9, 2011, counsel for the Superintendent made their appearances (Doc. 105) in a case where Plaintiffs had filed: a Complaint (Doc. 1), three amendments to the complaint (Docs. 20, 38, 68), two Motions for Summary Judgment (Doc. 46, 97), a Motion for Preliminary

Injunction (Doc. 110).  After making their appearances, counsel for the Superintendent had to brief a Response to the Motion for Preliminary Injunction (Doc. 124), a Response to the Motion for Summary Judgment (Doc. 147), and an Answer to the Third Amended Complaint (Doc. 148).  While waiting for this Court's decision on the Motion to Dismiss and the Motion for Preliminary Injunction filed on January 10, 2012, Plaintiffs filed a Motion to Intervene (Doc. 134) and a Complaint in Intervention (Doc. 168) that required the Superintendent to file a Response to a Motion to Intervene (Doc. 139), an Answer to the Complaint in Intervention (Doc. 160), and a Motion to Dismiss an Intervenor (Doc. 159).  The Superintendent filed his Response to the Plaintiffs' Motion for Summary Judgment (Doc. 144) less than one week after the Court ruled on the Motion to Dismiss and the Motion for Preliminary Injunction (Doc. 138). Plaintiffs' counsel disingenuously suggests that the Superintendent has been dilatory in his defense of this case.  The docket in this case clearly indicates otherwise.

      For the foregoing reasons, the Superintendent respectfully renews his Motion to Continue and requests that the Court reconsider its decision to allow the Superintendent to conduct the discovery necessary to present this Court with a full and complete record to rule on the Motion for Summary Judgment and Cross-Motion for Summary Judgment.

      Dated this 5th day of March, 2012.

THOMAS C. HORNE
Attorney General

/s/ Kevin D. Ray
Kevin Ray, Esq.
Jinju Park Hurtado, Esq.
Assistant Attorneys General
*Attorneys for Defendants John Huppenthal, Superintendent of Public Instruction, in his official capacity; and the State Board of Education and its individual members, named in their official capacity as nominal parties*

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this this 5th day of March, 2012 to:

Richard M. Martinez, Esq.
307 South Convent Avenue
Tucson, Arizona 85701
RMLaw@RichardMartinezLaw.com

By: /s/ Lisa Danczewski
#2616928