## <u>INDEX OF EXHIBITS</u>

A.    Affidavit of Kathy Hrabluk dated March 14, 2012.

B.    Affidavit of John Ward dated March 14, 2012.

C.    Affidavit of Hector Ayala dated March 2, 2012.

D.    Affidavit of R. Prewitt Howie dated March 13, 2012.

E.    Affidavit of Ron Silverman dated March 3, 2012.

F.    Rule 56(d) Affidavit dated March 15, 2012.

# HRABLUK

# AFFIDAVIT

1  THOMAS C. HORNE
   Attorney General
2  Firm Bar No. 14000

3
   Kevin D. Ray, No. 007485
4  Jinju Park Hurtado, No. 026023
   Assistant Attorneys General
5  1275 West Washington Street
6  Phoenix, Arizona  85007-2926
   Telephone: (602) 542-8328
7  Facsimile:  (602) 364-0700
8  Email: EducationHealth@azag.gov
   *Attorneys for Defendants John Huppenthal,*
9  *Superintendent of Public Instruction, in his official capacity;*
   *and the State Board of Education and its individual members,*
10 *named in their official capacity as nominal parties*

11
                **IN THE UNITED STATES DISTRICT COURT**
12
13              **FOR THE DISTRICT OF ARIZONA**

14 MAYA ARCE, et al.,                    Case No. CV-10-623-TUC-AWT

15              Plaintiffs,             **DECLARATION OF KATHY**
16 and                                 **HRABLUK IN SUPPORT OF THE**
                                        **SUPERINTENDENT'S REPLY TO**
17 NICHOLAS DOMINGUEZ, et al.           **CROSS-MOTION FOR SUMMARY**
18              Intervenors,            **JUDGMENT**

19              vs.                      Honorable A. Wallace Tashima
20 JOHN HUPPENTHAL, Superintendent of
   Public Instruction, in his Official Capacity, et
21 al.,
                Defendants.
22

23 I, KATHY HRABLUK, declare as follows:

24        1.      I am the Associate Superintendent of the High Academic Standards Division of

25 the Arizona Department of Education ("Department"), and serve at the pleasure of

26 Superintendent Huppenthal.  I have served at the department since 2002, and as an Associate

27 Superintendent since 2008.  Prior to coming to ADE I was a teacher for 14 years and then the

director of curriculum with a focus on language arts and social studies for 2 years.

2.    I am familiar with HB2281 and statutes, A.R.S. §§ 15-111, 15-112.

3.    I am familiar with this Federal Court litigation and the current status of this case. I am also familiar with the TUSD administrative appeal, the Administrative Law Judge's Decision, and Superintendent Huppenthal's Administrative Order adopting the Decision.

4.    I am aware of Superintendent Huppenthal's January 30, 2012 letter to Dr. John Pedicone, Superintendent of TUSD. A copy of that letter is identified as Document 162-13, and is attached as Exhibit M to the Plaintiff's Statement of Facts in Support of Plaintiffs' Response in Opposition to Defendants' Cross-Motion for Summary Judgment. That letter advised TUSD that the Superintendent would not be withholding any funds from TUSD and that the Department would be working with TUSD to monitor compliance with TUSD's decision to suspend the MAS classes and course of study.

5.    Attached to the January 30, 2012 letter to Dr. John Pedicone, Superintendent of TUSD was a two-page document entitled "Assurances for Compliance with TUSD Governing Board Action of January 10, 2012". I helped draft this two-page attachment and it outlines the Department's expectations for TUSD's compliance in assuring that the former MAS classes and courses of study do not continue to operate in violation of the law.

6.    In general, the two-page attachment seeks assurances from TUSD for compliance by: 1) requiring TUSD to collect all of the MAS instructional materials from K-12 classrooms; 2) requiring proof that MAS students have been appropriately integrated into other district classes; 3) requiring TUSD to develop an operating plan for the MAS teachers and staff to work within a new MAS Department that teaches the Governing Board approved curriculum and contributes to the ongoing commitment to improved academic achievement for Hispanic students; 4) requiring TUSD to facilitate unscheduled classroom observations in social studies classes by Department standards specialists; and 5) requiring TUSD to work on a new comprehensive social studies core curriculum.

7.    TUSD has collected all the MAS instructional materials from K-12 classrooms and provided proof of that collection to the Department for review.  My staff and I received and reviewed the materials submitted by TUSD and evaluated the sufficiency of the information against the assurances requirements.

8.    The Department has not participated in any of the unscheduled classroom observations in TUSD social studies classes required as part of the assurances of compliance.

9.    The Superintendent has not required TUSD to ban books from school libraries, collect or scrutinize any student class work, or scrutinize a student's spoken word in class.

I swear and declare under penalty of perjury that the foregoing is true.

DATED this 14th day of March, 2012.

KATHY HRABLUK

PHX# 2625278

# WARD AFFIDAVIT

1 THOMAS C. HORNE
  Attorney General
2 Firm Bar No. 14000

3
  Kevin D. Ray, No. 007485
4 Jinju Park Hurtado, No. 026023
  Assistant Attorneys General
5 1275 West Washington Street
  Phoenix, Arizona   85007-2926
6 Telephone: (602) 542-8328
  Facsimile:  (602) 364-0700
7 Email: EducationHealth@azag.gov
  *Attorneys for Defendants John Huppenthal,*
8 *Superintendent of Public Instruction, in his official capacity;*
  *and the State Board of Education and its individual members,*
9 *named in their official capacity as nominal parties*

10

11

12          **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE DISTRICT OF ARIZONA**

14 MAYA ARCE, et al.,                     Case No. CV-10-623-TUC-AWT

15                  Plaintiffs,           **AFFIDAVIT OF JOHN WARD IN**
                                          **SUPPORT OF**
16 and                                    **SUPERINTENDENT'S REPLY TO**
                                          **CROSS-MOTION FOR SUMMARY**
17 NICHOLAS DOMINGUEZ, et al.             **JUDGMENT**

18                  Intervenors,
                                          Honorable A. Wallace Tashima
19          vs.

20 JOHN HUPPENTHAL, Superintendent of
   Public Instruction, in his Official Capacity, et
21 al.,

22                  Defendants.

23 JOHN WARD, says as follows:

24          1.      I taught social studies at Tucson Unified School District No. 1 ("TUSD") for 4

25 years, from August 2000 to May 2003 and from August 2005 to May 2006.

26          2.      I observed the Mexican-American Studies (MAS) program first hand because

27 MAS staff took over my American History from a Chicano Perspective class on a daily basis.

3.      The teachers and administrators in the MAS Program did not encourage or cultivate robust discussion by presenting a variety of balanced views on controversial issues covered in classes. Instead, they advocated views and ideas that were consistent with their ideology, while demeaning opposing viewpoints.

4.      MAS staff promoted racial and ethnic solidarity among students and fostered an "us versus them" mentality. Accepting the MAS staff's views was a litmus test for students to demonstrate that they were "Raza"—in other words a proud member of their ethnic group.

5.      I noticed that students who enrolled in the classes over time became angry, distrustful of teachers, and disrespectful of authority. I believe this was a result of the MAS program's influence due to comments such as "Your Anglo teachers don't want you in AP (advanced placement) classes because they do not want you to succeed. This is how Anglos keep us on the bottom."

6.      When I criticized the MAS Program, MAS staff called me a racist, despite being Latino, and falsely assigned racist comments to me in front of school-level administrators. I believe they used this fundamentally anti-intellectual tactic in an attempt to stop any serious debate about the MAS program by bullying me and threatening to destroy my reputation.  As a result of my criticism, TUSD administrators removed me from my class.

7.      Unfortunately, I am not the only one to have been intimidated by the MAS department in this way.  I am aware of similar intimidation of other teachers who criticized the program.

8.      My first hand observations of this program are as follows:

    a.  The MAS program seeks to cultivate ethnic and racial solidarity among students, while aggressively promoting a particular ideological agenda that includes beliefs that Latinos are and have been, since the arrival of Europeans in the Americas, a colonized people who continue to be oppressed by a white, racist, capitalist system. No other competing views on Latinos in the contemporary United States are welcome in these classes.

b.   Impressionable youth in TUSD have literally been reprogrammed to believe that there is a concerted effort on the part of a white power structure to oppress them and relegate them to a second-class existence. This fomented resentment further encourages them to express their dissatisfaction through the iconoclastic behavior we see--the contempt for all authority outside of their ethnic community and their total lack of identification with the political, economic, and philosophical basis of the United States.

9.   MAS teachers further undermined the integrity of the educational process by devaluing certain knowledge and information.  For example, in the MAS course to which I was assigned, after students were taught to identify as Aztecs they were taught that it was a myth that the Americas were populated when people crossed the Bering Strait from Eurasia into North America. Instead, MAS staff taught students that their ancestors—the Mexica (Aztecs)—did not cross any land bridge but rather they originated in N. America in the current southwest United States—or Aztlan. They taught MAS students that the Bering Strait Theory was a myth perpetrated by white anthropologists to strip Latinos of their special claim to this continent. Similarly, MAS staff taught students that it is a myth that the Aztecs engaged in human sacrifice, despite a general consensus among the scientific community. MAS staff told students that white anthropologists and the dominant white culture wanted to promote this lie in order to dehumanize Latinos and their ancestors, because when Anglos can dehumanize them they can feel more justified in oppressing them.

10.   The MAS program allows for no serious intellectual diversity but rather requires intellectual conformity based on the ideology held by MAS staff. MAS teachers and administrators have turned classrooms into places where intellectual diversity is suppressed and intellectual conformity celebrated—a situation anathema education.

I swear and declare under penalty of perjury that the foregoing is true.

DATED this __14__ day of March, 2012.

3

/s/ John Ward

JOHN WARD

PHX# 2613804

# AYALA
# AFFIDAVIT

1   THOMAS C. HORNE
    Attorney General
2   Firm Bar No. 14000

3
    Kevin D. Ray, No. 007485
4   Jinju Park Hurtado, No. 026023
    Assistant Attorneys General
5   1275 West Washington Street
    Phoenix, Arizona   85007-2926
6   Telephone: (602) 542-8328
    Facsimile: (602) 364-0700
7   Email: EducationHealth@azag.gov
8   *Attorneys for Defendants John Huppenthal,*
    *Superintendent of Public Instruction, in his official capacity;*
9   *and the State Board of Education and its individual members,*
    *named in their official capacity as nominal parties*
10

11

12                **IN THE UNITED STATES DISTRICT COURT**

13                    **FOR THE DISTRICT OF ARIZONA**

14  MAYA ARCE, et al.,                    Case No. CV-10-623-TUC-AWT

15                      Plaintiffs,       **AFFIDAVIT OF HECTOR AYALA**
                                          **IN SUPPORT OF**
16  and                                   **SUPERINTENDENT'S REPLY TO**
                                          **CROSS-MOTION FOR SUMMARY**
17  NICHOLAS DOMINGUEZ, et al.            **JUDGMENT**

18                      Intervenors,
                                          Honorable A. Wallace Tashima
19                      vs.

20  JOHN HUPPENTHAL, Superintendent of
    Public Instruction, in his Official Capacity, et
21  al.,

22                      Defendants.

23  HECTOR AYALA, says as follows:

24          1.      I currently teach English at Cholla High School, in the Tucson Unified School

25  District No. 1 ("TUSD").  I began teaching at TUSD in 1986.

26          2.      In that time, I have become familiar with the Mexican American Studies ("MAS")

27  Program.

3.    The MAS Program teaches a separatist political agenda.

    a.   For example, my students have told me that their MAS teachers taught them not to "fall for the white man's traps."

    b.   One non-Hispanic student who was enrolled in an MAS course complained to me that he was being "dissed" in the classroom "because I am white."

4.    I disagree with their political beliefs and have been public in my disagreement.  In 2003, I co-chaired Proposition 203, a voter initiative to abolish bilingual education in Arizona.

    a.   As a result, Auggie Romero, TUSD's Language Acquisition Director, who was a teacher at Cholla High School at the time accused me of being an "agent of the white man."  He called me a "coconut" and told his students that I was a racist.  As a Mexican-American born in Mexico, I find this offensive.

    b.   Auggie Romero and Jose Gonzalez, teachers who are currently affiliated with the MAS Program, accused me of being part of the movement to marginalize students.

I swear and declare under penalty of perjury that the foregoing is true.

DATED this 2nd day of March, 2011.

_____

HECTOR AYALA

PHX# 2614106

2

# HOWIE
# AFFIDAVIT

1  THOMAS C. HORNE
   Attorney General
2  Firm Bar No. 14000

3
   Kevin D. Ray, No. 007485
4  Jinju Park Hurtado, No. 026023
5  Assistant Attorneys General
   1275 West Washington Street
6  Phoenix, Arizona  85007-2926
   Telephone: (602) 542-8328
7  Facsimile:  (602) 364-0700
8  Email: EducationHealth@azag.gov
   *Attorneys for Defendants John Huppenthal,*
9  *Superintendent of Public Instruction, in his official capacity;*
   *and the State Board of Education and its individual members,*
10 *named in their official capacity as nominal parties*
11
12              **IN THE UNITED STATES DISTRICT COURT**

13              **FOR THE DISTRICT OF ARIZONA**

14 MAYA ARCE, et al.,
15                    Plaintiffs,                Case No. CV-10-623-TUC-AWT
16 and                                           **DECLARATION OF R. PREWITT
                                                  HOWIE IN SUPPORT OF
17 NICHOLAS DOMINGUEZ, et al.                     SUPERINTENDENT'S REPLY TO
                                                  CROSS-MOTION FOR SUMMARY
18                    Intervenors,                JUDGMENT**

19                    vs.
                                                  Honorable A. Wallace Tashima
20 JOHN HUPPENTHAL, Superintendent of
   Public Instruction, in his Official Capacity, et
21 al.,
22                    Defendants.

23 R. PREWITT HOWIE, says as follows:

24        1.      I taught English at Tucson Unified School District No. 1 ("TUSD") for three

25 years, from August 2007 through May 2010.

26        2.      During the 2007-2008 school year, I taught in a classroom that was divided from

27 another classroom by a moveable partition.  Through that partition, I could hear lectures given

1    by a teacher, later identified as Jose Gonzalez.

2        3.    Jose Gonzalez told his students that the University of Arizona is a racist
3    organization because only 12% of the students are Latino. He told his students that they should
4    go to college so they can gain the power to take back the stolen land and give it back to Mexico.
5    And, he told his students that the United States is a meritocracy and that Latinos are not a part of
6    it.

7        4.    I discovered later into the semester that this teacher was Jose Gonzalez, a Mexican
8    American Studies Program administrator. We discussed the contents of the course. He told me
9    that he teaches his students that Republicans hate Latinos and that legislation proves it. When I
10   asked him about Mexican American Republicans who are against illegal immigration, he said
11   this is an example of "self-racism."

12       5.    I asked Jose Gonzalez whether TUSD had a copy of his syllabus. In retaliation for
13   this innocent question, he wrote a letter of complaint to my principal stating that I had asked him
14   in front of his class if he were gay. My principal called Equal Employment Opportunity
15   Commission ("EEOC") which initiated an investigation. I wrote a letter denying the charge,
16   explaining the events as they occurred and stating that I knew the accusation to be retaliation for
17   my criticism of Jose's course content and my question regarding whether the district had a copy
18   of Jose's syllabus. The investigator told me that Jose wanted the charge against me to be for
19   "sexual harassment." Later, after the investigation was over, my principal told me that had he to
20   do it over, he would not have called EEOC.

21       I swear and declare under penalty of perjury that the foregoing is true.

22       DATED this ⎯13⎯ day of March, 2012.

23

24                                                      _____

25                                                      R PREWITT HOWIE
     PHX# 2613804
26

27

                                                       2

# SILVERMAN

# AFFIDAVIT

THOMAS C. HORNE
Attorney General
Firm Bar No. 14000

Kevin D. Ray, No. 007485
Jinju Park Hurtado, No. 026023
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona  85007-2926
Telephone: (602) 542-8328
Facsimile:  (602) 364-0700
Email: EducationHealth@azag.gov
*Attorneys for Defendants John Huppenthal,*
*Superintendent of Public Instruction, in his official capacity;*
*and the State Board of Education and its individual members,*
*named in their official capacity as nominal parties*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MAYA ARCE, et al., | Case No. CV-10-623-TUC-AWT |
| Plaintiffs, | **DECLARATION OF RON SILVERMAN IN SUPPORT OF SUPERINTENDENT'S REPLY TO CROSS-MOTION FOR SUMMARY JUDGMENT** |
| and | |
| NICHOLAS DOMINGUEZ, et al. | |
| Intervenors, | |
| vs. | Honorable A. Wallace Tashima |
| JOHN HUPPENTHAL, Superintendent of Public Instruction, in his Official Capacity, et al., | |
| Defendants. | |

RON SILVERMAN, says as follows:

1.      I taught at Tucson Unified School District No. 1 ("TUSD") for eight years.  For five of those years, I taught history classes at Tucson High School.

2.      The Mexican American Studies ("MAS") Program curriculum employs brainwashing practices that results in marked changes in the students.

3.     While I was teaching at TUSD, I criticized the veracity of information disseminated in the Mexican American Studies ("MAS") history class for failing to provide any primary source material and actual historically documented facts, as opposed to "feel good" information.

4.     As a result of my criticism, some MAS history teachers, including Sean Arce and Curtis Acosta, called me racist and openly encouraged their students to call me a racist as well.

I swear and declare under penalty of perjury that the foregoing is true.

DATED this ___ day of March, 2011.

RON SILVERMAN

PHX# 2614017

2

# RULE 56(D)

# AFFIDAVIT

1   THOMAS C. HORNE
    Attorney General
2   Firm Bar No. 14000

3
    Thomas C. Horne, No. 002951
4   Kevin D. Ray, No. 007485
    Jinju Park Hurtado, No. 026023
5   Assistant Attorneys General
6   1275 West Washington Street
    Phoenix, Arizona  85007-2926
7   Telephone: (602) 542-8328
    Facsimile:  (602) 364-0700
8   Email: EducationHealth@azag.gov
9   *Attorneys for Defendants John Huppenthal,*
    *Superintendent of Public Instruction, in his official capacity;*
10  *and the State Board of Education and its individual members,*
11  *named in their official capacity as nominal parties*

12              **IN THE UNITED STATES DISTRICT COURT**

13               **FOR THE DISTRICT OF ARIZONA**

14

15  MAYA ARCE, et al.,                    Case No. CV-10-623-TUC-AWT

16                    Plaintiffs,     **AFFIDAVIT OF KEVIN D. RAY**
                                      **PURSUANT TO FEDERAL RULE**
17  and                               **OF CIVIL PROCEDURE 56(d)**

18  NICHOLAS DOMINGUEZ, et al.
                                      Honorable A. Wallace Tashima
19                    Intervenors,

20          vs.

21  JOHN HUPPENTHAL, Superintendent of
    Public Instruction, in his Official Capacity, et
22  al.,

23                    Defendants.

24  KEVIN D. RAY, says as follows:

25          Pursuant to Federal Rule of Civil Procedure 56(d), affiant states that if we were provided

26  the time to take depositions, we could show that portions of the curriculum and the texts quoted

27  herein were in fact used in these courses, if the Court felt that was needed.  Counsel submits this

affidavit to address any arguments raised by the Plaintiffs in their Reply to the Motion for Summary Judgment and Response to the Cross-Motion for Summary Judgment (Doc. 167) that the Defendant Superintendent has not established a foundation for the curriculum and texts.

This discovery is also likely to establish additional facts showing the racially divisive nature of these courses.

I swear and declare under penalty of perjury that the foregoing is true.

DATED this 15th day of March, 2012.

THOMAS C. HORNE
Attorney General

/s/ Kevin D. Ray
Kevin D. Ray
Assistant Attorney General
*Attorney for Defendant John Huppenthal,*
*Superintendent of Public Instruction, in his Official*
*Capacity; and the State Board of Education and its*
*individual members, in their official capacity as*
*nominal parties*

PHX#2627415

2