```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF ARIZONA

 3   CURTIS ACOSTA, et al.,

 4              Plaintiffs,          CV-10-623-TUC-AWT

 5   vs.

 6   John Huppenthal, Superintendent of Public
     Instruction, in his Official Capacity, et al.,
 7
                Defendants.
 8   _____

 9                                     April 20, 2011
                                       Tucson, Arizona
10

11                  SHOW CAUSE HEARING

12
          BEFORE THE HONORABLE A. WALLACE TASHIMA
13              UNITED STATES DISTRICT JUDGE

14
                  A P P E A R A N C E S
15

16   For the Plaintiffs:    Richard Moreno Martinez
                            Attorney at Law
17

18   For the Defendants:    Carrie Jane Brennan
                            Assistant U.S. Attorney
19
                            Jennifer Anne Pollock
20                          Attorney General's Office

21          PROCEEDINGS WERE DIGITALLY RECORDED

22

23

24   TRANSCRIBED BY:  ERICA R. GRUND, RDR, CRR
              405 West Congress, Suite 1500
25               Tucson, Arizona 85701
                    (520) 205-4267
```

```
 1                      P R O C E E D I N G S
 2              (Call to order of court, 2:54 p.m)
 3              THE CLERK:  In Civil Matter 10-623,
 4    Acosta, et al. vs. Horne, et al., on for a show
 5    cause hearing.
 6                 Counsel, please state your appearance for
 7    the record.
 8              MR. MARTINEZ:  Richard Martinez on behalf
 9    of plaintiffs, Your Honor, and all of the
10    plaintiffs are present, Your Honor.  And also
11    Mr. Joseph Bennington is with me, who is assisting
12    me in this matter.
13                 THE COURT:  Okay.
14              MS. BRENNAN:  Carrie Brennan of the
15    Attorney General's Office, Your Honor, on behalf of
16    Superintendent Huppenthal.
17              MS. POLLACK:  Jennifer Pollack, Your
18    Honor, on behalf -- from the Arizona Attorney
19    General's Office on behalf of the Arizona State
20    Board of Education and the named individual State
21    Board of Education members.
22                 THE COURT:  Now, let me see.  What do I
23    have here?  I have a --
24              MR. MARTINEZ:  We have submitted to you,
25    Judge, a joint case management plan.
```

1          THE COURT:  You submitted a lot of things,

2     huh?

3          MR. MARTINEZ:  Yes, sir.

4          THE COURT:  Yeah.

5          MR. MARTINEZ:  We have completed service

6     or acceptance of service on all defendants.  We

7     have a proposed schedule that I would like to

8     modify.  Having spoken to counsel, we've agreed on

9     a modification of proposed deadlines.

10          And I would also advise the Court that it

11     is the intent of the plaintiffs by the end of the

12     week or certainly no later than Monday that we'll

13     be filing a dispositive motion on the issue of the

14     Fourteenth Amendment void for vagueness issue.

15          THE COURT:  On the basis of the what?

16     Fourteenth Amendment what?

17          MR. MARTINEZ:  Fourteenth Amendment due

18     process clause, Your Honor, with respect to void

19     for vagueness with respect to the statutes,

20     specifically --

21          THE COURT:  You expect to file that?

22          MR. MARTINEZ:  We'll have it ready, Judge,

23     if it's not filed this Friday, it'll be filed on

24     Monday.  We believe it's important --

25          THE COURT:  Has this -- has this statute

1   gone into effect?

2           MR. MARTINEZ:  Excuse me?

3           THE COURT:  Has the statute gone into

4   effect?

5           MR. MARTINEZ:  Yes, sir.  The statute

6   became effective December 31st of 2010, Your

7   Honor.  A finding was issued by Superintendent

8   Horne at the time he -- who's been substituted now

9   for Superintendent Huppenthal -- on December 30th

10   of 2010, with respect to the Tucson Unified School

11   District Mexican-American Studies Program being in

12   violation of the statute.

13           And there is a current -- under

14   Superintendent Huppenthal, there is a current audit

15   of the program also occurring, which is due to

16   complete, my understanding, sometime this month,

17   although it's not clear yet when findings will be

18   issued by Superintendent Huppenthal.

19           So the statute has come into effect.

20   Findings have been issued pursuant to the statute

21   violation, and there's a pending independent or

22   separate audit underway by Superintendent

23   Huppenthal, who succeeded Mr. Horne in the

24   position.

25           THE COURT:  Well, while you're at the

1    lectern, Mr. Martinez, what dates did you want to

2    revise?

3             MR. MARTINEZ:  Oh, the dates, Your Honor,

4    we have agreed to or stipulated that we will do

5    disclosures by June the 17th.

6             THE COURT:  Wait a minute.  Wait a minute.

7             MR. MARTINEZ:  And we can submit these in

8    writing, Your Honor.

9             THE COURT:  What are you talking about?

10   The --

11            MR. MARTINEZ:  The initial disclosures.

12            THE COURT:  The initial disclosure.  By

13   what date?

14            MR. MARTINEZ:  June 17th.

15            THE COURT:  June?  June 17th?

16            MR. MARTINEZ:  Yes.

17            THE COURT:  Okay.  Then what?

18            MR. MARTINEZ:  To add parties or amend the

19   complaint by June 21st.  Although again, Judge,

20   just so we're clear, I believe that by Friday we

21   will be submitting a second amended complaint,

22   which just clarifies some of the issues that are in

23   the complaint.  I believe that will likely occur

24   through --

25            THE COURT:  Didn't you just -- didn't you

1   just file a first amended complaint?

2            MR. MARTINEZ:  Yes, sir, and what occurred

3   was, in my error in captioning, Your Honor, I put

4   the Arizona State Board of Education in lower caps,

5   so the clerk's office did not pick it up as a

6   party, so I've been requested by the clerk's office

7   to submit an amended complaint that puts it all in

8   caps, and so we're --

9            THE COURT:  Okay.  All right.

10           MR. MARTINEZ:  -- taking care of that

11   issue.

12           THE COURT:  So you got the date to amend

13   complaint and then what?

14           MR. MARTINEZ:  June 21st, Judge.

15           THE COURT:  Yeah.

16           MR. MARTINEZ:  And if I could, Judge, we

17   -- yesterday we submitted a stipulation and today

18   we have an order from the Court that provided for

19   the dismissal of Mr. Haeger.  His term had ended.

20           The legislature, my understanding, has

21   convened their session without making appointment

22   to that vacancy.  It's not clear when that vacancy

23   will be filled, but the parties have agreed that,

24   if and when that -- as reflected in yesterday's

25   stipulation, if and when that vacancy is filled,

1  then we would add that person named to the

2  complaint.

3          THE COURT:  Okay.  All right.

4          MR. MARTINEZ:  With respect to fact

5  discovery, we're proposing December 16th, Your

6  Honor.

7          THE COURT:  Okay.

8          MR. MARTINEZ:  With respect to plaintiffs'

9  experts disclosure, December 16th, with --

10          THE COURT:  Same day.  Okay.

11          MR. MARTINEZ:  Yes, sir.  With respect to

12  defendants' experts disclosure, January 20th.  With

13  respect to rebuttal experts, February 24th.  Expert

14  discovery deadline of March 16th.  And a

15  dispositive motions deadline of April 20th.

16          THE COURT:  Okay.

17          MR. MARTINEZ:  And this reflects the

18  agreement, then, of all parties and all counsel for

19  all parties.

20          THE COURT:  Now, you said you planned to

21  file a motion, potentially dispositive motion,

22  partially dispositive motion, within a week; right?

23          MR. MARTINEZ:  Yes, sir.

24          THE COURT:  All right.

25          MR. MARTINEZ:  My intent, Judge, is

```
 1   actually to have it filed by this Friday, but if --
 2   at the very latest it would be on Monday.
 3            THE COURT:  All right.  Now, what about
 4   the defense?  Do you plan to do anything, you know,
 5   in the near future besides respond to his motion?
 6            MS. BRENNAN:  Your Honor, we do plan to
 7   file a dispositive motion, but right as of now we
 8   don't know exactly when we're going to do it.
 9            THE COURT:  You don't know when?
10            MS. BRENNAN:  Yeah.
11            THE COURT:  All right.  But you do have
12   those in the works?
13            MS. BRENNAN:  Yes, yes.
14            THE COURT:  And they'll be coming
15   sometime, well, in due course, I'll just say.  All
16   right.  But you agreed to this revised schedule
17   then?
18            MS. BRENNAN:  Yes, Your Honor.
19            THE COURT:  What Mr. Martinez has just
20   laid out; right?
21            MS. BRENNAN:  Yes.
22            THE COURT:  Okay.  Now, one of the things
23   you say here is, on the prospects of settlement,
24   due to the nature of the action and the issues
25   involved, resolution via settlement is not
```

 1    expected, but we're not talking about money here,

 2    but we're talking about -- for instance, is there

 3    -- let me ask the question to either side.

 4              Is it possible, like, to, you know,

 5    continue the program with a revised curriculum in

 6    some way?  Do you know?

 7              MR. MARTINEZ:  Well, Your Honor, that's an

 8    issue of great debate, but -- that is currently

 9    occurring in this community, but it is our belief,

10    Your Honor, with respect to the statute, that the

11    statute itself is unconstitutional for a number of

12    reasons, and that's why -- we've taken the position

13    twofold.

14              One is that it -- I don't think either

15    party is going to agree on that issue, so I don't

16    think it's, from our perspective, appropriate for a

17    settlement conference because I think -- I don't

18    anticipate the state legislature is going to agree

19    with us, or that Mr. Horne or Mr. Huppenthal would.

20              THE COURT:  So this is a facial challenge

21    to the statute?

22              MR. MARTINEZ:  Yes.

23              THE COURT:  All right.

24              MR. MARTINEZ:  And if we have to go to

25    trial -- the motion deals with the facial

1  challenge, Your Honor, that we intend to file.  If

2  we have to go to trial, then that would be under

3  equal protection claims that would arise as a

4  result of the statute.

5          THE COURT:  I gotcha.  All right.  I

6  gotcha.  I think I understand, you know, your

7  position and why you think it's not amenable to

8  settlement discussion at this time.  All right.

9          Anything else for me to decide, defense?

10          MS. BRENNAN:  No.

11          THE COURT:  No.  All right.  So both

12  sides, then, being agreeable to the schedule, the

13  Court adopts it as revised, stated by Mr. Martinez

14  on the record here today.  And then I'll look for

15  that motion at least early next week.

16          MR. MARTINEZ:  Yes, sir.

17          THE COURT:  All right.  Anything else?

18          MR. MARTINEZ:  We have nothing further,

19  Your Honor.

20          THE COURT:  No.  Okay.  Thank you,

21  counsel.

22          MS. BRENNAN:  Thank you, Your Honor.

23          (Proceedings concluded in this matter at

24          3:03 p.m.)

25

1                C E R T I F I C A T E

2

3          I, Erica R. Grund, do hereby certify that

4    the preceding pages of typewritten matter are a

5    true, correct, and complete transcription of the

6    digital recording of proceedings in the above-

7    entitled matter.

8          Dated this 9th day of April, 2013.

9

10                              s/Erica R. Grund
                         Erica R. Grund, RDR, CRR
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25